# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN J. MULROY, in his official and ) <br> individual capacity as District Attorney ) <br> General of Shelby County, TN, ) <br> ) <br> Defendant. ) | No. 2:23-cv-02163-TLP-tmp |

## JUDGMENT

**JUDGMENT BY THE COURT**.  This action came before the Court on Plaintiff's Complaint, filed on March 27, 2023.  (ECF No. 1.)  In accordance with the Findings of Fact and Conclusions of Law (ECF No. 91), the Court enters this judgment in favor of Plaintiff, declaring the Adult Entertainment Act (2023 Tenn. Pub. Acts, ch. 2 (codified at Tenn. Code. Ann. §§ 7-51-1401, and -1407)) **UNCONSTITUTIONAL** and **PERMANENTLY ENJOINS** Defendant District Attorney General Steven J. Mulroy from enforcing the Act within his jurisdiction in **SHELBY COUNTY, TENNESSEE**.

s/Thomas L. Parker
THOMAS L.  PARKER
UNITED STATES DISTRICT JUDGE

June 7, 2023
Date