



   

**148 likes**

**blount_pride** Blount Pride 2023 - "There's Pride in Them/Their Hills" 🏳️‍🌈

blount_pride



**2023 BLOUNT PRIDE FESTIVAL**
**VENDOR LINEUP**

HALEY HOWARD ART  PETAL PRESS RESIN CO  KITKAT'S CROCHET
ROCKY TOP ROCK SHOP  UNTITLED BAKING PROJECT  OAK RIDGE BIRD MAN
FOR THA MASSES DESIGN  FORBIDDEN SNACKS STUDIO  TEETHMILK ART
TIMELESS TREASURES MEDIA  ARCHIE LIGGETT JEWELRY  COUSLAND CRAFTS
TORTOISE AND THE WARE  MAMA BEAR SWEET TREATS  PLANT PEOPLE
ENCHANTED TRAVELER  EAST TN SOAP WORKS  PRETTY GIRL DIRTY WORDS
HK CRAFTS AND CREATIONS  LIVE 2 LOVE TREASURES  RURAL GONE ROGUE
SUCCULENTS AND SHIT  LIFE AT THE INTERSECTION  FATHER FROZE BEST
GLITERALLY  FROG JUICE KOMBUCHA






**70 likes**

**blount_pride** Meet the makers that will be joining us for Blount Pride 2023's 🌈 Makers Market. This market features 26, LGBTQ+/minority-owned, inclusive... more

2 days ago



## blount_pride





RULES & MORE IMPORTANT INFO



    

**86 likes**

**blount_pride** Time's gettin' close, y'all! Here's a thing or two you need to know about Blount Pride 2023.




86 likes

**blount_pride** Time's gettin' close, y'all! Here's a thing or two you need to know about Blount Pride 2023.

✨ No weapons, no alcohol, no illegal drugs.

✨ Young children must be accompanied by an adult. Our kids activities and storytime are not drop-off.

✨ Primary parking is in the lot beside Clayton Center. Please reserve the closest parking area for those with mobility needs. Overflow parking is behind Fayerwether Hall (see map).

✨ There will be two entrances/exits with security: one from the Clayton Center parking lot and one at the steps down from the rest of campus. You must enter through one of these and receive a bracelet from our volunteers.

✨ There will be absolutely no photography or videography in the Nutt Theater (main stage). If we see you with your phone or a camera out, we will stop the show and remove you from the theater.

✨ Absolutely no admittance backstage except for staff and main stage performers.

✨ Please follow instructions from Blount Pride staff, Clayton Center staff, security and law enforcement.

We're so excited to see you at Blount Pride! It's gonna be a great day!

1 day ago





66 likes

 **blount_pride** •••



    

**69 likes**

**blount_pride** 🌈 It's @flamygrant, Y'all! 🌈

We interrupt your regularly scheduled Blount Pride posts to remind you that chart-topping drag queen singer/songwriter Flamy Grant is headlining Blount Pride 2023 in a free concert.

One more time for the folks in the back, it's a FREE concert by Flamy Grant!

This phenom will take the stage at @claytoncenterforthearts at 7 p.m. Saturday, Sept. 2. Y'all go find out more about Flamy at flamygrant.com!

#lgbtq #prideevent #festival #easttennessee #easttn #alcoa #queercommunity #loveislove #townsend #pridefestival #lovewins #maryville #blountcountytn #pride 🌈 #musicians #performers #beyourself
#dragqueen #performer #musician #dragqueensinger

Case 3:23-cv-00046-KAC-DCP Document 1-4 Filed 08/30/23 Page 6 of 15 PageID #: 105



# blount_pride



MOTHER GENEVIEVE

SEPT 2: 1PM - 8PM CLAYTON CENTER FOR THE ARTS MARYVILLE, TN

   

21 likes

blount_pride 🌈 Performer Spotlight 🌈







SEPT 2: 1PM - 8PM CLAYTON
CENTER FOR THE ARTS
MARYVILLE, TN



Case 3:23-cv-00316-DCLC-JEM Document 1-4 Filed 08/30/23 Page 8 of 15 PageID #: 108

19 likes

**blount_pride** 🌈 Performer Spotlight 🌈



JAQHONEY

SEPT 2: 1PM - 8PM CLAYTON
CENTER FOR THE ARTS
MARYVILLE, TN

24 likes

blount_pride 🏳️‍🌈 Performer Spotlight 🏳️‍🌈

Case 3:23-cv-00316-JRG-DCP Document 1-4 Filed 09/01/23 Page 9 of 15 PageID #: 109



14 likes

blount_pride  🌈 Comedy Revue 🌈







LAURA Z

SEPT 2: 1PM - 8PM CLAYTON
CENTER FOR THE ARTS
MARYVILLE, TN

   

21 likes

blount_pride 🌈 Comedy Revue 🌈





APPALACHIAN EQUALITY CHORUS

SEPT 2: 1PM - 8PM CLAYTON CENTER FOR THE ARTS MARYVILLE, TN

41 likes

blount_pride 🏳️‍🌈 Performer Spotlight 🏳️‍🌈





SEPT 2: 1PM - 8PM CLAYTON CENTER FOR THE ARTS MARYVILLE, TN

   

28 likes

blount_pride 🏳️‍🌈 Performer Spotlight 🏳️‍🌈





**36 likes**

blount_pride  We've Got Drag, Y'all 



 



29 likes

blount_pride 🌈 Rainbow & Drag Queen Storytime 🌈

Blount Pride 2023 will have plenty of activities for young and young-at-heart folks! Just look at this lineup!