| | |
|---|---|
| **Court of Appeals Docket #:** 23-5611<br>**Nature of Suit:** 3440 Civil Rights: Other<br>Friends Of Georges, Inc. v. Steven Mulroy<br>**Appeal From:** Western District of Tennessee at Memphis<br>**Fee Status:** fee paid | **Docketed:** 06/30/2023 |

**Case Type Information:**
 1) Civil
 2) Private
 3) Civil Rights

**Originating Court Information:**
 **District:** 0651-2 : 2:23-cv-02163
 **Court Reporter:** Candace Covey
 **Court Reporter:** Catherine J. Phillips
 **Trial Judge:** Thomas L. Parker, U.S. District Judge
 **Date Filed:** 03/30/2023
 **Date Order/Judgment:** **Date NOA Filed:**
 06/07/2023 06/30/2023

**Prior Cases:**
 None

**Current Cases:**
 None

---

| | |
|---|---|
| FRIENDS OF GEORGES, INC.<br>　　　Plaintiff - Appellee | Brice Moffatt Timmons<br>Direct: 901-278-1004<br>[COR LD NTC Retained]<br>Donati Law<br>1545 Union Avenue<br>Memphis, TN 38104<br><br>Craig A. Edgington<br>Direct: 901-278-1004<br>[COR NTC Retained]<br>Donati Law<br>1545 Union Avenue<br>Memphis, TN 38104<br><br>Melissa Jo Stewart<br>Direct: 901-278-1004<br>[COR NTC Retained]<br>Donati Law<br>1545 Union Avenue<br>Memphis, TN 38104 |
| v. | |
| STEVEN JOHN MULROY, in his official and individual capacity as the District Attorney General of Shelby County, Tennessee<br>　　　Defendant - Appellant | James Matthew Rice<br>Direct: 615-532-6026<br>[COR LD NTC Retained]<br>Office of the Attorney General<br>of Tennessee<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br><br>James Robert Newsom, III<br>Direct: 901-543-2473<br>[COR NTC Retained]<br>Office of the Attorney General<br>of Tennessee<br>Firm: 615-741-4150<br>500 Charlotte Avenue<br>Nashville, TN 37243 |

|  |  |
|---|---|
|  | Robert W. Wilson<br>Direct: 901-543-9031<br>[COR NTC Retained]<br>Office of the Tennessee Attorney General<br>40 S. Main Street<br>Suite 1014<br>Memphis, TN 38103-1877 |
| ---------------------------- | |
| AMERICA FIRST LEGAL FOUNDATION<br>    Amicus Curiae | Jonathan F. Mitchell<br>Direct: 512-686-3940<br>[COR LD NTC Retained]<br>Mitchell Law<br>111 Congress Avenue<br>Suite 400<br>Austin, TX 78701<br><br>Gene Hamilton<br>Direct: 202-964-3721<br>[NTC Retained]<br>America First Legal Foundation<br>300 Independence Avenue, S.E.<br>Washington, DC 20003 |
| STATE OF SOUTH CAROLINA<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>Office of the Attorney General<br>of South Carolina<br>P.O. Box 11549<br>Columbia, SC 29211 |
| STATE OF ALABAMA<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF ALASKA<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF FLORIDA<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF GEORGIA<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF IDAHO<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF INDIANA<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF IOWA<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |

| | |
|---|---|
| STATE OF LOUISIANA<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF MISSISSIPPI<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF MONTANA<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF NEBRASKA<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF NORTH DAKOTA<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF TEXAS<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF UTAH<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF VIRGINIA<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF WEST VIRGINIA<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |
| STATE OF MISSOURI<br>    Amicus Curiae | Thomas T. Hydrick<br>Direct: 803-734-4127<br>[COR LD NTC Retained]<br>(see above) |

| |
|---|
| FRIENDS OF GEORGES, INC. |
|     Plaintiff - Appellee |
| v. |
| STEVEN JOHN MULROY, in his official and individual capacity as the District Attorney General of Shelby County, Tennessee |
|     Defendant - Appellant |

| Date | Doc | Description |
|---|---|---|
| 06/30/2023 | ☐ 1<br>3 pg, 96.33 KB | Civil Case Docketed. Notice filed by Appellant Mr. Steven John Mulroy. Transcript needed: y. (RGF) [Entered: 06/30/2023 03:13 PM] |
| 06/30/2023 | ☐ 2 | The case manager for this case is: Mr. Roy G. Ford (513) 564-7016 (RGF) [Entered: 06/30/2023 03:15 PM] |
| 07/03/2023 | ☐ 3<br>2 pg, 166.93 KB | **MEDIATION OFFICE is involved in this appeal.**<br><br>**VIDEO CONFERENCE:** A Mediation conference has been scheduled for 07/28/2023 at 9:30 AM (ET) with Scott Coburn. [Please open notice for important details and deadlines.] (LMR) [Entered: 07/03/2023 01:38 PM] |
| 07/07/2023 | ☐ 4<br>1 pg, 323.72 KB | APPEARANCE filed for Appellee Friends Of Georges, Inc. by Brice M. Timmons. Certificate of Service: 07/07/2023. [23-5611] (BMT) [Entered: 07/07/2023 12:44 PM] |
| 07/07/2023 | ☐ 5<br>1 pg, 323.77 KB | APPEARANCE filed for Appellee Friends Of Georges, Inc. by Craig A. Edgington. Certificate of Service: 07/07/2023. [23-5611] (CAE) [Entered: 07/07/2023 12:52 PM] |
| 07/07/2023 | ☐ 6<br>1 pg, 323.75 KB | APPEARANCE filed for Appellee Friends Of Georges, Inc. by Melissa J. Stewart. Certificate of Service: 07/07/2023. [23-5611] (MJS) [Entered: 07/07/2023 12:54 PM] |
| 07/07/2023 | ☐ 7<br>3 pg, 93.79 KB | DEFICIENCY NOTICE: The appearance form , [6],, appearance form , [5],, appearance form , [4], filed by Mr. Craig A. Edgington for Friends Of Georges, Inc., Ms. Melissa Jo Stewart for Friends Of Georges, Inc. and Mr. Brice Moffatt Timmons for Friends Of Georges, Inc. is deficient for the reason noted on the attached checklist. Deficiency to be corrected by 07/14/2023. (RGF) [Entered: 07/07/2023 02:32 PM] |
| 07/07/2023 | ☐ 8<br>1 pg, 98.49 KB | APPEARANCE filed for Appellee Friends Of Georges, Inc. by Brice M. Timmons. Certificate of Service: 07/07/2023. [23-5611] (BMT) [Entered: 07/07/2023 03:25 PM] |
| 07/07/2023 | ☐ 9<br>1 pg, 98.34 KB | APPEARANCE filed for Appellee Friends Of Georges, Inc. by Craig A. Edgington. Certificate of Service: 07/07/2023. [23-5611] (CAE) [Entered: 07/07/2023 03:27 PM] |
| 07/07/2023 | ☐ 10<br>1 pg, 98.36 KB | APPEARANCE filed for Appellee Friends Of Georges, Inc. by Melissa J. Stewart. Certificate of Service: 07/07/2023. [23-5611] (MJS) [Entered: 07/07/2023 03:28 PM] |
| 07/07/2023 | ☐ 11<br>2 pg, 54.43 KB | CORPORATE DISCLOSURE STATEMENT filed by Attorney Mr. Brice Moffatt Timmons for Appellee Friends Of Georges, Inc. Certificate of Service: 07/07/2023. [23-5611] (BMT) [Entered: 07/07/2023 03:31 PM] |
| 07/12/2023 | ☐ 12<br>1 pg, 62.19 KB | Letter sent by Mediation Office REGARDING MEDIATION: The Mediation Conference scheduled for 07/28/2023 is hereby canceled. (LMR) [Entered: 07/12/2023 05:12 PM] |
| 07/13/2023 | ☐ 13<br>1 pg, 104.59 KB | APPEARANCE filed for Appellant Mr. Steven John Mulroy by James Matthew Rice. Certificate of Service: 07/13/2023. [23-5611] (JMR) [Entered: 07/13/2023 11:41 AM] |
| 07/13/2023 | ☐ 14<br>1 pg, 54.31 KB | CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES filed by Attorney Mr. James Matthew Rice for Appellant Mr. Steven John Mulroy.. Certificate of Service: 07/13/2023. [23-5611] (JMR) [Entered: 07/13/2023 11:48 AM] |
| 07/13/2023 | ☐ 15<br>2 pg, 58.38 KB | CORPORATE DISCLOSURE STATEMENT filed by Attorney Mr. James Matthew Rice for Appellant Mr. Steven John Mulroy Certificate of Service: 07/13/2023. [23-5611] (JMR) [Entered: 07/13/2023 11:51 AM] |
| 07/13/2023 | ☐ 16 | TRANSCRIPT ORDER filed - transcript is already on file in the District Court Clerks Office. Filed by Mr. James Matthew Rice for Mr. Steven John Mulroy. Certificate of Service: 07/13/2023. [23-5611] (JMR) [Entered: 07/13/2023 12:21 PM] |
| 07/13/2023 | ☐ 17<br>6 pg, 151.83 KB | BRIEFING LETTER SENT setting briefing schedule: appellant brief due 08/22/2023;. appellee brief due 09/21/2023; (RGF) [Entered: 07/13/2023 12:57 PM] |
| 07/13/2023 | ☐ 18 🔒<br>0 pg, 0 KB | ***DOCUMENT LOCKED - SEE DEFICIENCY NOTICE SENT 7/13/23 #19*** APPEARANCE filed for Appellant Mr. Steven John Mulroy by James R. Newsom III. Certificate of Service: 07/13/2023. [23-5611]-- [Edited 07/14/2023 by RLB] (JRN) [Entered: 07/13/2023 02:34 PM] |
| 07/13/2023 | ☐ 19<br>2 pg, 91.42 KB | DEFICIENCY NOTICE: The appearance form , [18], filed by Mr. James Robert Newsom, III for Mr. Steven John Mulroy is deficient for the reason noted on the attached checklist. Deficiency to be corrected by 07/20/2023. (RGF) [Entered: 07/13/2023 03:39 PM] |
| 07/13/2023 | ☐ 20<br>1 pg, 104.62 KB | APPEARANCE filed for Appellant Mr. Steven John Mulroy by James R. Newsom III. Certificate of Service: 07/13/2023. [23-5611] (JRN) [Entered: 07/13/2023 03:48 PM] |
| 07/13/2023 | ☐ 21<br>1 pg, 267.43 KB | APPEARANCE filed for Appellant Mr. Steven John Mulroy by Robert Wilson. Certificate of Service: 07/13/2023. [23-5611] (RWW) [Entered: 07/13/2023 06:06 PM] |
| 07/14/2023 | ☐ 22 | Mediation Office is no longer involved in this appeal. (MLB) [Entered: 07/14/2023 04:34 PM] |

| | | |
|---|---|---|
| 08/16/2023 | ☐ 23<br>1 pg, 86.76 KB | AMICUS APPEARANCE filed for *America First Legal Foundation* by Jonathan F. Mitchell. Certificate of Service: 08/16/2023. [23-5611] (JFM) [Entered: 08/16/2023 04:03 PM] |
| 08/16/2023 | ☐ 24<br>1 pg, 78.72 KB | AMICUS APPEARANCE filed for *America First Legal Foundation* by Gene P. Hamilton. Certificate of Service: 08/16/2023. [23-5611] (GH) [Entered: 08/16/2023 05:09 PM] |
| 08/22/2023 | ☐ 25<br>2 pg, 712.76 KB | RECORD RECEIVED from Mr. James Matthew Rice for Mr. Steven John Mulroy.<br>Flash Drive, Comment: Exhibits 2(sketch videos), Sealed: None. (MH) [Entered: 08/22/2023 10:08 AM] |
| 08/22/2023 | ☐ 26<br>88 pg, 2.17 MB | APPELLANT BRIEF filed by Mr. James Matthew Rice for Mr. Steven John Mulroy. Certificate of Service: 08/22/2023. Argument Request: requested. [23-5611] (JMR) [Entered: 08/22/2023 04:17 PM] |
| 08/29/2023 | ☐ 27<br>1 pg, 137.74 KB | AMICUS APPEARANCE filed for *States of South Carolina, Alabama, Alaska, Florida, Georgia, Idaho, Indiana, Iowa, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Texas, Utah, Virginia, and West Virginia* by Thomas T. Hydrick. Certificate of Service: 08/29/2023. [23-5611] (TTH) [Entered: 08/29/2023 02:30 PM] |
| 08/29/2023 | ☐ 28<br>25 pg, 746.36 KB | AMICUS BRIEF filed by *Thomas T. Hydrick for States of South Carolina, Alabama, Alaska, Florida, Georgia, Idaho, Indiana, Iowa, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Texas, Utah, Virginia, and West Virginia*, federal/state government. Certificate of Service:08/29/2023. [23-5611] (TTH) [Entered: 08/29/2023 02:40 PM] |
| 08/29/2023 | ☐ 29<br>25 pg, 231.06 KB | AMICUS BRIEF filed by America First Legal Foundation , with parties' consent. Certificate of Service:08/29/2023. [23-5611] (JFM) [Entered: 08/29/2023 11:58 PM] |

Select All  Clear All

○ Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

**Selected Pages:** 0   **Selected Size:** 0 KB
Totals reflect accessible documents only and do not include unauthorized restricted documents.

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/30/2023 14:23:05 | | | |
| **PACER Login:** | daniel.a.horwitz | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 23-5611 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |