UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| BLOUNT PRIDE, INC., a 501(c)3 nonprofit organization, and MATTHEW LOVEGOOD, <br><br> *Plaintiffs*, <br><br> v. <br><br> RYAN K. DESMOND, in his individual and official capacity as the District Attorney General of Blount County, Tennessee; JAMES BERRONG, in his official capacity as Blount County Sheriff; TONY CRISP, in his official capacity as Alcoa Police Chief; and JONATHAN SKRMETTI, in his official capacity as Attorney General of Tennessee, <br><br> *Defendants*. | Civil No. 3:23-cv-00316 <br><br> **District Judge J Ronnie Greer** <br> **Magistrate Judge Jill E McCook** |

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of her appearance as counsel on behalf of the State Defendants, Ryan K. Desmond, in his individual capacity and in his official capacity as the District Attorney General of Blount County, and Jonathan Skrmetti, in his official capacity as Attorney General of Tennessee. Undersigned counsel requests that court notices and service of all motions and other papers be directed to the undersigned counsel.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/Miranda Jones

MIRANDA JONES (BPR 036070)
Senior Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 521-0417
Fax: (615) 532-4892
Miranda.Jones@ag.tn.gov
*Counsel for Defendants Desmond and Skrmetti*

## CERTIFICATE OF SERVICE

I certify the above document was filed using the Court's CM/ECF system on August 31, 2023, which electronically served a copy to all counsel of record:

Justin S. Gilbert
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423.756.8203
justin@schoolandworklaw.com

Brice M. Timmons (pro hac vice pending)
Melissa J. Stewart (pro hac vice pending)
Craig A. Edgington (pro hac vice pending)
Donati Law, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 (Office)
(901) 278-3111 (Fax)
brice@donatilaw.com
melissa@donatilaw.com
craig@donatilaw.com

Stella Yarbrough (pro hac vice pending)
Lucas Cameron-Vaughn (pro hac vice pending)

Jeff Preptit (pro hac vice pending)
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Daniel A. Horwitz (pro hac vice pending)
Lindsay B. Smith (pro hac vice pending)
Melissa K. Dix (pro hac vice pending)
HORWITZ LAW, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
melissa@horwitz.law
(615) 739-2888
*Counsel for Plaintiffs*

s/ Miranda Jones
MIRANDA JONES