# EXHIBIT 1

# TENNESSEE GENERAL ASSEMBLY

---

# SENATE BILL 0003

---



VETERAN COURT REPORTING
D. Rochelle Koenes, RPR, LCR
veterancourtreporting@gmail.com
(931) 919-8932

**LEGISLATIVE HISTORY – TENNESSEE GENERAL ASSEMBLY**

_____

**VIDEO RECORDINGS**

**of**

**Public Chapter No. 2**
**House Bill No. 3**

_____

**Veteran Court Reporting**
**veterancourtreporting@gmail.com**
**D. Rochelle Koenes, RPR, LCR**
**P.O. Box 3593**
**Clarksville, Tennessee 37043**
**(931)919-8932**

1

2                          I  N  D  E  X

3

4                                                      PAGE

5    January 31, 2023                                    3
         Senate Judiciary
6        Committee

7
     February 6, 2023                                    30
8        Senate Floor Session
         7th Legislative Day
9

10
     February 9, 2023                                    32
11       Senate Floor Session
         8th Legislative Day
12

13
     February 23, 2023                                   62
14       House Floor Session
         9th Legislative Day
15

16
     March 2, 2023                                       99
17       Senate Floor Session
         13th Legislative Day

18

19

20

21

22

23

24

25

Veteran Court Reporting (931) 919-9034
veterancourtreporting@gmail.com

```
1                          *   *   *

2              IN THE SENATE JUDICIARY COMMITTEE
               TENNESSEE GENERAL ASSEMBLY
3

4                      January 31, 2023

5

6              (WHEREUPON, On the above date, there

7    came up for consideration in the Senate Judiciary

8    Committee of the Tennessee General Assembly, Senate

9    Bill 0003, sponsored by Senator Johnson and others.

10   Discussion pertaining to this bill was as follows):

11

12             CHAIRMAN (SENATOR GARDENHIRE):  Leader

13   Johnson, you're up and you're first on the calendar.

14             SENATOR JOHNSON:  Thank you,

15   Mr. Chairman and Members.  Good afternoon.  It's

16   good to be back with you.  It's good to be your

17   first bill of the year.  Senate Bill 0003, I'm here

18   to present.  There's an amendment that makes the

19   bill, Mr. Chairman.

20             If we could get a motion to get the

21   bill properly before us.

22             CHAIRMAN (SENATOR GARDENHIRE):  Senator

23   Stevens makes a motion on the bill.  Senator Rose

24   seconds it.

25             Is there any discussion on getting the
```

Veteran Court Reporting (931) 219-9032
veterancourtreporting@gmail.com

```
1   bill in proper form?

2           UNIDENTIFIED SPEAKER:  Move the

3   amendment.

4           CHAIRMAN (SENATOR GARDENHIRE):  Move the

5   amendment.  I Have a second also from Rose.  We need

6   to vote on a bill being in front of us and then the

7   amendment.

8           So all in favor of the bill -- well,

9   I'm sorry -- the amendment.  All in favor of the

10  amendment, which is drafting code 3058, say aye.

11          MEMBERS:  (Collectively) Aye.

12          CHAIRMAN (SENATOR GARDENHIRE):  Oppose,

13  nays.

14          MEMBERS:  (Collectively) No audible

15  response.

16          CHAIRMAN (SENATOR GARDENHIRE):  Ayes

17  have it.  It's on the bill.

18          Senator -- Leader Johnson, do you want

19  to describe the amendment that makes the bill?

20          SENATOR JOHNSON:  Thank you,

21  Mr. Chairman.  I'd be glad to.

22          Members, Senate Bill 0003 as amended

23  would clarify current law by requiring that

24  adult-oriented performances may only be held in

25  age-restricted venues and may never be held in
```

1    public -- on public property.

2              Mr. Chairman, under current law,

3    businesses that predominantly provide

4    adult-oriented entertainment must be licensed and

5    age restricted to prevent children from attending

6    and being present when the adult-themed

7    entertainment is taking place.

8              The bill that's before you now simply

9    clarifies that if this type of adult-oriented

10   entertainment occurs in locations that are not

11   required to be regulated under the current adult

12   entertainment law, because the adult entertainment

13   is not the predominant business, say for example,

14   if this entertainment is taking place in a

15   restaurant, then that business must ensure that the

16   location is age restricted and that children are

17   not allowed to view the performance.

18             I want to be very clear, Mr. Chairman

19   and Members, the bill only applies to performances

20   that are considered harmful to minors.  I'd like to

21   pause there for a moment, because this is not a

22   newly defined term.  The term "harmful to minors"

23   currently exists in our obscenity statute.  It is

24   in current law, and I'd would like to read from

25   that, if I could, very briefly, Mr. Chairman.

1          In 39-17-901, under "definitions,"
2  'harmful to minors' means that the quality of any
3  description or representation, in whatever form, of
4  nudity, sexual excitement, sexual conduct,
5  excessive violence... abuse when the matter or
6  performance would be found" -- this is an existing
7  code -- "would be found by the average person
8  applying contemporary community standards to appeal
9  predominantly to the prurient interests or shameful
10  or morbid interests of minors."
11          Mr. Chairman, that language that I just
12  read to you exists currently in our code, and it's
13  in the obscenity statute.  And, again, this cite is
14  39-17-901.
15          The bill I'm presenting before you
16  today simply says that that type of entertainment
17  that is already defined in statute cannot take
18  place on public property, nor can it take place in
19  a private venue where children are present.
20          Mr. Chairman, it doesn't ban that type
21  of entertainment.  It simply says it can't be done
22  on public property, and if it's going to be done in
23  a private venue, then you have to ensure that
24  children are not present.  That's the bill.  That's
25  what the bill does, Mr. Chairman.  This is a

1  commonsense safety bill for the children, and I'd

2  appreciate the committee's support.

3             CHAIRMAN (SENATOR GARDENHIRE):  Do any

4  committee members have any questions at this time?

5             I see none.  I will say one thing and

6  kind of digress just a minute.

7             I'm a little bit old-fashioned -- and

8  if you'll hold your hands down, I think I can see

9  people okay.

10            I was brought up where men don't wear

11 hats inside a building.  Thank you.

12            Also, we don't allow signs to be held

13 up or distractions from the audience.  Having said

14 that, now, senators, do you have a question,

15 please --

16            Pardon me?

17            SENATOR LAMAR:  (Response off

18 microphone.)

19            CHAIRMAN (SENATOR GARDENHIRE):  Yes.  Go

20 ahead.  Feel free.  You got the floor.

21            SENATOR LAMAR:  Thank you, Mr. Chairman.

22            Hello, Leader.  I wanted to ask a few

23 questions for clarification.  It sounded like based

24 on current law we already have a very clear

25 definition of obscenity.  Is this really creating a

Case 3:23-cv-00316-Veteran Court Reporting  Filed 06/31/919  Page 3 of 124   PageID #:
veterancourtreporting@gmail.com
(931) 919-9033

1    new definition?  And also, who would this bill

2    punish?  Would it punish the business or would it

3    punish the performer?

4              SENATOR JOHNSON:  I will answer your

5    second question first, Senator, and thank you for

6    the question.  The criminal penalty -- which I'm

7    glad you brought that up because I should have read

8    that into the record.

9              There is a first offense violation

10   that's in the bill before you now and it would be

11   applied to the performer, the person who is

12   performing the adult-themed or the sexually graphic

13   entertainment.  And the first offense would be a

14   Class A misdemeanor.  The second or subsequent

15   offense would be a Class E felony.

16             And in terms of newly defined terms,

17   again, much of this is in existing code relative to

18   "adult cabaret entertainment" -- is the way it's

19   defined in existing code.  We did the

20   cross-reference relative to the "harmful to

21   minors."  And as I mentioned in 39-17-901, to make

22   sure that we were being consistent with what is

23   already defined in code as harmful to minors and

24   it's considered obscene.

25             CHAIRMAN (SENATOR GARDENHIRE):  Chairman

Veteran Court Reporting - 931-319-9930
veterancourtreporting@gmail.com

1  Lamar, do you have a follow-up question?  Go ahead.

2          SENATOR LAMAR:  Yes.  Just two more

3  questions if you don't mind my indulgence, please,

4  if that's okay.

5          My next question is can you -- it

6  sounds like -- I haven't heard of any examples of

7  this being an issue.  Could you kind of talk about

8  where this problem that we're trying to solve

9  derived from or any examples of issues that have

10  arisen to bring forth this bill?

11          SENATOR JOHNSON:  Certainly.  There have

12  been a number of instances over the last year, year

13  and a half, maybe two years where a video has

14  surfaced of performances or some type of

15  entertainment taking place in the presence of

16  children, perhaps on public property or maybe in a

17  private venue where children were present that I

18  think any reasonable person, upon watching some of

19  that video, would say that's in violation of the

20  obscenity statute that we already have in current

21  code.

22          Perhaps you didn't receive the calls,

23  Senator, but I know I received hundreds of calls,

24  e-mails from outraged parents that this type of

25  performance was taking place in front of kids.

Case 3:23-cv-00316-JRG-CHS   Document 2-1   Filed 08/31/23   Page 11 of 124   PageID #: 294
Veteran Court Reporting 931-319-8932
veterancourtreporting@gmail.com

```
 1   That is what led me and the house sponsor to begin
 2   investigating this.  We had some conversations with
 3   district attorneys, law enforcement relative to the
 4   existing statute and, in fact, identified something
 5   of a loophole.
 6                As I said in my opening comments, we
 7   have adult-themed establishments, venues where
 8   adult-themed entertainment takes place.  They exist
 9   here in Nashville.  They are in some of your larger
10   cities, and they are very heavily regulated and
11   they must be age restricted.  They don't allow
12   children in to witness this type of entertainment.
13   But, in fact, there's a bit of a loophole in our
14   law that would allow that type of entertainment to
15   take place in public settings, and that's what
16   we're trying to clarify.  We're just simply trying
17   to apply the same standards to this adult-themed
18   sexually explicit entertainment that can take place
19   in these heavily regulated establishments.  Why in
20   the world would we allow that same type of
21   entertainment to take place in a public park or in
22   some other area where children are present?
23                CHAIRMAN (SENATOR GARDENHIRE):  Chairman
24   Lamar?
25                SENATOR LAMAR:  Thank you, Mr. Chairman.
```

```
 1              Last question.  It gives -- I feel like
 2    the law is a little murky because when I think
 3    about -- when I think about concerts, WWE
 4    performances where people dress up in costumes,
 5    they are pretty bare in their clothing.  We take
 6    our kids to concerts, major artists who perform
 7    where the dancers are wearing clothing that can be
 8    considered revealing.
 9              How does this law differentiate from
10    those and how did -- you know, because I feel like,
11    based on what you're saying, it could apply to
12    everyday performances that we see all the time
13    where people are dressed.  But it sounds like this
14    law is up to an individual's discretion on what
15    they consider appropriate and what they consider
16    not.
17              So how do we differentiate in this
18    particular law or how do we allow people who are
19    entertainers to continue to entertain, but some of
20    the things that they wear that we think is
21    perfectly appropriate as parents not fall in this
22    law?
23              CHAIRMAN (SENATOR GARDENHIRE):  Leader
24    Johnson?
25              SENATOR JOHNSON:  Thank you,
```

1   Mr. Chairman.

2          Well, I will refer you again to the

3   existing statute where the obscenity definitions

4   are found, 39-17-901 -- and I haven't read all of

5   it, but certainly anyone who is watching can go

6   back and look at existing code.  And specifically,

7   with the "harmful to minors" language that I

8   referenced earlier, which is what this bill is

9   dealing with, only when kids are present, "harmful

10  to minors" means that quality of any description or

11  representation of whatever form of nudity, sexual

12  excitement, sexual conduct, excessive violence,

13  abuse would be found by the average person applying

14  contemporary community standards to appeal

15  predominantly to the prurient, shameful, or morbid

16  interest of minors.

17         Now, you mentioned several things,

18  Senator.  You mentioned WWE.  I've heard other

19  people refer to cheerleaders or bachelorette

20  parties on Broadway.  I think that this language is

21  pretty clear at what we're trying to get at, and it

22  is blatantly sexually explicit entertainment

23  simulating sex acts.  Things that I think any

24  reasonable person as the statute defines here that

25  any reasonable person would look at and see and

```
 1   deem that to be inappropriate.
 2             Now, as with any law we pass up here,
 3   Members, certainly, there will be prosecutorial
 4   discretion, and I agree with Senator Lamar what
 5   might be considered to be offensive to one person
 6   might not be offensive to another person.  I
 7   certainly understand that.  That's why we have DAs;
 8   that's why we have law enforcement; that's why we
 9   have people to make the appropriate decisions.
10             And in the event that one of these
11   instances led to a prosecution, then it would
12   ultimately go to a jury of their peers, which they
13   would then make that determination.  So that's why
14   we cross-referenced the existing statute that has
15   been on the books for decades -- many, many
16   decades -- relative to obscenity.
17             CHAIRMAN (SENATOR GARDENHIRE):  Senator
18   Lamar, would you like to ask?
19             SENATOR LAMAR:  Thank you, Mr. Chairman.
20             CHAIRMAN (SENATOR GARDENHIRE):  At this
21   time, we have two witnesses that's going to come up.
22   London Starbuck is going to come up and talk for the
23   bill.  And then after that person comes up, David
24   Taylor is going to come up.  Only one person at the
25   witness table.  The rules were set last week on any
```

Case 3:23-cv-00316-JTR-CDB   Document 2-2   Filed 08/31/23   Page 32 of 124   PageID #:
Veteran Court Reporting 931-319-0938
veterancourtreporting@gmail.com

```
1   bills that come up, equal number of witnesses.
2               So, Landon Starbuck, where are you?
3               We're going to go out of session.
4               Please identify yourself, who you're
5   with if you're with anybody, turn the mic on, make
6   sure -- and speak into the microphone.
7               WITNESS (Ms. Starbuck):  I'm Landon
8   Starbuck.  I'm here today as an advocate for
9   children harmed by child sexualization and
10  exploitation.  I'm a mother of three and the founder
11  of Freedom Forever, which combats all forms of child
12  exploitation.  There's a pandemic of child sexual
13  abuse in America where the demand to sexually abuse
14  and exploit children has never been greater.  I'm
15  here today to educate on how early sexualization and
16  exposure to explicit adult content via adult
17  entertainment harms children.  It grooms them into
18  accepting adult sexual behavior as normal, healthy,
19  and even celebrated while it encourages them to
20  simulate and participate in high-risk sexual
21  behaviors.
22              When a child is sexualized, they don't
23  just lose their innocence and childhood, but the
24  sexual desensitization they experience renders them
25  more vulnerable to sexual predation as they are
```

1    groomed into accepting being sexualized.

2              Allowing and normalizing the

3    sexualization of children empowers child predators

4    and increases the demand to exploit and sexually

5    abuse children.  Child sex trafficking surveyor,

6    leader, Dr. Jennisue Jessen shared the following

7    statement.  "I learned from the ages of 4 to 17

8    that those who exposed children to sexually

9    explicit material do so with a very clear purpose

10   in mind.  Through the sexually explicit images and

11   behavior I was forced to see or watch, sexual

12   contact was normalized.  The sexual acts expected

13   of me were taught and shame-based secrets were

14   created that distanced me from those who might have

15   protected me.  The graphic images seared into my

16   brain then became my reality when the perpetrators

17   acted on what they had shown me.  My story is not

18   unique."

19             Dr. Jessen's lifelong experience and

20   expertise on preventing sexual abuse is counsel we

21   should heed.

22             This past year, I've been exposing this

23   new toxic trend of exposing children to adult

24   sexually charged entertainment.  Many child

25   protective advocates have discovered a pattern with

Case 3:23-cv-00316-JRG-EAM   Court Reporting   Document 02-1   Filed 08/31/23   Page 32 of 124   PageID #:
veterancourtreporting@gmail.com
280
15

1    these events popping up all over the state, all

2    over the country.  The pervasive themes we

3    documented include subjecting children to grown

4    adults stripping clothing off, rubbing their

5    genitalia, simulating sex positions, spreading

6    their legs in front of children, making sexually

7    charged comments about their genitalia, grinding,

8    gyrating, spanking, and exposing their

9    undergarments while knowing their children are

10   present and watching.  These things have occurred

11   while being called "family friendly" and marketed

12   as such.

13          We don't need a PhD to tell us that

14   children mimic the behaviors they are exposed to.

15   Any parent in this room can testify to that.  So

16   when children are legally permitted to sit and

17   watch an adult strip off pieces of clothing and

18   simulate sexual behavior as an audience

19   thunderously claps and rewards the performer with a

20   monetary gift of dollar bills, what does that child

21   learn?

22          CHAIRMAN (SENATOR GARDENHIRE):  Thirty

23   seconds.

24          WITNESS (Ms. Starbuck):  They learn that

25   sexuality is a vehicle for attention, affirmation,

1   and money.  You can get paid to take off your

2   clothes and sexualizing yourself.  People will love

3   you for sexualizing yourself to please them.  It's

4   no wonder we have skyrocketing mental health crisis

5   amongst our confused and vulnerable youth with more

6   sexual exploitation crimes reported than ever

7   before.  The harm on children is calculable, not

8   subjective.  It's either right or wrong morally and

9   is either tolerated or not tolerated by the law.

10                  CHAIRMAN (SENATOR GARDENHIRE):  Thank

11  you very much.  We have limited witnesses to three

12  minutes.  That was described last year.

13                  Sir, if you raise your hand one more

14  time you're going to be escorted out of this room.

15                  Any members have any questions?

16                  Chairman [sic] Lamar?

17                  SENATOR LAMAR:  Thank you, Mr. Chairman.

18                  So this bill is talking about public

19  places but everything you've talked about --

20  currently, the current law protects against this,

21  so how is this bill going to help you even further?

22                  WITNESS (Ms. Starbuck):  Well,

23  unfortunately there's different subjective

24  interpretations of the existing obscenity law and

25  there is clarification needed to further protect

Veteran Court Reporting - 931.319.9938
veterancourtreporting@gmail.com

1  children because the risk to them has never been

2  greater.

3          CHAIRMAN (SENATOR GARDENHIRE):  Chairman

4  Lamar?

5          SENATOR LAMAR:  Do you feel like parents

6  are not smart enough to protect their children?

7  AKA, if they wanted to take them to one of these

8  shows, do you think that they are not smart enough

9  to know the difference between something that is

10  appropriate or not appropriate?  Are we trying to

11  make decisions for parents with this bill?  Is that

12  what you're saying?

13          WITNESS (Ms. Starbuck):  I think the

14  responsibility is on parents when they see.  The

15  moment they see an adult spreading their legs and

16  rubbing their genitalia in front of their child,

17  that's where their parental rights end and that's

18  where a crime is committed.

19          CHAIRMAN (SENATOR GARDENHIRE):  Senator

20  Lamar?

21          SENATOR LAMAR:  Where are you seeing

22  this going down?

23          WITNESS (Ms. Starbuck):  This has been

24  all over the state documented.  I've documented it.

25  It's been in the mainstream media outlets.  It's

Veteran Court Reporting 0931231930
veterancourtreporting@gmail.com

```
 1    been all across our country.
 2              SENATOR LAMAR:  Where in Tennessee --
 3    can you give me a specific example --
 4              WITNESS (Ms. Starbuck):  Boro Pride even
 5    recently happened.
 6              CHAIRMAN (SENATOR GARDENHIRE):  Ma'am,
 7    ma'am.  Let the senator ask her question.
 8              WITNESS (Ms. Starbuck):  Oh, okay.
 9              SENATOR LAMAR:  I was asking,
10    specifically in Tennessee, can you give me a
11    specific example of where and what was going on that
12    you are saying these acts are going on?
13              WITNESS (Ms. Starbuck):  Yes.  Boro
14    Pride recently happened in Murfreesboro, Tennessee,
15    where an adult performer was talking about their
16    tits and rubbing their genitalia, grinding on the
17    ground and spreading their legs in front of
18    children.  That was one of them.
19              CHAIRMAN (SENATOR GARDENHIRE):  Chairman
20    Lamar?
21              SENATOR LAMAR:  So at a private event,
22    that's an event that someone has discretion to
23    decide to go to.  So why do you feel that it is your
24    responsibility to stop individuals from exercising
25    their freedom to go see a show they choose to go to?
```

Case 3:23-cv-00316-JRG-DCP   Document 12-1   Filed 08/31/23   Page 21 of 124   PageID #:
Veteran Court Reporting ∙ (931) 319-8922
veterancourtreporting@gmail.com
19

```
 1                   WITNESS (Ms. Starbuck):  Oh, it's not my
 2    decision at all.  It's the individual's decision.
 3    But we have laws.  We have current existing statutes
 4    that have to be implemented and followed.
 5                   CHAIRMAN (SENATOR GARDENHIRE):  Chairman
 6    Lamar?
 7                   SENATOR LAMAR:  Thank you, Mr. Chairman.
 8                   CHAIRMAN (SENATOR GARDENHIRE):  I got
 9    it.
10                   Chairman Roberts?
11                   SENATOR ROBERTS:  Thank you.  I have a
12    question for Landon, but I'm going to reference
13    Senator Lamar, Tennessee Tech, August of this past
14    year.
15                   So on Tennessee Tech's campus, a public
16    university, there was a show that performed at -- I
17    believe it was called the Backdoor Theater, and you
18    had posted a. video of this and I guess what I
19    wanted to do was to give you an opportunity, and I
20    apologize if it's graphic, but children were giving
21    money to the performers.  And I'm wondering if you
22    could just -- why are children giving money to a
23    performer?  What was the performer doing that the
24    child was giving money to them for?
25    ///
```

```
 1                CHAIRMAN (SENATOR GARDENHIRE):
 2   Ms. Starbuck, you are recognized.
 3                WITNESS (Ms. Starbuck):  Thank you.
 4                I'm not sure the children are aware
 5   what is going on; so this is the problem.  They are
 6   seeing adults clap every time an article of
 7   clothing is removed, the adults are thunderously
 8   clapping.  And so they are making associations
 9   seeing that when you take your clothes off, you're
10   rewarded with money and people clap for you, and
11   that is really -- that's the sexual, you know,
12   harms that are being caused here by witnessing
13   something, even if it's not necessary explicit in
14   that particular moment.  But continuing that
15   behavior is sending that message to children and
16   its normalizing that sexual exploitation.
17                CHAIRMAN (SENATOR GARDENHIRE):  Chairman
18   Roberts?
19                SENATOR ROBERTS:  Thank you.
20                CHAIRMAN (SENATOR GARDENHIRE):  Anybody
21   else have any questions for this witness?
22                Seeing none.  Thank you for your time.
23                Now we have -- David Taylor is going to
24   be up here.
25                David, you have three minutes.  We will
```

```
 1   keep a clock and let you know.  Introduce yourself
 2   and tell us who you're with.
 3             WITNESS (Mr. Taylor):  Thank you,
 4   Mr. Chairman.  I'm David Taylor.  I'm co-owner of
 5   four businesses in Nashville.  They are welcoming to
 6   everyone but cater predominantly to the LGBTQ+
 7   community.  My businesses alone have contributed
 8   more than $13 million to the state in the form of
 9   sales and liquor taxes since we opened.  And each
10   year more than 200 people made all or part of their
11   livings from our businesses, including 13 full-time
12   and more than 60 guest drag performers with a total
13   annual payroll of $3 million.
14             We're just one of many such businesses
15   in the state.  We're proud of ore performers.
16   Seven have been cast on the national television
17   show, RuPaul's Drag Race, with two placing in the
18   top three of their season.
19             Our shows are fun, lively, campy,
20   theatrical, clever, dramatic, enjoyous [sic], but
21   never of a prurient nature; and our performers are
22   certainly not adult cabaret performers.
23             We know this because we have a
24   Tennessee liquor license and are bound by the
25   Tennessee liquor laws.  These laws are aggressively
```

Case 3:23-cv-00316-JPM-tmp   Document 62-1   Filed 08/31/23   Page 24 of 124   PageID #:
Veteran Court Reporting
veterancourtreporting@gmail.com
22

```
 1   enforced by the Alcoholic Beverage Commission and
 2   prohibit nudity as well as simulated sexual acts
 3   and other lewd behaviors.  In our more than 20
 4   years in business, we have not received a citation
 5   for one of our drag performers.  In short, the
 6   Tennessee ABC has never viewed our performers as
 7   cabaret or adult performers.
 8               With two decades of monitoring our
 9   shows this operation -- in operations is proof.
10   Another business of ours offers a downtown bus tour
11   hosted by drag performers, and it's frustrating to
12   us that a fully costumed drag queen seen through a
13   bus window lip-syncing Tina Turner might be charged
14   under this bill, especially since none of our
15   performers on this bus has ever shown any more skin
16   than a Titans cheerleader on a Sunday afternoon.
17               This bill places male and female
18   impersonation in the category of strippers, go-go
19   dancers, and exotic dancers, and that's the
20   problem.  The last three, the dancers, are all
21   related to behavior.  Impersonation is solely based
22   on the choice of clothing by a human being.  What
23   someone wears, their outfit, the costume, their
24   makeup, that defines a male or female impersonator,
25   and we're -- we're adding that to a list of
```

```
 1  unacceptable behaviors that are longstanding.

 2            And so what else might that include?

 3  Is it the group of birthday girls in Memphis that

 4  decide to dress like Elvis for a night and dance on

 5  the public street or megastar Harry Styles when he

 6  performs in Knoxville in a dress?  Our theaters,

 7  TPAC, when they perform "Hairspray", "Chicago", or

 8  "Mrs. Doubtfire," could people be arrested and

 9  charged for that?

10            If all impersonators are labeled adult

11  cabaret performers, how does that impact liquor

12  laws and my ability to operate the same as I have

13  for the past 20 years?  In so many of our states,

14  hotels, and restaurants offer popular drag brunches

15  as tourist draws.

16            CHAIRMAN (SENATOR GARDENHIRE):  Thirty

17  seconds.

18            WITNESS (Mr. Taylor):  They happen

19  every -- in every one of our major cities and there

20  are at least ten in Nashville alone.  Are their

21  performers subject to arrest and fines, even if a

22  minor walks by and sees the performance of a Dolly

23  Parton impersonator doing "9 to 5."  And I think

24  Dolly Parton even says she's a female impersonator.

25  So, you know, I'm not sure about that.
```

```
 1                   So, you know, when Governor Lee talks
 2      about a return to civility, which I certainly
 3      applaud, I believe in being civil and welcoming to
 4      all Tennesseans.  But this legislation to me isn't
 5      about civility or protecting children.  It's about
 6      curtailing business and the free expression of our
 7      citizens with a giant can of worms in my mind about
 8      interpretation and enforcement and so I ask that
 9      you oppose this bill.
10                   CHAIRMAN (SENATOR GARDENHIRE):  Thank
11      you.  We allowed you to run over, but that's -- you
12      weren't finished and I could tell you weren't.
13                   Do we have any questions from the
14      panel?
15                   Seeing none, thank you for coming and
16      thank you for your testimony.
17                   WITNESS (Mr. Taylor):  Thank you.
18      Appreciate your service.
19                   CHAIRMAN (SENATOR GARDENHIRE):  We are
20      now back in session.
21                   Is there any comments or questions to
22      the sponsor of the bill?
23                   Oh, Senator Roberts -- chairman
24      Roberts?
25                   SENATOR ROBERTS:  Thank you,
```

```
 1  Mr. Chairman.  I have a question for the sponsor,
 2  please.
 3              CHAIRMAN (SENATOR GARDENHIRE):  Go
 4  ahead.
 5              SENATOR ROBERTS:  In the previous
 6  testimony, there was kind of a list of things
 7  that -- that -- are these things that are going to
 8  be illegal under this bill?  Because in my reeding
 9  of the bill as amended, I don't see that these
10  things are illegal.
11              Could you share your insight on that,
12  please?
13              CHAIRMAN (SENATOR GARDENHIRE):  Thank
14  you.
15              Leader Johnson?
16              SENATOR JOHNSON:  Thank you,
17  Mr. Chairman.
18              No.  The gentleman who testified just
19  most recently, it was a gross mischaracterization
20  of the bill.  And I would encourage anyone who is
21  watching at home or here today to be aware of that.
22  He mentioned several hypothetical examples of
23  someone, a female dressed as Elvis or someone
24  dressed as Dolly Parton.  I don't know how I can be
25  more clear, Mr. Chairman.  This bill only deals
```

1   with sexually explicit, sexually graphic

2   entertainment.

3          Another thing that was brought up by

4   the most recent witness is relative to the

5   definition of adult cabaret.  That definition

6   already exists.  It's in statute 7-51-1401, "'adult

7   cabaret' means a cabaret that features topless

8   dancers, go-go dancers, exotic dancers, strippers,

9   male or female impersonators, or similar

10  entertainers."

11         That is language that has been on the

12  books for many, many decades.  The legislation that

13  I'm bringing you today does nothing to change, to

14  add or subtract to that.  The bill I'm bringing you

15  today simply says that if it's adult-themed

16  sexually explicit entertainment -- and I think

17  we've already talked about what that is, and we

18  certainly recognize and acknowledge that different

19  people may have different opinions of what is

20  inappropriate when it's performed in front of

21  minors.

22         But that's what we're referring to --

23  to simply say that cannot take place in a public

24  area where there's a reasonable expectation where

25  if you take to your kids or your grandkids to a

1  public park that they're not going to be confronted

2  with someone performing sex acts or simulating sex

3  acts as a form of entertainment.  I don't believe

4  that is unreasonable.

5          Similarly, if that type of

6  entertainment is to take place in a private venue,

7  you simply have to check the IDs at the door and

8  make sure there's no kids coming in.

9          That's all the bill does, Mr. Chairman.

10  I appreciate the committee's support.

11          CHAIRMAN (SENATOR GARDENHIRE):  Thank

12  you.

13          Chairman Roberts, any follow-up

14  questions?

15          Any other questions from the panel?

16          Seeing none, are we ready to vote?

17          Madam Secretary, call the roll.

18          MADAM SECRETARY:  Senator Kyle?

19          SENATOR KYLE:  (Response off

20  microphone.)

21          MADAM SECRETARY:  Senator Lamar?

22          SENATOR LAMAR:  No.

23          MADAM SECRETARY:  Senator Lundberg.

24          SENATOR LUNDBERG:  Aye.

25          MADAM SECRETARY:  Chairman Roberts?

Veteran Court Reporting (931) 319-8930
veterancourtreporting@gmail.com

1              REPRESENTATIVE ROBERTS:  Aye.

2              MADAM SECRETARY:  Senator Rose?

3              SENATOR ROSE:  Aye.

4              MADAM SECRETARY:  Senator Stevens?

5              SENATOR STEVENS:  Aye.

6              MADAM SECRETARY:  Senator Taylor?

7              SENATOR TAYLOR:  Aye.

8              MADAM SECRETARY:  Senator White?

9              SENATOR WHITE:  Aye.

10             MADAM SECRETARY:  Senator Gardenhire?

11             SENATOR GARDENHIRE:  Aye.

12             MADAM SECRETARY:  Chairman, you've got

13   one "no" and seven "ayes."

14             THE COURT:  Thank you, Madam Secretary.

15   The bill passes and goes to calendar.

16             SENATOR ROBERTS:  Thank you, Mr.

17   Chairman, Members.

18                   [END OF SESSION]

19

20

21

22

23

24

25

Case 3:23-cv-00316-JPG-GCS   Document 21   Filed 08/31/23   Page 32 of 124   PageID #:
Veteran Court Reporting 901-312-9119   29
veterancourtreporting@gmail.com

```
1                              *   *   *

2      IN THE SENATE FLOOR SESSION - 7th LEGISLATIVE DAY
                   TENNESSEE GENERAL ASSEMBLY
3

4
                         February 6, 2023
5

6                  (WHEREUPON, on the above date, there

7      came up for consideration in the Senate Floor

8      Session - 7th Legislative Day of the Tennessee

9      General Assembly, Senate Bill 0003, sponsored by

10     Senator Johnson and others.  Discussion pertaining

11     to this bill was as follows):

12

13                  MR. CLERK:  Mr. Speaker, on the regular

14     calendar, Item Number 1, Senator Johnson on third

15     and final consideration.

16                  CHAIRMAN (Senator McNally):  Leader

17     Johnson, you are recognized.

18                  SENATOR JOHNSON:  Thank you,

19     Mr. Speaker.  Members, what I would like to do on

20     this bill is momentarily I'm going to move it for

21     passage and defer to Chairman Gardenhire.  There is

22     an amendment that makes the bill and I'd like to get

23     that amendment properly before us.  And then I have

24     been asked by a member to roll this until Thursday,

25     and I'm happy to honor that request because of our
```

1  limited time here on the floor.  I expect there to

2  be a bit of discussion on this bill, and so I'm

3  happy to honor the request from my fellow member.

4          I move passage of Senate Bill 0003,

5  third and final consideration.

6          CHAIRMAN (Senator McNally):  That's a

7  proper motion for passage on Senate Bill 0003.  It's

8  properly seconded.

9          Senator Gardenhire?

10         SENATOR GARDENHIRE:  Thank you,

11 Mr. Speaker.  I move Amendment Number 1 for adoption

12 and yield to the sponsor for an explanation.

13         CHAIRMAN (Senator McNally):  Senator

14 Gardenhire moves Amendment Number 1.  Seconded, by

15 the sponsor.

16         Leader Johnson, you're recognized.

17         SENATOR JOHNSON:  Thank you,

18 Mr. Speaker.  Now that we've got this in our proper

19 position for consideration on Thursday, I ask that

20 we roll it to Thursday next, please, sir.

21         CHAIRMAN (Senator McNally):  Without

22 objection, Thursday next.

23              [END OF SESSION]

24

25

Case 3:23-cv-00316-JRG-DCP   Document 26-1   Filed 08/31/23   Page 33 of 124   PageID #:
Veteran Court Reporting (931) 319-4932
veterancourtreporting@gmail.com

```
 1                          *   *   *

 2    IN THE SENATE FLOOR SESSION - 8th LEGISLATIVE DAY
                TENNESSEE GENERAL ASSEMBLY
 3

 4                    February 9, 2023

 5

 6              (WHEREUPON, On the above date, there

 7    came up for consideration in the Senate Floor

 8    Session - 8th Legislative Day of the Tennessee

 9    General Assembly, Senate Bill 0003, sponsored by

10    Senator Johnson and others.  Discussion pertaining

11    to this bill was as follows):

12

13              CHAIRMAN (Senator McNally):  You are

14    recognized on Senate Bill 0003.

15              SENATOR JOHNSON:  Thank you, Mr.

16    Speaker.

17              Members, I move passage of Senate Bill

18    0003 on third and final consideration for purposes

19    of bringing up a judiciary committee amendment that

20    makes the bill.

21              CHAIRMAN (Senator McNally):  That's a

22    proper motion.  Properly amended.

23              Mr. Clerk?

24              MR. CLERK:  Amendment Number 1 by Senate

25    Judiciary Committee.
```

Veteran Court Reporting (931) 319-9934
veterancourtreporting@gmail.com

```
 1              CHAIRMAN (Senator McNally):  Chairman
 2    Todd you're -- Garden- -- excuse me -- Chairman
 3    Gardenhire, you are recognized.
 4              SENATOR GARDENHIRE:  Thank you,
 5    Mr. Speaker.  Amendment 1 drafting code 3058 makes
 6    the bill.  I yield to the sponsor for explanation of
 7    the amendment.
 8              CHAIRMAN (Senator McNally):  That's a
 9    proper motion.  Properly seconded by committee.
10              Senator Johnson, you are recognized on
11    the amendment.
12              SENATOR JOHNSON:  Thank you, Mr.
13    Speaker.  And, yes, the judiciary committee
14    amendment does make the bill.  As amended, Senate
15    Bill 0003 would clear up confusion that exists in
16    the law relative to adult-oriented performances and
17    specified that they may only be held in
18    age-restricted venues as is worded in current law
19    and may not be held on publicly owned property.
20              Under current law, Mr. Speaker,
21    businesses that provide predominantly
22    adult-oriented entertainment must be licensed and
23    age restricted to prevent children from entering
24    that venue.
25              This bill would simply clarify that if
```

```
1   this type of adult-oriented entertainment occurs in

2   locations that are not required to be reregulated

3   under the current adult entertainment law because

4   it is not the predominant business of that

5   establishment, let's say like a restaurant, for

6   example, that they have to make sure if that type

7   of explicit entertainment is taking place that the

8   venue is age restricted so that it won't be made

9   available to children.

10          The bill only applies to performances

11  that appeal to a prurient interest, which are those

12  performances that are overtly sexual in nature.

13  This is a well-understood term in Tennessee

14  obscenity case law surrounding what it means to

15  appeal to a prurient interest.  With this bill, Mr.

16  Speaker, only the entertainer who acts in violation

17  of this law would be subject to the criminal

18  penalty, not the business where the performance

19  took place.

20          And, Mr. Speaker, if I could, in the

21  definition section of the bill -- there have been a

22  lot of accusations about -- that this bill will ban

23  this and this bill will ban that.  I want to read

24  the cross-referenced section, which comes from

25  39-17-901.  And in that chapter, which is basically
```

Case 3:23-cv-00316-JRG-CEA   Document 102-1   Filed 08/31/23   Page 36 of 124   PageID #:
Veteran Court Reporting - (931) 319-0930
veterancourtreporting@gmail.com

```
1    our obscenity chapter, there is a term "harmful to
2    minors."  That has been in our code for many years
3    -- "harmful to minors."
4              And here's the definition of "harmful
5    to minors."  It means that "quality of any
6    description or representation, in whatever form, of
7    nudity, sexual excitement, sexual conduct, excess
8    violence, or sadomasochistic abuse, when the matter
9    or performance" -- and I want you to listen very
10   clearly to those three triggers that have to be
11   met.
12             "If that type of entertainment would be
13   found by the average person applying contemporary
14   community standards to appeal to a pre- -- or
15   appeal predominantly to the prurient interest,
16   shameful or harmful or morbid interest of minors,
17   or the second of those three prongs is patently
18   offensive to prevailing standards in the adult
19   community as a whole with respect to what is
20   suitable for minors."  And the final trigger that
21   has to be met is "taken as a whole lacks serious
22   literary, artistic, political, or scientific values
23   for minors."
24             Now, Mr. Speaker and Members, I would
25   submit for your consideration that that's a pretty
```

Veteran Court Reporting - (901) 319-8932
veterancourtreporting@gmail.com

```
1   tight definition.  And if something that meets that
2   standard, the existing definition of what is
3   harmful to a minor in current statute -- we're not
4   rewriting that -- we are applying the definition,
5   the term "harmful to minors" as it exists in our
6   current obscenity statute, and we're saying that
7   you can't do that in a public park.  You can't do
8   that in a restaurant where kids are present.  And
9   we all know, we've seen videos that have surfaced
10  from here in Tennessee and places elsewhere in the
11  country and watched them and were appalled and
12  heard from hundreds, if not thousands, of our
13  constituents wanting to know why in the world this
14  type of overtly sexual entertainment could be
15  taking place in a public area where kids are
16  present.
17            And, frankly, we didn't have a good
18  answer, because the law didn't address it.  This
19  bill fixes that and will make sure that that type
20  of entertainment takes place in an age-restricted
21  venue where it can take place now.  And if it's
22  going to take place somewhere else, it can't take
23  place with this bill on any public property.  And
24  if you want to have that kind of entertainment in
25  your private business, that's fine.  You just can't
```

Case 3:23-cv-00316-JPM-tmp  Document 62-2  Filed 08/31/23  Page 38 of 124  PageID #:
Veteran Court Reporting (931) 319-4932
veterancourtreporting@gmail.com
2519
38

```
1   let kids in.  I don't think that's terribly

2   unreasonable, Mr. Speaker.

3            I second the motion on the adoption of

4   the amendment.

5            CHAIRMAN (Senator McNally):  Discussion?

6            Senator Massey, you are recognized.

7            SENATOR MASSEY:  Thank you, Mr. Speaker.

8   And will the sponsor yield?

9            CHAIRMAN (Senator McNally):  The sponsor

10   yields.

11            SENATOR MASSEY:  Thank you, Mr. Speaker.

12            And, Leader, just to confirm, signing

13   this would not prevent someone dressed up as

14   Whitney Houston singing Whitney Houston songs with

15   none of the sexual parameters involved, they

16   would -- that would still be allowed?

17            CHAIRMAN (Senator McNally):  Leader

18   Johnson?

19            SENATOR JOHNSON:  That is correct,

20   Mr. Speaker.  That is an accurate statement and,

21   again, I will refer anyone who has a question about

22   what it applies to and what it doesn't to go to

23   39-17-901 and read the existing definition of what

24   is harmful to a minor that has existed for many

25   years.
```

VETERAN Court Reporting 901.319.4932
veterancourtreporting@gmail.com
252

```
 1              CHAIRMAN (Senator McNally):  Senator
 2    Massey, you are recognized.
 3              SENATOR MASSEY:  Thank you, Mr. Speaker.
 4              And just another clarification because
 5    these are questions I've been asked, it wouldn't
 6    prevent a high school drama club that was at a
 7    girls-only school performing "Newsies," the play
 8    "Newsies," where it's all young boy newspaper
 9    sellers, it wouldn't prevent them from dressing up
10    as guys and performing that play?
11              CHAIRMAN (Senator McNally):  Leader
12    Johnson, you are recognized.
13              SENATOR JOHNSON:  Thank you,
14    Mr. Speaker.
15              That is absolutely correct.
16              CHAIRMAN (Senator McNally):  Senator
17    Massey, you are recognized.
18              SENATOR MASSEY:  Thank you, Mr. Speaker.
19              And I think the key -- you know, a lot
20    of the e-mails we've been getting talks about
21    artistic expression and different things like that.
22    But the key is is basically lewd, sexual acts that
23    are not appropriate in open forum.  They're not
24    appropriate for young kids.  And, you know, you got
25    to be 18 to get a tattoo.  I mean it's -- you know,
```

Case 3:23-cv-00316-JRG-EAM   Court Report 1-2   Filed 08/31/23   Page 40 of 124   PageID #:
veterancourtreporting@gmail.com
253

```
1    I mean, it -- but we want to, you know, have the
2    door open that they can go see overt nudity and
3    sexual acts or the depiction of sexual acts, I'm
4    sorry.  That's not what Tennessee is about, and I
5    am supporting the bill.
6                THE COURT:  Senator Campbell, you are
7    recognized.
8                SENATOR CAMPBELL:  Thank you,
9    Mr. Speaker.  Would the sponsor please yield for a
10   question?
11               CHAIRMAN (Senator McNally):  Sponsor
12   yields.
13               SENATOR CAMPBELL:  Could the sponsor
14   give us an example of how this law would be applied
15   and enforced.
16               CHAIRMAN (Senator McNally):  Leader
17   Johnson, you are recognized.
18               SENATOR JOHNSON:  Thank you,
19   Mr. Speaker.
20               It would be enforced like any other law
21   that we have on the books, with law enforcement and
22   prosecutors.
23               CHAIRMAN (Senator McNally):  Senator
24   Campbell, you are recognized.
25               SENATOR CAMPBELL:  Thank you,
```

Case 3:23-cv-00316-JRG-DCP   Document 25-1   Filed 08/31/23   Page 42 of 124   PageID #:
Veteran Court Reporting - (931) 319-9922
veterancourtreporting@gmail.com
2504

```
 1   Mr. Speaker.
 2            So to the sponsor, I'm trying to
 3   understand exactly a scenario.  Could the sponsor
 4   please take us through a scenario in which this law
 5   would be applied and then enforced.
 6            CHAIRMAN (Senator McNally):  Leader
 7   Johnson, you are recognized.
 8            SENATOR JOHNSON:  If someone -- thank
 9   you, Mr. Speaker.
10            If someone violates the law and there
11   is evidence presented to a prosecutor, the
12   prosecutor can file criminal charges against the
13   person who violated the law.  Again, like every
14   other criminal law we have on the books.
15            CHAIRMAN (Senator McNally):  Senator
16   Campbell, you are recognized.
17            SENATOR CAMPBELL:  So thank you,
18   Mr. Speaker.  I was hoping for an actual example,
19   because it's a little perplexing, you know.
20            Unless I'm mistaken, this is the
21   federal standard for obscenity, and I think the
22   sponsor just described this as being already the
23   federal standard for obscenity, which would already
24   be enforceable and for it to apply to a drag show
25   or to other situations.  The drag show component of
```

Veteran Court Reporting - 931/319-0942
veterancourtreporting@gmail.com
250
40

1  this is irrelevant and it's never been found to be

2  obscene under the same standards as applied at the

3  federal level.

4          If I murdered someone, I broke the law.

5  If new state-level legislation says that I've

6  broken the law if I murder somebody while I'm

7  wearing a dress, then it's inefficient at best.

8          Drag is a form of creative expression

9  like any other dance, fashion, music.  The

10  essential elements of a drag performance are all

11  protected by the First Amendment.  And laws such as

12  this are inherently applied according to standards

13  within a particular community at a particular time,

14  and they could easily have been applied to swimsuit

15  attire; in the 1920's, if it was anything less than

16  a full body suit or a dress that revealed women's

17  ankles.

18          You know, my husband wore a kilt to our

19  wedding -- because we're Campbells, right -- and

20  was he wearing a skirt and would that be considered

21  cross-dressing and when we kissed at the end of the

22  ceremony in front of all of the children who were

23  present, were we arguably violating this law?

24          This just highlights the absurdity of

25  attempting to police people's thoughts.  As a

Case 3:23-cv-00316-JRG-DCP   Document 102   Filed 08/31/23   Page 43 of 124   PageID #:
Peterman Court Reporting - 931.319.8922
veterancourtreporting@gmail.com
2560

1  matter of fact, this is the beginning of the same

2  policies women in Iran are risking their lives to

3  oppose by being forced to wear a burqa.

4           Look, I saw the videos.  I saw the

5  videos that led to this effort and I understand why

6  people are alarmed.  I really do.  But, again,

7  apparent and obscene behavior is already covered

8  under federal law.  I'm sure that most of us also

9  saw the self-proclaimed Nazis who were protesting

10 drag shows.  Is that who we want to align ourselves

11 with?  That's the wrong side of history.  Lord, at

12 least I hope it's the wrong side of history.

13          These are the strings of fascism.

14 Leveraging fear of others may be politically

15 advantageous, but it's the antithesis of good

16 governance, and I know we all know this deep in our

17 hearts because it's in the stories that we tell

18 each other.  It's in "To Kill a Mocking Bird," and

19 "Schindler's List," and even "Star Wars."

20          We know we should do onto others as we

21 would have done onto us.  Our LGBT+ community are

22 rightful citizens and beloved friends and family

23 members and the horrible attacks that we wage upon

24 this with this slate of hate legislation only hurts

25 people.  We were elected to solve problems, support

Veteran Court Reporting (931) 319-0922
veterancourtreporting@gmail.com

```
 1   our constituents, and we have serious issues to

 2   address like health care, inflation, education,

 3   food deserts, litter, traffic.  We won't, we can't,

 4   and we shouldn't take rights away from and cancel

 5   our own citizens just because they are different

 6   from us in some way.

 7            With deep -- truly deep respect for the

 8   sponsor, Mr. Speaker, I will be voting against

 9   this.

10            CHAIRMAN (Senator McNally):  Senator

11   Akbari, you are recognized.

12            SENATOR AKBARI:  Thank you, Mr. Speaker.

13            And I just need some clarification.  I

14   had a constituent reach out to me.  She is a

15   performer at an establishment in my district.  They

16   do a brunch every week, they do a bingo brunch,

17   families bring their children there and the

18   brunch -- it's a drag brunch.

19            So to the sponsor of this legislation,

20   would that impact their ability to have those types

21   of events?

22            CHAIRMAN (Senator McNally):  Leader

23   Johnson, you are recognized.

24            SENATOR JOHNSON:  Thank you,

25   Mr. Speaker.
```

Veteran Court Reporting 931-319-9922
veterancourtreporting@gmail.com
258

```
 1              Members, I'm going to read this again
 2    because we could be here all day coming up with
 3    hypothetical scenarios and asking me does it apply
 4    to this or does it apply to that.
 5              To my friend from Shelby County, the
 6    person who contacted you asking about whether it
 7    would apply to them and your question, I would say
 8    are they doing something that is defined in our
 9    statute as harmful to a minor?  Are they doing
10    something that involves "nudity, sexual excitement,
11    sexual conduct, excess violence, or sadomasochistic
12    abuse, whether -- when the matter or the
13    performance would be found by the average person
14    applying contemporary community standards to appeal
15    predominantly to the prurient, shameful, or morbid
16    interest of minors?"  That's first prong.  I could
17    read the other two.
18              So for everyone else that's wanting to
19    stand up and talk about kissing their husband at
20    their wedding wearing a kilt, again, I'm going to
21    refer you back to what I said in the opening stand,
22    and I'm prepared to be here all day, Mr. Speaker,
23    and answer questions about does it apply to this or
24    does it apply to that?  But every single time you
25    ask me that, I'm going to refer you back to what I
```

Veritext Court Reporting - (901) 522-9146
veterancourtreporting@gmail.com

1    read originally, the definition of what is harmful

2    to a minor.

3            CHAIRMAN (Senator McNally):   Senator

4    Akbari, you're recognized.

5            SENATOR AKBARI:   Thank you, Mr. Speaker.

6    And I have read the statute and the existing statute

7    that defines obscenity within our state.   I am

8    asking specific questions because of concerns from

9    my constituents and we want to really ascertain the

10   legislative intent, because we all know that there

11   are certain things in statute, but there's also --

12   if there ever is any sort of review of the

13   legislation, it's important to have more than just

14   the statute as a part of that intent.

15           My next question, Mr. Speaker, with

16   your indulgence, has to do -- and I'm going to be

17   specific -- because I want a specific answer and

18   not a statute -- has to do with those who have

19   pride performances.   I represent downtown Memphis.

20   The pride parade is in my district every year and

21   there are people who are dressed in drag attire.

22           I want to know specifically if this

23   would afringe [sic] those people who live in

24   Tennessee and vote in Tennessee and pay taxes in

25   Tennessee -- would it afringe their rights to be

1  able to participate in pride performances?

2          CHAIRMAN (Senator McNally):  Leader

3  Johnson, you are recognized.

4          SENATOR JOHNSON:  Thank you,

5  Mr. Speaker.

6          Members, if you get questions from any

7  of your constituents about whether or not this is

8  going to apply to an event that they wish to hold

9  or some type of entertainment that they would like

10 to present, I would encourage you to direct them to

11 the obscenity statute, 39-17-901.  And if they're

12 going to be doing anything that is in that

13 obscenity statute that has been defined in this

14 state as harmful to a minor for many years, then

15 not allowing children to be there.

16         By the way, they can have the event.

17 They can have any event they want to.  But if it's

18 going to meet that standard of harmful to a minor

19 that's been in our code for many years, just don't

20 let the kids there.  It's that simple.

21         CHAIRMAN (Senator McNally):  Senator

22 Akbari, you are recognized.

23         SENATOR AKBARI:  Thank you, Mr. Speaker.

24         Obscenity has been defined in our code

25 for quite some time so it seems that people are

1   already protected from any sort of obscene acts

2   from taking place in public.  This seems

3   specifically targeted, and I will be voting no.

4            And to my constituents that feel that

5   this legislation threatens who they are and who

6   they seek to be, I hope that they know they have

7   folks fighting for them to preserve their

8   expression and their freedom in this state.

9            CHAIRMAN (Senator McNally):  Senator

10  Yarboro, you're recognized.

11           SENATOR YARBORO:  Thank you, Mr.

12  Speaker.

13           And I rise somewhat in surprise that

14  the sponsor insists that this is just a simple

15  matter of directing people to these three lines in

16  our code as if that's some sort of simple

17  explanation of what's contemplated here.

18           That standard is a community-based

19  standard.  There's 31 -- there will be 31 different

20  versions of what this means, one for every judicial

21  district in the state.  What's going to count as

22  sexual excitement is going to depend on what a jury

23  in one county or a different county thinks; so this

24  is not some simple thing.

25           And even that, he's -- the sponsor is

Case 3:23-cv-00316-JRG-EAM   Document 12-1   Filed 08/31/23   Page 49 of 124   PageID #:
Veteran Court Reporting - (931) 319-9900
veterancourtreporting@gmail.com
252
47

1  correct that after a few tries and several

2  constitutional litigations, we've ended up with

3  sort of this constitutional -- this statutory

4  regime and yet the language that he's citing, we

5  used to talk about books and movies and items and

6  the things that can actually be reviewed in courts.

7  But like, we're not dealing with that, we're

8  dealing with performances.

9           In our code right now, and what this

10  bill does, this legislation is going into Title

11  7-51 [sic], which is about adult-oriented

12  establishments.  Those are a few hundred places in

13  the whole state that are subject to super specific

14  licensing regulations, and rules.  But then it's

15  applying that standard effectively to the world

16  anywhere in public or anywhere where any child

17  could view, and not just views, like anywhere where

18  a child could view a performance.  So one out of

19  four or five people is a child in Tennessee --

20  basically everywhere.

21           My neighbor's backyard is a place where

22  a child can view.  Like the park across the street,

23  obviously, a place where a child can view.  Almost

24  anywhere is going to fall under this.  And so we're

25  taken what is a -- what we all know is a really

Case 3:23-cv-00316-JRG-EAM   Document 62-1   Filed 08/31/23   Page 50 of 124   PageID #:
Veteran Court Reporting 931-319-8930
veterancourtreporting@gmail.com
2503

```
 1   specific set of institutional rules that our state
 2   has fallen short of adhering to in the past and we
 3   are applying them not to the specific set of adult
 4   materials and pornographic materials that are
 5   distributed across the state, not to specifically
 6   targeted adult-oriented establishments, but to the
 7   world.
 8             We're letting the police sort of start
 9   looking for that type of activity in each and every
10   performance and the sponsor, Mr. Speaker, he
11   insists that this is not intended to go after all
12   of these different hypotheticals, and I don't
13   question that it is.  I think we know what it's
14   intended to go after.  But there are lots of things
15   that would fall under the definition of this.
16             There are lots of your counties where
17   there is still a powderpuff football game where
18   high school boys will wear cheerleader outfits and
19   short skirts and, like, you think there's any
20   possibility that a 16, 17-year-old boy has ever
21   once made a sexually suggestive conduct while
22   performing as a cheerleader in one of those?  If
23   you don't think so, you probably haven't met a
24   17-year-old boy.
25             You think about Carnicus at UT.  I
```

```
 1   mean, it's easy to sort of say, yeah, we're not
 2   going after Shakespeare's Twelfth Night, but there
 3   are numerous performances that are much more bawdy,
 4   that involve, you know, performers going into a
 5   specific place, into things that are sexually
 6   suggestive and have questionable artistic value,
 7   but we usually don't police those with the power of
 8   the State.  But that's what we're doing here.
 9   We're sending this off into the world.  And, I
10   mean, maybe that's not the intent but it's only the
11   intent because we're telling people that's not the
12   intent is.
13             And what the sponsor says, that this
14   was -- you know, isn't targeting a group, but the
15   day this bill was filed, Mr. Speaker, my friend,
16   the sponsor, cited that this was being filed in
17   response to controversial drag shows across the
18   state.  That's what he said the day he filed it,
19   Mr. Speaker.
20             And I don't -- I agree with people's
21   concerns.  I understand.  I'm a parent of small
22   children.  There is no way in the world that I want
23   to see -- that I want to be somewhere where my
24   children could be exposed to sexually explicit or
25   improper or already obscene, vulgar conduct.  But
```

Veteran Court Reporting (931) 391-9932
veterancourtreporting@gmail.com

1   that's already illegal.

2          And so I'm not sure what this does

3   except go after what has been deemed controversial

4   drag shows and we know that there are nine other

5   states that are considering legislation that are

6   about drag shows, and I just think that we are

7   going down a dangerous road here, folks.  We're

8   supposed to, at the baseline, believe in freedom

9   and that laws should be pretty narrowly tailored.

10  This law applies everywhere in our state and puts

11  citizens in a place to call on the police, to call

12  on prosecutors anytime they think somebody isn't

13  raising their kids right, anytime they think

14  there's a performance that they don't agree with,

15  and that is a dangerous road to walk down,

16  Mr. Speaker.

17          CHAIRMAN (Senator McNally):  Senator

18  Kyle, you are recognized.

19          SENATOR KYLE:  Thank you, Mr. Speaker.

20          And with all due respect to the

21  colleague who has brought this bill, I would ask

22  that he would yield for questions and

23  clarification.

24          CHAIRMAN (Senator McNally):  He yields.

25          SENATOR KYLE:  I don't mean to aggravate

Case 3:23-cv-00316-JPG-EAM   Document 2-1   Filed 08/31/19   Page 53 of 124   PageID #:
Veteran Court Reporting -- (931) 319-3932
veterancourtreporting@gmail.com
260
53

1   you or make you repeat a hundred times the law.  My

2   issue is twofold.  With due respect, there's always

3   unintended consequences.  And if this should become

4   a lawsuit because the standards aren't defined --

5   there's a difference -- for example -- if I was a

6   lawyer, I would be looking at sexual conduct as

7   Tyler Perry -- the famous icon Hollywood star, plays

8   a role called Madea.  And if he would come and play

9   that role for us here at the performing arts center

10  or the Memphis Orpheum and did a death drop, that

11  might be considered sexual where other ones of us

12  might consider it comedy.

13          Arkansas brought a case -- and this is

14  what I'm getting to -- and the reason they brought

15  that case under the First Amendment, selective

16  prosecution, even under the obscenity statute, what

17  is, what isn't; what behavior is not acceptable,

18  what class of people are not acceptable.  You have

19  different mindsets on selective prosecution.

20          And, Leader Johnson, people choose

21  careers.  Whether I agree with their career,

22  whether I don't agree with their career, even with

23  my four children, they all have different jobs in

24  this nation, one is an engineer and I can't even

25  spell coding.  It's -- whether I agree with her

Case 3:23-cv-00316-JM-ERM   Document 2-1   Filed 08/31/23   Page 54 of 124   PageID #:
Veteran Court Reporting · (931) 319-8952
veterancourtreporting@gmail.com
52

1   taking that job or not, that is up to her.  And if

2   we start criminalizing morality, behavior, then

3   we're in a quagmire; our attorney general, this

4   state, may spend millions of dollars on a lawsuit

5   because we've taken somebody's livelihood away.  I

6   might not agree with their career choice, but we

7   can't take their careers away.  We just don't go to

8   those shows or have our children there.

9           Now, under this First Amendment issue,

10  are we -- are we criminalizing or trying to find

11  moral standards?

12          Thank you.  And I appreciate your

13  patience.  I will look back again and reread

14  obscenity.  That is an open interpretation.  And

15  please have patience with me.  I'm just trying to

16  talk and vet this out.  Thank you, sir.

17          CHAIRMAN (Senator McNally):  Thank you,

18  Senator Kyle.

19          Leader Johnson?

20          Do I have --

21          Senator Oliver, you are recognized.

22          SENATOR OLIVER:  Thank you, Mr. Speaker.

23  I've got numerous e-mails about this bill, and I am

24  just appalled that we are introducing legislation

25  before this body on the basis of it being "harmful

Case 3:23-cv-00316-JRG-EAM   Court Reporting   Document 02-1   Filed 08/31/19  Page 56 of 124   PageID #:
veterancourtreporting@gmail.com
268

1  to minors."  We have issues in our DCS that is

2  having harm -- doing harm to minors.

3          Just this May, there was a report that

4  came out that pastors in this state are sexually

5  abusing children in the Southern Baptist

6  Convention.  And the last time I checked, this body

7  did not have a resolution to condemn that sexual

8  behavior, but we are using artistic expression

9  subjectively to say that drag shows are being

10 criminalized.  And so I just find it appalling that

11 the leader cannot give us a scenario in which this

12 bill would be obscene to minors.

13         In my district, the TSU Sophisticated

14 Ladies are a dance group.  They perform at football

15 games.  They wear wigs.  They put on extravagant

16 makeup.  They wear costumes and they gyrate and

17 squat and dance with their hips, with their legs

18 open, and that is a form of dance and artistic

19 expression.

20         So are you telling me, Mr. Leader, that

21 students who go to college to perform and get a

22 scholarship to dance, will they be criminalized in

23 this bill as of form of obscene behavior?  Because

24 we're bringing kids to a football game, will

25 parents be able to, now, not be allowed to bring

Case 3:23-cv-00316-JRG-EAM  Document 2-1  Filed 08/11/23  Page 56 of 124  PageID #:
Veteran Court Reporting - (931) 319-0938
veterancourtreporting@gmail.com
56

```
 1  their kids into a football game because we're
 2  criminalizing artistic expression?
 3              CHAIRMAN (Senator McNally):  Thank you,
 4  Senator.
 5              Leader Johnson?
 6              Senator Roberts, you're recognized.
 7              SENATOR ROBERTS:  Thank you,
 8  Mr. Speaker.  I really had no intention on speaking
 9  on this bill and I've just sat and listened to the
10  various comments that have been made, and I just
11  feel compelled to say something.
12              There are a lot of distractions from
13  the real issue here.  I'm hearing things like hate
14  legislation, talking about canceling the LGBTQIA+
15  community, you know, costing people their careers.
16  Tyler Perry, "Star Wars," I mean, these are all
17  distractions from the real issue.
18              The issue is simply this.  Each one of
19  us saw videos, or at least I hope we did.  We saw
20  videos of performances of at Tennessee Tech
21  University, Murfreesboro, Nashville, places across
22  the state where entertainers or performers
23  simulated anal sex, oral sex, other graphic
24  activities with children sitting a few feet away
25  from them.  If you're in favor of that, then go
```

Case 3:23-cv-00316-JRG-DCP   Document 32-2   Filed 08/31/23   Page 57 of 124   PageID #:
Veteran Court Reporting - (931) 319-8932
veterancourtreporting@gmail.com
55

```
 1   right ahead, vote against this bill.  But I thought
 2   we were about protecting children and protecting
 3   children against people and -- you know what, if a
 4   man showed up and exposed himself to your child,
 5   you would absolutely hope that the sheriff would
 6   arrest that person and the DA would prosecute that
 7   person.
 8              It's just unbelievable to me that we
 9   sat here and saw videos of people simulating sex
10   acts in front of children and no one was arrested
11   and no one was prosecuted and the word came back to
12   us that the law was not clear enough, it wasn't
13   specific enough, it wasn't strong enough that a
14   prosecutor felt like they could get in front of a
15   judge and get a conviction.
16              And so what we did is what we do all
17   the time.  We took a look at TCA and we said, you
18   know what, we need to strengthen that law because
19   in the state of Tennessee, we don't think it's
20   appropriate for grown men to perform in front of
21   children simulated sex acts.  That's what this is
22   about.
23              It's not about Tyler Perry dressing up
24   as a woman and performing at TPAC.  It's not about
25   canceling anybody.  It's not even about telling
```

drag performers that they can't perform.  It's
simply saying you cannot simulate sex acts in front
of a child.  And, again, because prosecutors came
to us and said they didn't think the law was strong
enough to be able to do that, that's what this bill
is about.  And for somebody to make it an attack on
a certain group of people is not what it's about.

If you saw the video, I'm sure you were
outraged.  And you know what, no, I would not take
my children there.  But furthermore, I don't want
other people's children being exposed to that too.
We do stuff all the time that protects children.
Why suddenly are we having an argument about
whether or not this bill is the right thing?  It
protects children.

I appreciate the sponsor bringing the
bill.  I'm sorry that we sat here and had a
discussion about it for 30 minutes.  And, again, I
hadn't planned on saying anything and I --
everybody who has gotten up and spoken, I have the
deepest respect for but I just want to ask you to
focus on this issue.  And I know you're getting
pounded with e-mails from constituents who are
trying to make it something that it's not, and I
know you feel like you have to respond to those

Case 3:23-cv-00316-JMC-SKL  Document 62-2  Filed 08/31/23  Page 59 of 124   PageID #:
Veteran Court Reporting - 931.319.0930
veterancourtreporting@gmail.com
2352
57

```
 1   constituents, but sometimes what we have to do is
 2   tell our constituents this bill is not what you
 3   think it is.  What we're trying to do is we're
 4   trying to protect children but a very small group
 5   of people in very isolated incidents that are
 6   simulating sex acts in front of children.  And then
 7   to add insult to injury, to watch a child take a
 8   dollar bill and go put it, you know, in the
 9   G-string or whatever of that performer just was too
10   much.  And it's time that we say to our DAs, to our
11   sheriffs, to our law enforcement that we're not
12   going to tolerate this kind of activity.  It's
13   going to be illegal in Tennessee.
14            Thank you, Mr. Speaker.
15            Thank you, Senator Roberts.
16            Senator Bailey, you're recognized.
17            SENATOR BAILEY:  Thank you, Mr. Speaker.
18   I call the question.
19            CHAIRMAN (Senator McNally):  The
20   question has been called.
21            I did have someone else in line.
22            Will you yield on that?
23            So the question has been called on
24   Senate Bill 0003.  We're on the amendment.
25            All in favor of the amendment will vote
```

```
 1   "aye" when the bell rings; all opposed vote "no."

 2             We do a voice vote.  Let's do a voice

 3   vote on that.

 4             All in favor of the amendment say

 5   "aye."

 6             MEMBERS:  (Collectively) Aye.

 7             CHAIRMAN (Senator McNally):  Opposed?

 8             MEMBERS:  (Collectively) Nay.

 9             CHAIRMAN (Senator McNally):  The ayes

10   carry.

11             The ayes carry.

12             We are on the bill as amended, Senate

13   Bill 0003.

14             Any additional discussion?

15             The vote has been called.

16             Senator -- I will let Leader Johnson

17   close.

18             SENATOR JOHNSON:  Thank you, Mr. Speaker

19   and Members.  I appreciate the discussion.

20             In closing, I do want to echo something

21   that my friend from Robertson County said.  There

22   was a lot of mischaracterization of this bill

23   coming from the opponents of it.  And I don't know

24   if that is intentional because you want to

25   misrepresent the bill and make it look like we're
```

Case 3:23-cv-00316-JRG-EAM   Court Reporting 08/31/23   Page 61 of 124   Page 59 #:
Veteran Court Reporting - 931-319-8982
veterancourtreporting@gmail.com

1   trying to attack a certain segment of our

2   population when we're not or if you didn't read the

3   bill.  It's one of those two, because if you read

4   the bill and you understand the bill, then a lot of

5   the comments that were made were clearly

6   mischaracterizing, misrepresenting the bill.

7           That's why I was very intentional in my

8   opening remarks, Mr. Speaker.  This bill only

9   applies to something that would be found by the

10  average person applying contemporary, community

11  standards to appeal predominantly to the prurient,

12  shameful, or morbid interest of minors, and -- not

13  or -- and is patently offensive to prevailing

14  standards in the adult community as a whole with

15  respect to what is suitable for minors and -- not

16  or -- and takes as -- takes as whole -- or rather

17  taken as whole, like serious literary, artistic,

18  political, or scientific values for minors.

19          That's what the bill applies to and I

20  appreciate your support.

21          CHAIRMAN (Senator McNally):  We are on

22  the board.

23          All of those in favor will vote "aye"

24  when the bill rings.  Those opposed, vote "no."

25          Mr. Clerk?

1              Has every member voted?  Does any

2  member wish to change their vote?

3              MR. CLERK:  Ayes, 26; six nays.

4              CHAIRMAN (Senator McNally):  Senate Bill

5  0003, having received the constitutional majority,

6  is adopted.  Without objection, the motion to

7  reconsider goes to table.

8                    [END OF SESSION]

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veteran Court Reporting 931.319.4982
veterancourtreporting@gmail.com

```
 1                          *   *   *

 2      IN THE HOUSE FLOOR SESSION - 9th LEGISLATIVE DAY
                    TENNESSEE GENERAL ASSEMBLY
 3

 4                      February 23, 2023

 5

 6              (WHEREUPON, On the above date, there

 7   came up for consideration in the House Floor Session

 8   - 9th Legislative Day of the Tennessee General

 9   Assembly, Senate Bill 0003, sponsored by

10   Representative Todd and others.  Discussion

11   pertaining to this bill was as follows):

12

13              MR. CLERK:  House Bill 0009 by Chairman

14   Todd and others relative to adult-oriented

15   performances, Mr. Speaker, the senate bill is on the

16   desk.

17              CHAIRMAN (Rep Sexton):  Chairman Todd,

18   you are recognized.

19              REPRESENTATIVE TODD:  Thank you, Mr.

20   Speaker.  I move to substitute and conform to Senate

21   Bill 0003.

22              CHAIRMAN (Rep Sexton):  Chairman Todd

23   moves to substitute and conform Senate Bill 0003.

24              Properly seconded.

25              Without objection, so ordered.
```

1                    Chairman Todd?

2                    REPRESENTATIVE TODD:  Thank you,

3     Mr. Speaker.  I move passage of Senate Bill 0003 on

4     third and final consideration.

5                    CHAIRMAN (Rep Sexton):  Chairman Todd

6     moves passage on Senate Bill 0003 on third and final

7     consideration.

8                    Properly seconded.

9                    Mr. Clerk, call the first amendment.

10                    MR. CLERK:  House Criminal Justice

11    Committee Number 1.

12                    CHAIRMAN (Rep Sexton):  Chairman Hulsey,

13    you are recognized.

14                    REPRESENTATIVE HULSEY:  Thank you,

15    Mr. Speaker.

16                    This amendment rewrites the bill and I

17    move adoption to House of Criminal Justice

18    Committee, Amendment Number 1, and defer to the

19    sponsor for further explanation.

20                    CHAIRMAN (Rep Sexton):  Chairman Hulsey

21    moves adoption to House Amendment Number 1.

22                    Properly seconded.

23                    Any discussion on the amendment?

24                    All those in favor of adoption of House

25    Amendment Number 1 say "aye."

Veteran Court Reporting - 931-319-4988
veterancourtreporting@gmail.com

```
 1              Aye.

 2              All those opposed, say no.

 3              The ayes have it.

 4              Next amendment, Mr. Clerk.

 5              MR. CLERK:  Mr. Speaker, no further

 6    amendments.

 7              CHAIRMAN (Rep Sexton):  Chairman Hulsey,

 8    you are recognized.

 9              Oh, I'm sorry.  Chairman Todd, you are

10    recognized.

11              REPRESENTATIVE TODD:  Thank you, Mr.

12    Speaker.

13              As we stated, Amendment 1 makes the

14    bill.  As amended, Senate Bill 0003 clears up

15    confusion in the law and clarifies that

16    adult-oriented performances may only be held in

17    age-restricted locations and may never be held on

18    publicly owned property.

19              Under current law, businesses that

20    predominantly provide adult-oriented entertainment

21    must be licensed and age restricted to prevent

22    children from entrance.  This bill simply clarifies

23    that if this type of adult-oriented entertainment

24    occurs in locations that are not required to be

25    regulated under the current law because the adult
```

1  entertainment is not predominant to that business,

2  like a restaurant, for example, then that business

3  must ensure that the location is age restricted and

4  children are not allowed to view the performance.

5           The bill only applies to performances

6  that are considered harmful to minors under the

7  State's obscenity laws, which are those

8  performances that are overtly sexual in nature and

9  that appeal to a prurient interest.  This is a

10 well-understood term in Tennessee obscenity case

11 law surrounding what it means to appeal to a

12 prurient interest.  This is a commonsense child

13 safety bill, and I would appreciate your support.

14           Thank you, Mr. Speaker.

15           CHAIRMAN (Rep Sexton):  Do you renew

16 your motion?

17           REPRESENTATIVE TODD:  I renew my motion.

18           CHAIRMAN (Rep Sexton):  Thank you.

19           Chairman Todd renews his motion.

20           Any discussion on the bill?

21           Representative Johnson of Knox?

22           REPRESENTATIVE JOHNSON:  Thank you,

23 Mr. Speaker.

24           So we already have obscenity laws on

25 the books if you are being seen in front of

Case 3:23-cv-00316-JRG-DCP   Document 62-2   Filed 08/31/23   Page 82 of 124   PageID #:
Veteran Court Reporting (931) 319-8982
veterancourtreporting@gmail.com
67

```
 1   children, it is already illegal; correct?
 2              CHAIRMAN (Rep Sexton):  Chairman Todd?
 3              REPRESENTATIVE TODD:  That is correct.
 4              CHAIRMAN (Rep Sexton):   Representative
 5   Johnson?
 6              REPRESENTATIVE JOHNSON:  Thank you.
 7              So if you're wearing lederhosen and
 8   being in -- obscene in front of children, you will
 9   be arrested; correct?
10              CHAIRMAN (Rep Sexton):  Chairman Todd?
11              REPRESENTATIVE TODD:  The bill has
12   several things laid out that require -- that are
13   required before you would be arrested or be charged
14   with a crime.
15              CHAIRMAN (Rep Sexton):   Representative
16   Johnson?
17              REPRESENTATIVE JOHNSON:  But weren't
18   those things already illegal if you are being
19   obscene in front of children?
20              CHAIRMAN (Rep Sexton):  Chairman Todd?
21              REPRESENTATIVE TODD:  This bill
22   clarifies that entertainment -- adult entertainment
23   within an adult-oriented establishment, regardless
24   of whether a fee is charged or accepted for
25   entertainment, regardless of whether the
```

Case 3:23-cv-00316-JRG-EAM   Document 1-2   Filed 08/31/23   Page 68 of 124   PageID #:
Veteran Court Reporting - (931) 319-0938
veterancourtreporting@gmail.com
285

1  entertainment is provided by an employee, it also

2  provides that a performance of adult or simulated,

3  specified sexual activities, including removal of

4  articles of clothing or appearing unclothed, are

5  illegal.

6           CHAIRMAN (Rep Sexton):  Representative

7  Johnson?

8           REPRESENTATIVE JOHNSON:  I'm thinking of

9  a whole lot of performances where people remove

10  articles of clothing.  That doesn't make it a

11  stripping situation, but you can remove a jacket.

12  You can remove -- is that including this as well?

13           CHAIRMAN (Rep Sexton):  Chairman Todd?

14           REPRESENTATIVE TODD:  Things that are

15  not sexualized would not be included in this.

16           CHAIRMAN (Rep Sexton):  Representative

17  Johnson?

18           REPRESENTATIVE JOHNSON:  Can you define

19  for me female impersonator?

20           REPRESENTATIVE TODD:  Mr. Speaker, that

21  is something that she would have to refer to the law

22  that we already have on the books for.  I do not

23  have that definition memorized.

24           CHAIRMAN (Rep Sexton):  Representative

25  Johnson?

```
 1                REPRESENTATIVE JOHNSON:  Is there a
 2   definition in the law for a female impersonator?
 3                CHAIRMAN (Rep Sexton):  Chairman Todd?
 4                REPRESENTATIVE TODD:  Mr. Speaker, as
 5   amended, Senate Bill 0003 clears up confusion in the
 6   law and clarifies that adult-oriented performances
 7   may only be held in age-restricted venues and may
 8   never be held on publicly owned property.
 9                Under the current law, business --
10   businesses that predominantly provide
11   adult-oriented entertainment must be licensed and
12   age restricted to prevent children from entrance.
13   This bill simply clarifies that this type of
14   adult-oriented entertainment occurs in locations
15   that are not required to be regulated under the
16   current adult entertainment law because that
17   entertainment is not predominant to the business,
18   such as a restaurant or some other venue, then that
19   business must ensure that the location is age
20   restricted, that minors must not be present and
21   children not be allowed to view the performance.
22                The bill only applies to performances
23   that are considered to be harmful to minors under
24   the state's obscenity laws, which are those
25   performances that are overtly sexual in nature and
```

Veteran Court Reporting - (931) 319-0930
veterancourtreporting@gmail.com

1    appeal to a prurient interest.

2                39-17-901 defines "harmful to minors"

3    that "quality of any description or representation,

4    in whatever form, of nudity, sexual excitement,

5    sexual conduct, excess violence, sadomasochistic

6    abuse when the matter or performance, (a) would be

7    found by the average person applying contemporary

8    community standards to appeal predominantly to the

9    prurient, shameful, or morbid interest of

10   minors" --

11               CHAIRMAN (Rep Sexton):  Representative

12   Johnson, you are out of order.  You can allow him to

13   finish, but we will not take shouting from the House

14   floor.  Thank you very much.

15               Chairman Todd, you can continue.

16               REPRESENTATIVE TODD:  Thank you, Mr.

17   Speaker.

18               "(b) is patently offensive to

19   prevailing standards in the adult community as a

20   whole with respect to what is suitable for minors;

21   and, (C), taken as a whole lacks serious literary,

22   artistic, political, or scientific value for

23   minors."

24               There are other definitions as well

25   that deal with adult-oriented establishments, but I

```
 1    hope that answers the question.
 2              Mr. Speaker?
 3              CHAIRMAN (Rep Sexton):  Representative
 4    Johnson.
 5              REPRESENTATIVE JOHNSON:  Thank you.
 6              It doesn't answer the question,
 7    actually.  Because what we're doing is this is
 8    going to have a chilling effect on things that
 9    aren't obscene performances because I haven't seen
10    obscene drag performances, but that is the target
11    and the thing we are targeting here.
12              And so the reality is we are violating
13    people's First Amendment rights.  We're having a
14    chilling effect on how different people do
15    performances.  We have drag queens being --
16              (Microphone turned off.)
17              CHAIRMAN (Rep Sexton):  Very well.
18              Representative Harris, you are
19    recognized.
20              REPRESENTATIVE HARRIS:  Thank you, Mr.
21    Speaker.
22              So for clarity, two things have to
23    happen in order for someone to violate this
24    legislation.  That would be, one, a minor would
25    have to be present; and, two, it would have to meet
```

1  the definition of harmful to a minor.  Absent of

2  those two parts, would that be the understanding of

3  this legislation?

4              CHAIRMAN (Rep Sexton):  Chairman Todd?

5              REPRESENTATIVE TODD:  Thank you,

6  Mr. Speaker.

7              This addresses adult cabaret

8  entertainment and that means -- in the bill, it

9  says "adult cabaret entertainment" means

10  "adult-oriented performances that are harmful to

11  minors" -- "as I just read the definition of -- as

12  that term is defined in 901 and that features

13  topless dancers, go-go dancers, exotic dancers,

14  strippers, male or female impersonators or similar

15  entertainers" and -- this is required -- "includes

16  a single performance or multiple performances by an

17  entertainer."

18              "Entertainer" then is defined in the

19  bill as meaning "a person who provides

20  entertainment within an adult-oriented

21  establishment regardless of whether if he is

22  charged."

23              I will skip over to the next section.

24              "A performance of actual or simulated

25  specified sexual activities" as I just read are

Case 3:23-cv-00316-JRG-EAM   Court Reporting 08/31/23   Page 73 of 124   PageID #:
Veteran Court Reporting (931) 319-8932
veterancourtreporting@gmail.com
290
70

1   included in that "entertainer" definition.

2            CHAIRMAN (Rep Sexton):  Representative

3   Harris?

4            REPRESENTATIVE HARRIS:  For

5   clarification, an adult entertainment --

6   adult-cabaret entertainment by definition here is an

7   adult-oriented performance?  Many of our communities

8   host annual family-oriented LGBTQ pride events each

9   year.  So this would not apply to those since those

10  are family-oriented; correct?

11           CHAIRMAN (Rep Sexton):  Chairman Todd?

12           REPRESENTATIVE TODD:  Thank you, Mr.

13  Speaker.  It's not my place to determine what is

14  going to apply here or not.  The language is

15  extremely clear, much more clear than I believe what

16  we have in code at the moment.  And, Mr. Speaker, I

17  just believe this will make it much easier for the

18  public to determine what is exactly appropriate for

19  children and what is not appropriate for children

20  and what can be performed in their presence or

21  without their presence.

22           CHAIRMAN (Rep Sexton):  Representative

23  Harris?

24           REPRESENTATIVE HARRIS:  Who will be

25  responsible for enforcing this law?

```
 1              CHAIRMAN (Rep Sexton):  Chairman Todd?
 2              REPRESENTATIVE TODD:  Thank you,
 3    Mr. Speaker.  Responsible parties for enforcing laws
 4    in this state has not changed by this bill.
 5              CHAIRMAN (Rep Sexton):  Representatives
 6    Harris?
 7              REPRESENTATIVE HARRIS:  Who will be
 8    responsible for enforcing this law?
 9              CHAIRMAN (Rep Sexton):  Chairman Todd?
10              REPRESENTATIVE TODD:  Thank you,
11    Mr. Speaker.
12              The same folks that enforce the laws
13    currently will be enforcing this law.
14              CHAIRMAN (Rep Sexton):  Representative
15    Harris?
16              REPRESENTATIVE HARRIS:  Have there been
17    any instances where this has been -- where an adult
18    cabaret in public has been harmful to you?
19              CHAIRMAN (Rep Sexton):  Chairman Todd?
20              REPRESENTATIVE TODD:  Thank you,
21    Mr. Speaker.
22              This past year in my community we had a
23    local group decide to do a quote "family-friendly
24    pride" -- or a "family-friendly" drag show.  And
25    when they listed this as family-friendly, my
```

1    community rose up.  We filed an injunction against

2    this group, actually, against the City of Jackson

3    because our city mayor was endorsing this and

4    refusing to use local ordinances to prevent it that

5    were very clearly set there to prevent this type of

6    activity in front of children.

7              The end of that, after spending several

8    thousand dollars of individual donations -- we had

9    folks come from all over the community donating to

10   this effort to stop this from being in front of our

11   children.  It was forced to be indoors and 18 and

12   up only.

13             And I was asked to come up with

14   legislation that would make this much more clear.

15   It came down to a definition I found.  A definition

16   of the word "cabaret" that is not in current law.

17   And when, as I understand from talking to our legal

18   team, when you don't have something defined in law,

19   then you go to the dictionary.  So we went to the

20   dictionary and the word "cabaret" can mean either a

21   performance or it can mean a location.

22             So we've certainly felt like and my

23   community felt like it was both -- it could be

24   both.  But we took that to court and got the

25   injunction and got it moved to indoors and away

Case 3:23-cv-00316-J-GETM  Court Rep02tiled-08/931239119aPae9e32 of 124   Page74 #:
veterancourtreporting@gmail.com
Veteran Court Reporting - (931) 319-4938

```
 1  from kids and that's exactly what -- the way this

 2  bill is structured.  It doesn't prevent those

 3  performances.  It certainly says that they must not

 4  be held in front of minors and we intend to uphold

 5  that and expect our law enforcement across our

 6  great state to uphold that principle and uphold

 7  what we pass here in this legislature.

 8              CHAIRMAN (Rep Sexton):   Representative

 9  Harris?

10              REPRESENTATIVE HARRIS:  Thank you, Mr.

11  Speaker.

12              CHAIRMAN (Rep Sexton):   Representative

13  Hardaway?

14              REPRESENTATIVE HARDAWAY:  Thank you,

15  Mr. Speaker.

16              I'll tell you one thing I learned is

17  not to ask a question until after I finish making

18  my statements.

19              The issue that hits me -- and I can't

20  see the sponsor.  I wish I could; so he could see

21  me.  There we go.

22              The issue that hits me is in Section 1

23  and it's because we -- we have language in there

24  that is specifically calling out male or female

25  impersonators.  That's a problem for me.  I was
```

1    sitting and making a couple of notes of male or
2    female impersonators who have been on TV regular
3    for a decades, male or female impersonators who are
4    in the movies, the theaters, who are in the plays
5    that often come to public venues, and I came up
6    with Martin Lawrence.  I can't remember what the
7    name is of the individual -- Shanaynay.  That's a
8    first.  That's now in the record.
9              Tyler Perry, Big Momma, number of
10   movies, family oriented, but at times there are
11   suggestive scenes or comments or movements in that
12   movie.  Red Skelton -- now I was a little boy when
13   I was watching Red Skelton, for those who are
14   trying to date me.  Flip Wilson.  Geraldine.
15             From my understanding of the amended
16   bill, the amendment on House Bill Number 0009, all
17   of those would be forbidden and they would be
18   committing -- I think you moved it to a type A
19   misdemeanor.  All of them would -- would be
20   breaking the law once this bill passes.
21             And I just don't understand why we had
22   to put language in that spoke to male or female
23   impersonators.  It just doesn't make sense to me.
24   I've gotten in most of what I wanted to say so I
25   would be interested in hearing your response, sir.

Case 3:23-cv-00316-JRG-EAM   Document 02-2   Filed 08/31/23   Page 78 of 124   PageID #:
Veteran Court Reporting - (931) 319-8932
veterancourtreporting@gmail.com
76

```
1              CHAIRMAN (Rep Sexton):  Chairman Todd?
2              REPRESENTATIVE TODD:  Thank you, Mr.
3    Speaker.
4              I would clarify for the members that
5    the wording in that paragraph is copied out
6    word-for-word out of the current law that we have
7    on the books.  We haven't created any new language
8    in that paragraph, maybe by adding an "S" or
9    something; similar entertainers, maybe.  But the
10   rest of that is copied straight out of the law.
11             As a matter of fact, this amendment
12   that we had that makes the bill, there was a -- in
13   the senate version, there was one phrase there that
14   was left out of what the current law has and so we
15   added that back in to make it, again, consistent
16   for what's been on the books for literally decades
17   that was passed long before this majority was in
18   place.
19             So that's been there.  That was what we
20   dealt with this past summer in my community.
21   That's what folks went to when they looked up what
22   can be done about this type of performance in front
23   of our children and saw that and said, wait a
24   minute.  How can we have such a thing in this
25   community in a public park when it clearly says
```

Case 3:23-cv-00316-JPG-EJM   Document 02-2   Filed 08/31/19   Page 79 of 124   PageID #:
Veteran Court Reporting - 931.319.9930
veterancourtreporting@gmail.com
70

```
1    "male and female impersonators cannot be in those
2    locations?"  And so that's what started the whole
3    discussion around the law and around this
4    particular advertised performance and what we could
5    do about it.
6                   CHAIRMAN (Rep Sexton):  Representative
7    Hardaway --
8                   REPRESENTATIVE HARDAWAY:  Thank you.
9                   And I think you just told me that male
10   or female impersonators is in current law.  I'm not
11   asking a question right now.  I'm going to wait
12   until I get to the end of my time before I ask
13   another question.  But I, myself, actually had a
14   bill that I took over from Curry Todd as a matter
15   of fact that dealt with adult cabarets.  I don't
16   remember seeing that language, and I still would
17   say to you to hold out the "male or female
18   impersonators" in this listing of topless dancers
19   and exotic dancers and strippers.  I say that that
20   unfairly puts them in the --
21                   (Microphone turned off.)
22                   CHAIRMAN (Rep Sexton):  Chairman Todd?
23                   REPRESENTATIVE TODD:  Thank you,
24   Mr. Speaker.
25                   I renew my motion.
```

```
1              CHAIRMAN (Rep Sexton):  Thank you.
2              Representative Freeman?
3              REPRESENTATIVE FREEMAN:  Thank you,
4   Mr. Speaker.
5              I'm going to follow along some of the
6   lines of my colleagues.  It troubles me that we are
7   including male and female impersonators in the same
8   light as a -- as a stripper.  And, you know, there
9   are several organizations and restaurants here in
10  Nashville that do, you know, a Sunday drag brunch
11  that is not sexual in nature, that is normalizing
12  the transgender community, that is showing those
13  that come from your community and from all across
14  our state that they have a place in our state.  And
15  by somehow trying to -- not somehow -- but by
16  trying to outlaw their existence, we are further
17  traumatizing Tennesseans.
18              And I guess my question to you -- and I
19  would ask for brevity.  I don't know if I'm going
20  to get it.  But my question to you is what is wrong
21  with a transgender person that we need to create a
22  law that makes it so they cannot be in public in
23  front of children?  Why is it a problem for a child
24  to simply be in the presence of a transgender
25  person?  And I would also challenge the fact that
```

1  someone is impersonating a male or a female or if

2  they are -- if they are transgender and/or in drag

3  because I don't believe that they are

4  impersonating.  I believe that they -- they feel

5  like that is who they are and why do we need to

6  tell me who they can be?

7           CHAIRMAN (Rep Sexton):  Chairman

8           REPRESENTATIVE TODD:  Mr. Speaker, the

9  language in this is very clear and it is literally

10 copied out of the definitions that we already have.

11 So this hang-up with male and female impersonators

12 we've had on the books for decades.  Previous

13 legislatures passed that.  This is just copied out

14 of that and using that definition to expand on it

15 and clarify, again, from based on my experience in

16 our community and what we dealt with with that

17 definition.

18           So we wanted to make sure that it was

19 very clear going forward what would be and would

20 not be caught in this.  And as I stated earlier,

21 this actual -- the other entertainers that are

22 mentioned here and then the words "similar

23 entertainers" defined as "entertainment within an

24 adult-oriented establishment," and then we get into

25 what's harmful to minors.  We've added that as

Case 3:23-cv-00316-JRG-EM   Court Reporting 08/31/19   Page 82 of 124   PageID #:
Veteran Court Reporting
veterancourtreporting@gmail.com
2952
80

```
 1   clarity to this so that we don't catch folks that
 2   are just expressing their First Amendment rights
 3   walking down the street or something.
 4           So this is -- this is not going in the
 5   direction, I don't believe, where you were thinking
 6   it is.  I think it actually is making it more clear
 7   to everyone to be able to understand this.
 8           CHAIRMAN (Rep Sexton):  Representative
 9   Freeman?
10           REPRESENTATIVE FREEMAN:  Thank you.
11           And I appreciate the answer but, again,
12   I'm going to ask you a direct question.
13           So if somebody is having an all-age
14   drag brunch and there is no nudity, under this law,
15   is that required to be an 18-and-up establishment
16   if it's -- because you keep saying "an
17   adult-oriented establishment," and I'm not sure --
18   I'm not sure I understand that term.
19           CHAIRMAN (Rep Sexton):  Chairman Todd?
20           REPRESENTATIVE TODD:  Thank you, Mr.
21   Speaker.
22           So as it lays out, it lays out what an
23   adult cabaret entertainment is in the first
24   paragraph, A.  Then in the next section,
25   "entertainer" defines that and it's entertainment
```

```
1    within an adult-oriented establishment."  It also

2    means "a performance of actual or simulated

3    specified sexual activities involving removing of

4    articles of clothing or appearing unclothed

5    regardless of whether a fee is charged or not," and

6    "it's harmful to minors."

7              I mean, this fits into, again, what

8    we've already had into our law -- in our law for

9    decades and just clarifies so that it's very clear

10   to performers and average citizens as to what is

11   allowed.

12             CHAIRMAN (Rep Sexton):  Representative

13   Freeman?

14             REPRESENTATIVE FREEMAN:  Thank you for

15   that.

16             So I'm going to take that as a "yes"

17   then that if you were just having a drag brunch at

18   a restaurant here in Nashville that that would be

19   allowed.

20             I just want to say one quick thing in

21   six seconds.  We're missing this.  We need to be

22   accepting of all Tennesseans, and I hope

23   that every- --

24             (Microphone turned off.)

25             CHAIRMAN (Rep Sexton):  Let the journal
```

Case 3:23-cv-00316-JRG-EAM   Document 02-2   Filed 08/31/23   Page 84 of 124   PageID #:
Veteran Court Reporting 931-319-8982
veterancourtreporting@gmail.com

1    reflect Leader Camper is excused.

2              Representative Jones, you are

3    recognized.

4              REPRESENTATIVE JONES:  Thank you,

5    Mr. Speaker.

6              I was going to rise today and talk

7    about how this bill is a solution in search of a

8    problem, but I believe my colleagues on the other

9    side of the aisle already know that.  This is about

10   erasing a group of people.  It is about

11   fearmongering.  It's about waging a. cultural war.

12   It's about manufacturing a crisis to distract from

13   the failures of this majority to do the will of

14   everyday Tennesseans and many of you know that.

15             Because the truth be told, if we wanted

16   to address the issue of obscenity and what is

17   harmful to minors, my colleagues on the other side

18   of the aisle would not need a bill in the House of

19   Representatives.  What they would need is a mirror.

20             It is this majority that until last

21   year defended a member from Waynesboro who admitted

22   to being a child molester when he was a coach.  It

23   was my members on the other side of the aisle, my

24   colleague who defended a speaker, the former

25   speaker, despite his continuous acts of lewd and

Case 3:23-cv-00316-JPG-EAH   Document 2-1   Filed 08/31/23   Page 85 of 124   PageID #:
Veteran Court Reporting - 931.319.4088
veterancourtreporting@gmail.com
85

```
 1    inappropriate behavior, including with interns.  It
 2    was my colleagues on the other side of the aisle
 3    who defended a president who talked about grabbing
 4    women inappropriately with no shame.
 5              And so if we want to look --
 6              CHAIRMAN (Rep Sexton):  Representative
 7    Jones, if you'd like to stay on the bill, that would
 8    be great.  If you go off the bill, then we will have
 9    this little debate back and forth.  So please stay
10    on the bill.  Thank you.
11              Representative Jones?
12              REPRESENTATIVE JONES:  Thank you,
13    Mr. Speaker.
14              This bill is about obscenity and things
15    that are harmful to children.  That is what I am
16    staying on, Mr. Speaker.
17              If we want to look at what is seriously
18    harmful to children, let's have a bill to ban
19    children from going to these bible camps where they
20    are being sexually assaulted with the Southern
21    Baptist Convention.  Let's go after real threats to
22    our youth.  Let's go after the predator behavior in
23    your own districts, clergy in your own
24    congregations harming youth.  Weekly we read about
25    this in the news, my colleagues.
```

Case 3:23-cv-00316-JRG-DCP   Document 21-1   Filed 08/31/23   Page 86 of 124   PageID #:
Veteran Court Reporting
veterancourtreporting@gmail.com
294

```
 1                My colleagues, I'm saying this to just
 2   say let's be serious about what this is about.
 3   Let's be serious about what's at stake here.  I
 4   want to quote a drag queen and LGBTQ activist and
 5   an icon from the Stonewall uprising, Marsha P.
 6   Johnson, who stated, "How many years does it take
 7   for people to see that we're all brothers and
 8   sisters and human beings in the human race?"  You
 9   may not agree with going to drag shows.  You
10   don't -- no one is forcing you to go, but don't try
11   to erase a whole identity of people because of
12   hatred and bigotry in your heart.
13                We are constitutionally sworn to take
14   an oath to vote against any legislation that is
15   injurious to the people.  Attacks on freedom of
16   expression are injurious to the people.  Violating
17   constitutional rights, injurious to the people.
18   Scapegoating and instigating violence against a
19   group of people, injurious to the people.
20                And so I urge my colleagues-- I know
21   your leadership has told you to vote on this bill
22   but vote according to what you know is right.  Vote
23   according to what your district knows is not an
24   issue.  This is not no -- I've gotten multiple
25   calls about this bill from East Nashville to
```

Case 3:23-cv-00316-JRG-EAM   Document 34-12   Filed 08/31/23   Page 87 of 124   PageID #:
Peterson Court Reporting - (931) 319-8932
veterancourtreporting@gmail.com
85

1  Antioch, across my district, hundreds of calls; not

2  one person supported this bill.  Until this was

3  filed, no one even knew this was an issue until the

4  sponsor made it one.

5          And so, colleagues, I ask you to just

6  do something right.  Be on the right side of

7  history.  Let's be about the issues that are

8  serious to everyday Tennesseans who are suffering

9  from denied health care, poverty wages, poor public

10  education systems.  Let's not make issues just to

11  win cheap political points.  Let's not manufacture

12  crisis just so that we can give ourselves a

13  platform to distract Tennesseans from the failures

14  of this majority.

15          CHAIRMAN (Rep Sexton):   Representative

16  Jones, you're off the bill.  We're moving to the

17  next one.

18          Representative Clemmons, you're

19  recognized.

20          REPRESENTATIVE CLEMMONS:  Thank you, Mr.

21  Speaker.  Thank you, sponsor.

22          I appreciate my previous colleague's

23  sentiments about this and the targeting.  You know,

24  often -- though we disagree with legislation, we

25  try to find the true intent and perhaps the love in

Case 3:23-cv-00316-JRG-EAV  Court Reporting 08/311/2391   Page 88 of 124   PageID #:
Veteran Court Reporting
veterancourtreporting@gmail.com

```
1    a piece of legislation, but I don't see any love in
2    this legislation.  I see hate.  And so in addition
3    to that, my concern with this is the breadth of the
4    language, Mr. Sponsor.  And the breadth of this
5    language takes direct aim at the local economy of
6    my city.  It takes direct aim at the entertainers
7    within my city.  It takes direct aim with those
8    small businesses in my community.
9              And so the language of this bill --
10   now, I don't know if you've ever attended a Beyoncé
11   concert.  Something tells me you haven't.  Or a
12   Harry Styles concert or a Lizzo concert or Madonna
13   concert -- your language prohibiting -- and the
14   breadth, the vagueness in this bill would prohibit
15   those entertainers from performing in my city.  It
16   would prohibit Beyoncé, the Queen Bee herself who
17   is coming to Nashville this year, this bill would
18   allow me as a district attorney, by the plain
19   language of this bill, to arrest Beyoncé.
20             Is that your intended goal here?
21             CHAIRMAN (Rep Sexton):  Chairman Todd?
22             REPRESENTATIVE TODD:  Thank you, Mr.
23   Speaker.
24             It is so interesting to me to hear the
25   opposition to this very simple common sense bill.
```

```
1    Most of you in this room know exactly what this
2    does.  You know it's common sense.  Anyone that
3    would stand against a bill that is going to prevent
4    minors, children, from seeing obscene sexual
5    activity, I don't know how you claim to be
6    representing anyone.  This is common sense.  This
7    is protecting children first and foremost.  We
8    can -- folks have made up things about this.  They
9    dreamed up things about this.  We've got, you know,
10   media weighing in on it from all over the world
11   without reading it, without really looking at what
12   it means.  It does exactly what I said it does,
13   very plain and simple.  And I would think an
14   attorney, of all people, would be able to read this
15   and certainly understand how simple it is.
16             Thank you, Mr. Speaker.
17             CHAIRMAN (Rep Sexton):  Representative
18   Clemmons?
19             Out of order.
20             Representative Clemmons?
21             REPRESENTATIVE CLEMMONS:  Thank you,
22   Mr. Speaker.
23             You know, it's interesting.  We can
24   find common ground here.  Nobody wants a minor in
25   an establishment with a stripper.  There are laws
```

Case 3:23-cv-00316-JPM-tmp   Document 02-1   Filed 08/31/23   Page 90 of 124   PageID #:
Veritext Court Reporting   (931) 319-8090
veterancourtreporting@gmail.com
90

1  prohibiting that.  But your language here, as a

2  lawyer, that features -- any entertainment that

3  features a topless dancer -- you could have male

4  topless dancers.  I mean, I guess we're not going

5  to swimming pools anymore if males aren't allowed

6  to take their shirts off.  So you got male topless

7  dancers performing in a public venue and that may

8  or may not have actual or simulated sexual

9  activities remove -- or included the removal of

10 articles of clothing, such as a t-shirt.

11           I mean, you -- you could have a

12 child -- I don't know if you've been to Ascend

13 Amphitheater.  You can watch performances from the

14 street without entering that venue.  So you could

15 have a 16-year-old walking up the street looking in

16 a concert -- Beyoncé, Harry Styles, Lizzo -- any --

17 most any entertainer.  And then you're going to

18 allow a district attorney to go down there and

19 arrest that entertainer.  You are taking direct aim

20 at Music City USA just because you subjectively may

21 not agree with it.

22           Now, we talk a lot in this body about

23 protecting constitutional amendments.  So if you

24 want to have the plain language of the Second

25 Amendment protected then you better want to have

Case 3:23-cv-00316-JPM-tmp    Document 2-1    Filed 08/03/23    Page 92 of 124    PageID #:
Veteran Court Reporting    (931) 319-8092
veterancourtreporting@gmail.com
91

```
1   the plain language of the First Amendment
2   protected, because you can have constitutionally
3   recognized exceptions but you cannot exclude
4   individual classes of people because you
5   subjectively disagree with them or hate them.  That
6   is unconstitutional.  Your language is vague and
7   it's overly broad.  This will not stand up in
8   court.  You have wasted all of our time here today
9   by promoting this legislation.
10               I would ask that you at least make the
11  effort as an attorney to clean this up to bring it
12  within constitutional muster so you're not
13  attacking my local economy.
14               Thank you, Mr. Speaker.
15               CHAIRMAN (Rep Sexton):  Chairman Todd,
16  you're recognized.
17               REPRESENTATIVE TODD:  Thank you, Mr.
18  Speaker.
19               I think the language is extremely
20  clear.  We've had multiple attorneys look over
21  this.  They think it's extremely solid.  I'm very
22  confident, very confident our Attorney General can
23  stand behind this and defend this without question.
24               CHAIRMAN (Rep Sexton):  Representative
25  Zachary?
```

 1                REPRESENTATIVE ZACHARY:  Thank you,

 2    Mr. Speaker.

 3                Members, I had not planned on speaking

 4    on this bill but after hearing all of the comments

 5    I thought it was appropriate to provide some actual

 6    context.

 7                So in Knox County we had a drag show, a

 8    family-friendly drag show that was set to be at the

 9    Tennessee Theatre.  There was a Christmas drag

10    show.  Video surfaced of this show that showed

11    stripping, simulating of sexual acts, and

12    inappropriate touching.

13                And so because of that, the mayor and I

14    engaged the facility.  There were some compromises

15    made but then some videos surfaced that showed

16    exactly what went on in this drag show.  And I'm

17    extremely thankful for TBI Director Rausch, who is

18    the former chief of police in Knox County, for

19    engaging and actually bringing the promoter on, the

20    promoter agreeing with the director's assessment,

21    and then agreeing to scale down that show to make

22    it appropriate for children, which is exactly why

23    this bill is needed; to ensure that those acts

24    don't continue in front of children because that

25    same show two days or three days after Christmas

Veteran Court Reporting - (931) 319-8992
veterancourtreporting@gmail.com

```
 1   was conducted in Florida without that same filter
 2   and those restrictions and now the state of Florida
 3   is investigating those because there was simulation
 4   of sexual acts, stripping and exposure, and
 5   inappropriate touching.
 6            And let's be really clear, really
 7   clear.  We as the legislature, we have the ability
 8   per our Constitution to deem what is inappropriate.
 9   And my guess is when we vote and put this on the
10   board and when we vote on another bill that we put
11   on the board these were all conversations that
12   happened during the election cycle.
13            And I need to remind this body and my
14   colleagues we picked up two additional seats in the
15   house and the governor, who's a Republican
16   governor, increased his percentage.  So we talked
17   many times about a mandate from the voters.  We
18   have a mandate from the voters.  They agree with us
19   in protecting children and that's exactly what this
20   bill does.
21            So I remind my colleagues when we vote
22   here and we vote now and we're voting on this bill,
23   it is about protecting children.
24            Thank you, Mr. Speaker.
25            Thank you, Representative Todd, for
```

```
 1   your boldness in carrying this bill.
 2               CHAIRMAN (Rep Sexton):  Out of order.
 3               Representative Bulso?
 4               REPRESENTATIVE BULSO:  Thank you, Mr.
 5   Speaker.
 6               I've heard three statements made this
 7   morning that I wish to comment on.  The first is
 8   the statement on the bill.  The second has to do
 9   with the Constitution and the third has to do with
10   hate.
11               First, it's the obligation of every
12   member of this body to read and understand the
13   bills that come before it.  When we look at Section
14   1(a) of Senate Bill 0003, we see that adult cabaret
15   entertainment is defined to mean "adult-oriented
16   performances that are harmful to minors" as that
17   term is defined in 39-17-901.
18               That provision has been ignored by
19   every question lodged this morning.  If you
20   actually look at 39-17-901, subsection 6, it
21   provides a definition as to what is harmful to
22   minors, and it provides for three things.
23               One, the conduct has to be prurient.
24   It has to appeal to prurient sexual interests.
25   Number two, it has to be patently offensive.  And
```

Case 3:23-cv-00316-JRG-EAM   Document 27-2   Filed 08/31/23   Page 96 of 124   PageID #:
Veteran Court Reporting
veterancourtreporting@gmail.com
95
308

```
1    then third, it can have no redeeming, scientific,

2    or artistic value.

3            Now, we didn't just make those terms

4    up.  That's the three-part Miller test coming from

5    our U.S. Supreme Court in 1973 in Miller versus

6    California.  And when you look at Senate Bill 0003,

7    it defines adult cabaret entertainment to include

8    conduct that is harmful to minors and -- it doesn't

9    say "or," it says "and" -- the conduct has to be

10   obscene as defined by the U.S. Supreme Court in

11   Miller versus California and it has to involve

12   topless dancers, go-go dancers and other things.

13           So this idea that somehow just

14   appearing in public as a male or if you're a female

15   or Flip Wilson impersonating Geraldine has nothing

16   to do with this bill.  Because to be unlawful, the

17   conduct, first, has to be obscene as defined by the

18   U.S. Supreme Court and through 39-17-901, codified

19   in Tennessee.  And then second, it has to involve

20   topless dancing, go-go dancers, or other such

21   things.  That's point number one on the bill.  Look

22   at the bill, read the bill.

23           Point number two, the Constitution that

24   you just heard about.  This bill is completely

25   constitutional.  It is -- it reeks with
```

```
 1   constitutionality under the First Amendment because
 2   it incorporates the tests that our Supreme Court
 3   adopted in 1973.
 4             The third point is hate.  Let me say
 5   this about hate and this attitude of intolerance
 6   that is taking over our country, this dictatorship
 7   of relativism.  This bill is not born in hate.
 8   This bill is born out of love to protect the
 9   innocence of children, and I am proud to stand with
10   Representative Todd to support it.
11             CHAIRMAN (Rep Sexton):  Out of order.
12             Representative Warner?
13             REPRESENTATIVE WARNER:  Mr. Speaker, I
14   call for previous question.
15             CHAIRMAN (Rep Sexton):  The previous
16   question has been called.
17             Any objection?
18             We will go on the board.  That's fine.
19   We're voting on previous question.
20             All of those in favor, vote "aye" when
21   the bell rings; opposed, "no."
22             Has every member voted?
23             Does any member wish to change their
24   vote?
25             Mr. Clerk, please take the vote.
```

```
1              MR. CLERK:  Ayes 74; 20 nays.

2              CHAIRMAN (Rep Sexton):  The previous

3   questions prevails.

4              Let the journal reflect that

5   Representative Beck is excused.

6              We are voting.

7              All of those in favor of Senate Bill

8   0003 as amended, vote "aye" when the bell rings.

9   Those opposed, vote "no."

10             Has every member voted?

11             Does any member wish to change their

12  vote?

13             Mr. Clerk, please take the vote.

14             MR. CLERK:  Ayes 74; 19 nays.

15             CHAIRMAN (Rep Sexton):  Senate Bill

16  0003, having received the constitutional majority, I

17  hereby declare it passed without objection.

18             Motion to reconsider is tabled.

19             Call up the next bill, Mr. Clerk.

20             (WHEREUPON, the Clerk called the next

21  Senate Bill.)

22             CHAIRMAN (Rep Sexton):  Oh, Chairman

23  Clemmons, you're recognized.

24  ///

25             REPRESENTATIVE CLEMMONS:  Thank you,
```

1   Mr. Speaker.

2                The issue -- and I certainly understand

3   the members are -- and correct me if I'm wrong.  Do

4   we not have a mechanism under the rules that we are

5   allowed to have someone recognized to correct a

6   misstatement made by someone else on the House

7   floor if it is a blatant, intentional

8   misrepresentation of the actual facts?

9                CHAIRMAN (Rep Sexton):  Mr. Clerk?

10               MR. CLERK:  Mr. Speaker, I believe what

11  the member may be referring to is if a member's

12  reputation has been called into question they would

13  have a right or if their name is called they would

14  have a right to respond.  As far as to clear up any

15  sort of record, that's not the case.

16               CHAIRMAN (Rep Sexton):  Chairman

17  Clemmons?

18               REPRESENTATIVE CLEMMONS:  Thank you,

19  Mr. Speaker, and I appreciate you entertaining the

20  question on this parliamentary issue.

21               I do find it unfortunate that we are

22  unable that, if someone makes a blatant

23  misrepresentation or misstatement of fact, that we

24  do not have a mechanism whereby that could be

25  corrected for the public record.  I certainly would

Veteran Court Reporting 901-201-8990
veterancourtreporting@gmail.com

1   hate for this body to be tainted with blatant

2   misstatements in debate on an issue as important as

3   the last bill.

4           And I'm not speaking with regard to

5   different interpretations of the Constitution or

6   anything like that.  I'm just -- simple facts about

7   where something took place and where it did not

8   take place.  Those things matter for the record.

9   And so I'd just like for us to consider that in the

10  future if we're able, Mr. Speaker.

11          CHAIRMAN (Rep Sexton):  We would have

12  been on this bill for two hours on the other side

13  misstating, according to what other people have

14  said; so it goes both ways.

15          But our policy is if you raise your

16  hand, you go on the list.  If you'd like to clear

17  up someone's information, you have that right to go

18  on the list.  If someone calls your name, as the

19  clerk says, then you're able to respond

20  immediately, or if they impugn someone's reputation

21  you have the right to immediately respond.  Outside

22  of that, we are in the process that we are in.

23                  [END OF SESSION]

24

25

```
 1                    *   *   *

 2  IN THE SENATE FLOOR SESSION - 13th LEGISLATION DAY
                TENNESSEE GENERAL ASSEMBLY
 3

 4                    March 2, 2023

 5

 6           (WHEREUPON, On the above date, there

 7  came up for consideration in the Senate Floor

 8  Session - 13th Legislation Day, Tennessee General

 9  Assembly, Senate Bill 0003, sponsored by

10  Representative Todd and others.  Discussion

11  pertaining to this bill was as follows):

12

13           MR. CLERK:  Item Number 1, Senate Bill

14  0003 by Senator Johnson for consideration of House

15  Amendment Number 1.

16           CHAIRMAN (Senator McNally):  Leader

17  Johnson?

18           SENATOR JOHNSON:  Thank you,

19  Mr. Speaker.

20           The House amendment differs from the

21  version of this bill that we passed.  It revises

22  part of the definition of "entertainer" by

23  replacing "a provision of adult cabaret

24  entertainment" with a provision of "a performance

25  of an actual or simulated specified activities,
```

Veteran Court Reporting (901) 219-9132
veterancourtreporting@gmail.com

```
 1   regardless of whether a fee is charged or accepted
 2   for the performance and regardless of whether the
 3   performance is provided by an employee or an
 4   independent contractor."
 5           I move to concur.
 6           CHAIRMAN (Senator McNally):  Motion is
 7   to concur.
 8           Discussion?
 9           I see none.
10           We'll be voting on a concurrence motion
11   on Senate Bill 0001.  All of those in favor of
12   concurrence will vote "aye" -- excuse me -- Senate
13   Bill 0003.
14           All of those in favor of concurrence
15   with Amendment Number 1 will vote "aye" when the
16   bell rings.  Those opposed will vote "no."
17           Let every member cast their vote when
18   the bill rings.
19           Has every member voted?
20           Does any member wish to change their
21   vote?
22           Mr. Clerk, take the vote.
23           MR. CLERK:  Ayes 26; 6 nays.
24           CHAIRMAN (Senator McNally):  Senate Bill
25   0003, having conferred -- having conferred in
```

Veteran Court Reporting (931) 319-9902
veterancourtrptg@gmail.com

```
1    Amendment Number 1 is adopted.
2              Without objection, the motion to
3    reconsider is hereby tabled.
4                    END OF TRANSCRIPTION
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 3:23-cv-00316-JRG-EHH   Document 101-2   Filed 08/30/23   Page 103 of 124   PageID #:
**Veteran Court Reporting (901) 519-9332**
*veterancourtreporting@gmail.com*

```
 1                  REPORTER'S CERTIFICATE

 2

    STATE OF TENNESSEE
 3
    COUNTY OF MONTGOMERY
 4

 5           I, D. ROCHELLE KOENES, Licensed Court

 6   Reporter, with offices in Clarksville, Tennessee,

 7   hereby certify that I transcribed the foregoing

 8   video recordings of Senate Bill 0003, by machine

 9   shorthand to the best of my skills and abilities,

10   and thereafter the same was reduced to typewritten

11   form by me.

12           I am not related to any of the parties

13   named herein, nor their counsel, and have no

14   interest, financial or otherwise, in the outcome of

15   the proceedings.

16           I further certify that in order for this
     document to be considered a true and correct copy,
17   it must bear my original signature, and that any
     unauthorized reproduction in whole or in part
18   and/or transfer of this document is not authorized,
     will not be considered authentic, and will be in
19   violation of Tennessee Code Annotated 39-14-104,
     Theft of Services.
20

21

22   _____
     D. ROCHELLE KOENES, RPR, LCR
23   Veteran Court Reporting
     Court Reporter
24   LCR # 689 - Expires:  6/30/2021

25
```

Veteran Court Reporting
veterancourtreporting@gmail.com

| | | | |
|---|---|---|---|
| **$** | **1973**  94:5 95:3 | **8** | 47:1 56:10,21 57:2 58:6 83:25 91:11,23 92:4 |

**$**

**$13**  22:8

**$3**  22:13

**(**

**(a)**  69:6

**(b)**  69:18

**(C)**  69:21

**0**

**0001**  100:11

**0003**  3:9,17 4:22 30:9 31:4,7 32:9, 14,18 33:15 58:24 59:13 61:5 62:9, 21,23 63:3,6 64:14 68:5 93:14 94:6 96:8,16 99:9, 14 100:13,25

**0009**  62:13 76:16

**1**

**1**  30:14 31:11,14 32:24 33:5 63:11, 18,21,25 64:13 75:22 99:13,15 100:15 101:1

**1(a)**  93:14

**13**  22:11

**13th**  99:2,8

**16**  49:20

**16-year-old** 89:15

**17**  15:7

**17-year-old** 49:20,24

**18**  38:25 74:11

**18-and-up**  81:15

**19**  96:14

**1920's**  41:15

**2**

**2**  99:4

**20**  23:3 24:13 96:1

**200**  22:10

**2023**  3:4 30:4 32:4 62:4 99:4

**23**  62:4

**26**  61:3 100:23

**3**

**30**  57:18

**3058**  4:10 33:5

**31**  3:4 47:19

**39-17-901**  6:1,14 8:21 12:4 34:25 37:23 46:11 69:2 93:17,20 94:18

**4**

**4**  15:7

**5**

**5**  24:23

**6**

**6**  30:4 93:20 100:23

**60**  22:12

**7**

**7-51**  48:11

**7-51-1401**  27:6

**74**  96:1,14

**7th**  30:2,8

**8**

**8th**  32:2,8

**9**

**9**  24:23 32:4

**901**  71:12

**9th**  62:2,8

**A**

**ABC**  23:6

**ability**  24:12 43:20 92:7

**Absent**  71:1

**absolutely**  38:15 56:5

**absurdity**  41:24

**abuse**  6:5 12:13 14:13 15:5,20 35:8 44:12 69:6

**abusing**  54:5

**acceptable** 52:17,18

**accepted**  66:24 100:1

**accepting**  14:18 15:1 82:22

**accurate**  37:20

**accusations** 34:22

**acknowledge** 27:18

**acted**  15:17

**activist**  85:4

**activities**  55:24 67:3 71:25 82:3 89:9 99:25

**activity**  49:9 58:12 74:6 88:5

**acts**  12:23 15:12 19:12 23:2 28:2,3 34:16 38:22 39:3

**actual**  40:18 71:24 80:21 82:2 89:8 91:5 97:8 99:25

**add**  27:14 58:7

**added**  77:15 80:25

**adding**  23:25 77:8

**addition**  87:2

**additional**  59:14 92:14

**address**  36:18 43:2 83:16

**addresses**  71:7

**adhering**  49:2

**admitted**  83:21

**adopted**  61:6 95:3 101:1

**adoption**  31:11 37:3 63:17,21,24

**adult**  5:11,12 8:18 14:16,18 15:23 16:17 18:15 19:15 22:22 23:7 24:10 27:5,6 34:3 35:18 49:3 60:14 64:25 66:22 67:2 68:16 69:19 71:7,9 72:5 73:17 78:15 81:23 93:14 94:7 99:23

**adult-cabaret** 72:6

**adult-oriented** 4:24 5:4,9 33:16, 22 34:1 48:11 49:6 62:14 64:16, 20,23 66:23 68:6, 11,14 69:25 71:10,20 72:7 80:24 81:17 82:1 93:15

**adult-themed**  5:6 8:12 10:7,8,17 27:15

Case 3:23-cv-00316-JRG-DCP  Document 35-1 Filed 08/30/23  Page 105 of 124  PageID #: 9305
Veteran Court Reporting & Transcribing, LLC
veterancourtreporting@gmail.com

**adults** 16:4 21:6,7

**advantageous** 42:15

**advertised** 78:4

**advocate** 14:8

**advocates** 15:25

**affirmation** 16:25

**afringe** 45:23,25

**afternoon** 3:15 23:16

**age** 5:5,16 10:11 33:23 34:8 64:21 65:3 68:12,19

**age-restricted** 4:25 33:18 36:20 64:17 68:7

**ages** 15:7

**aggravate** 51:25

**aggressively** 22:25

**agree** 13:4 50:20 51:14 52:21,22,25 53:6 85:9 89:21 92:18

**agreeing** 91:20, 21

**ahead** 7:20 9:1 26:4 56:1

**aim** 87:5,6,7 89:19

**aisle** 83:9,18,23 84:2

**AKA** 18:7

**Akbari** 43:11,12 45:4,5 46:22,23

**alarmed** 42:6

**Alcoholic** 23:1

**align** 42:10

**all-age** 81:13

**allowed** 5:17 25:11 37:16 54:25 65:4 68:21 82:11, 19 89:5 97:5

**allowing** 15:2

46:15

**amended** 4:22 26:9 32:22 33:14 59:12 64:14 68:5 76:15 96:8

**amendment** 3:18 4:3,5,7,9,10,19 30:22,23 31:11,14 32:19,24 33:5,7, 11,14 37:4 41:11 52:15 53:9 58:24, 25 59:4 63:9,16, 18,21,23,25 64:4, 13 70:13 76:16 77:11 81:2 89:25 90:1 95:1 99:15, 20 100:15 101:1

**amendments** 64:6 89:23

**America** 14:13

**Amphitheater** 89:13

**anal** 55:23

**and/or** 80:2

**ankles** 41:17

**annual** 22:13 72:8

**answers** 70:1

**Antioch** 86:1

**antithesis** 42:15

**anymore** 89:5

**anytime** 51:12,13

**apologize** 20:20

**appalled** 36:11 53:24

**appalling** 54:10

**apparent** 42:7

**appeal** 6:8 12:14 34:11,15 35:14,15 44:14 60:11 65:9, 11 69:1,8 93:24

**appearing** 67:4 82:4 94:14

**applaud** 25:3

**applied** 8:11 39:14 40:5 41:2,

12,14

**applies** 5:19 34:10 37:22 51:10 60:9,19 65:5 68:22

**apply** 10:17 11:11 40:24 44:3,4,7,23, 24 46:8 72:9,14

**applying** 6:8 12:13 35:13 36:4 44:14 48:15 49:3 60:10 69:7

**area** 10:22 27:24 36:15

**arguably** 41:23

**argument** 57:13

**arisen** 9:10

**Arkansas** 52:13

**arrest** 24:21 56:6 87:19 89:19

**arrested** 24:8 56:10 66:9,13

**article** 21:6

**articles** 67:4,10 82:4 89:10

**artistic** 35:22 38:21 50:6 54:8, 18 55:2 60:17 69:22 94:2

**artists** 11:6

**arts** 52:9

**Ascend** 89:12

**ascertain** 45:9

**assaulted** 84:20

**Assembly** 3:2,8 30:2,9 32:2,9 62:2,9 99:2,9

**assessment** 91:20

**associations** 21:8

**attack** 57:6 60:1

**attacking** 90:13

**attacks** 42:23 85:15

**attempting** 41:25

**attended** 87:10

**attending** 5:5

**attention** 16:25

**attire** 41:15 45:21

**attitude** 95:5

**attorney** 53:3 87:18 88:14 89:18 90:11,22

**attorneys** 10:3 90:20

**audible** 4:14

**audience** 7:13 16:18

**August** 20:13

**average** 6:7 12:13 35:13 44:13 60:10 69:7 82:10

**aware** 21:4 26:21

**aye** 4:10,11 28:24 29:1,3,5,7,9,11 59:1,5,6 60:23 63:25 64:1 95:20 96:8 100:12,15

**ayes** 4:16 29:13 59:9,11 61:3 64:3 96:1,14 100:23

---

**B**

**bachelorette** 12:19

**back** 3:16 12:6 25:20 44:21,25 53:13 56:11 77:15 84:9

**Backdoor** 20:17

**backyard** 48:21

**Bailey** 58:16,17

**ban** 6:20 34:22,23 84:18

**Baptist** 54:5 84:21

**bare** 11:5

**based** 7:23 11:11 23:21 80:15

**baseline** 51:8

**basically** 34:25 38:22 48:20

**basis** 53:25

**bawdy** 50:3

**Beck** 96:5

**Bee** 87:16

**begin** 10:1

**beginning** 42:1

**behavior** 14:18 15:11 16:18 21:15 23:21 42:7 52:17 53:2 54:8,23 84:1, 22

**behaviors** 14:21 16:14 23:3 24:1

**beings** 85:8

**bell** 59:1 95:21 96:8 100:16

**beloved** 42:22

**Beverage** 23:1

**Beyoncé** 87:10, 16,19 89:16

**bible** 84:19

**Big** 76:9

**bigotry** 85:12

**bill** 3:9,10,17,19, 21,23 4:1,6,8,17, 19,22 5:8,19 6:15, 24,25 7:1 8:1,10 9:10 12:8 13:23 17:18,21 18:11 23:14,17 25:9,22 26:8,9,20,25 27:14 28:9 29:15 30:9,11,20,22 31:2,4,7 32:9,11, 14,17,20 33:6,14, 15,25 34:10,15, 21,22,23 36:19,23 39:5 48:10 50:15 51:21 53:23 54:12,23 55:9

56:1 57:5,14,17 58:2,8,24 59:12, 13,22,25 60:3,4,6, 8,19,24 61:4 62:9, 11,13,15,21,23 63:3,6,16 64:14, 22 65:5,13,20 66:11,21 68:5,13, 22 71:8,19 73:4 75:2 76:16,20 77:12 78:14 83:7, 18 84:7,8,10,14, 18 85:21,25 86:2, 16 87:9,14,17,19, 25 88:3 91:4,23 92:10,20,22 93:1, 8,14 94:6,16,21, 22,24 95:7,8 96:7, 15,19,21 98:3,12 99:9,11,13,21 100:11,13,18,24

**bills** 14:1 16:20 93:13

**bingo** 43:16

**Bird** 42:18

**birthday** 24:3

**bit** 7:7 10:13 31:2

**blatant** 97:7,22 98:1

**blatantly** 12:22

**board** 60:22 92:10,11 95:18

**body** 41:16 53:25 54:6 89:22 92:13 93:12 98:1

**boldness** 93:1

**books** 13:15 27:12 39:21 40:14 48:5 65:25 67:22 77:7,16 80:12

**born** 95:7,8

**Boro** 19:4,13

**bound** 22:24

**boy** 38:8 49:20,24 76:12

**boys** 49:18

**brain** 15:16

**breadth** 87:3,4,14

**breaking** 76:20

**brevity** 79:19

**briefly** 5:25

**bring** 9:10 43:17 54:25 90:11

**bringing** 27:13,14 32:19 54:24 57:16 91:19

**broad** 90:7

**Broadway** 12:20

**broke** 41:4

**broken** 41:6

**brothers** 85:7

**brought** 7:10 8:7 27:3 51:21 52:13, 14

**brunch** 43:16,18 79:10 81:14 82:17

**brunches** 24:14

**building** 7:11

**Bulso** 93:3,4

**burqa** 42:3

**bus** 23:10,13,15

**business** 5:13,15 8:2 23:4,10 25:6 34:4,18 36:25 65:1,2 68:9,17,19

**businesses** 5:3 22:5,7,11,14 33:21 64:19 68:10 87:8

**C**

**cabaret** 8:18 22:22 23:7 24:11 27:5,7 71:7,9 73:18 74:16,20 81:23 93:14 94:7 99:23

**cabaret'** 27:7

**cabarets** 78:15

**calculable** 17:7

**calendar** 3:13 29:15 30:14

**California** 94:6, 11

**call** 28:17 51:11 58:18 63:9 95:14 96:19

**called** 16:11 20:17 52:8 58:20, 23 59:15 95:16 96:20 97:12,13

**calling** 75:24

**calls** 9:22,23 85:25 86:1 98:18

**Campbell** 39:6,8, 13,24,25 40:16,17

**Campbells** 41:19

**Camper** 83:1

**camps** 84:19

**campus** 20:15

**campy** 22:19

**cancel** 43:4

**canceling** 55:14 56:25

**care** 43:2 86:9

**career** 52:21,22 53:6

**careers** 52:21 53:7 55:15

**Carnicus** 49:25

**carry** 59:10,11

**carrying** 93:1

**case** 34:14 52:13, 15 65:10 97:15

**cast** 22:16 100:17

**catch** 81:1

**category** 23:18

**cater** 22:6

**caught** 80:20

**caused** 21:12

**celebrated** 14:19

Veteran Court Reporting (901) 522-9132
veterancourtreporting@gmail.com

**center** 52:9

**ceremony** 41:22

**chairman** 3:12, 15,19,22 4:4,12, 16,21 5:2,18,25 6:11,20,25 7:3,19, 21 8:25 10:23,25 11:23 12:1 13:17, 19,20 16:22 17:10,16,17 18:3, 19 19:6,19 20:5,7, 8,10 21:1,17,20 22:4 24:16 25:10, 19,23 26:1,3,13, 17,25 28:9,11,13, 25 29:12,17 30:16,21 31:6,13, 21 32:13,21 33:1, 2,8 37:5,9,17 38:1,11,16 39:11, 16,23 40:6,15 43:10,22 45:3 46:2,21 47:9 51:17,24 53:17 55:3 58:19 59:7,9 60:21 61:4 62:13, 17,22 63:1,5,12, 20 64:7,9 65:15, 18,19 66:2,4,10, 15,20 67:6,13,16, 24 68:3 69:11,15 70:3,17 71:4 72:2, 11,22 73:1,5,9,14, 19 75:8,12 77:1 78:6,22 79:1 80:7 81:8,19 82:12,25 84:6 86:15 87:21 88:17 90:15,24 93:2 95:11,15 96:2,15,22 97:9, 16 98:11 99:16 100:6,24

**challenge** 79:25

**change** 27:13 61:2 95:23 96:11 100:20

**changed** 73:4

**chapter** 34:25 35:1

**charged** 15:24 16:7 23:13 24:9 66:13,24 71:22 82:5 100:1

**charges** 40:12

**cheap** 86:11

**check** 28:7

**checked** 54:6

**cheerleader** 23:16 49:18,22

**cheerleaders** 12:19

**Chicago** 24:7

**chief** 91:18

**child** 14:9,11,12, 22 15:3,5,24 16:20 18:16 20:24 48:16,18,19,22,23 56:4 57:3 58:7 65:12 79:23 83:22 89:12

**childhood** 14:23

**children** 5:5,16 6:19,24 7:1 9:16, 17 10:12,22 14:9, 14,17 15:3,5,8,23 16:3,6,9,14,16 17:7 18:1,6 19:18 20:20,22 21:4,15 25:5 33:23 34:9 41:22 43:17 46:15 50:22,24 52:23 53:8 54:5 55:24 56:2,3,10,21 57:10,11,12,15 58:4,6 64:22 65:4 66:1,8,19 68:12, 21 72:19 74:6,11 77:23 79:23 84:15,18,19 88:4, 7 91:22,24 92:19, 23 95:9

**chilling** 70:8,14

**choice** 23:22 53:6

**choose** 19:25 52:20

**Christmas** 91:9, 25

**citation** 23:4

**cite** 6:13

**cited** 50:16

**cities** 10:10 24:19

**citing** 48:4

**citizens** 25:7 42:22 43:5 51:11 82:10

**city** 74:2,3 87:6,7, 15 89:20

**civil** 25:3

**civility** 25:2,5

**claim** 88:5

**clap** 21:6,10

**clapping** 21:8

**claps** 16:19

**clarification** 7:23 17:25 38:4 43:13 51:23 72:5

**clarifies** 5:9 64:15,22 66:22 68:6,13 82:9

**clarify** 4:23 10:16 33:25 77:4 80:15

**clarity** 70:22 81:1

**class** 8:14,15 52:18

**classes** 90:4

**clean** 90:11

**clear** 5:18 7:24 12:21 15:9 26:25 33:15 56:12 72:15 74:14 80:9,19 81:6 82:9 90:20 92:6,7 97:14 98:16

**clears** 64:14 68:5

**Clemmons** 86:18,20 88:18, 20,21 96:23,25 97:17,18

**clergy** 84:23

**clerk** 30:13 32:23, 24 60:25 61:3 62:13 63:9,10 64:4,5 95:25 96:1, 13,14,19,20 97:9, 10 98:19 99:13

100:22,23

**clever** 22:20

**clock** 22:1

**close** 59:17

**closing** 59:20

**clothes** 17:2 21:9

**clothing** 11:5,7 16:4,17 21:7 23:22 67:4,10 82:4 89:10

**club** 38:6

**co-owner** 22:4

**coach** 83:22

**code** 4:10 6:7,12 8:17,19,23 9:21 12:6 33:5 35:2 46:19,24 47:16 48:9 72:16

**codified** 94:18

**coding** 52:25

**colleague** 51:21 83:24

**colleague's** 86:22

**colleagues** 79:6 83:8,17 84:2,25 85:1 86:5 92:14, 21

**colleagues--** 85:20

**Collectively** 4:11, 14 59:6,8

**college** 54:21

**combats** 14:11

**comedy** 52:12

**comment** 93:7

**comments** 10:6 16:7 25:21 55:10 60:5 76:11 91:4

**Commission** 23:1

**committed** 18:18

**committee** 3:2,8

7:4 32:19,25 33:9,
13 63:11,18

committee's 7:2
28:10

committing
76:18

common 87:25
88:2,6,24

commonsense
7:1 65:12

communities
72:7

community 6:8
12:14 22:7 35:14,
19 41:13 42:21
44:14 55:15
60:10,14 69:8,19
73:22 74:1,9,23
77:20,25 79:12,13
80:16 87:8

community-
based 47:18

compelled 55:11

completely 94:24

component
40:25

compromises
91:14

concern 87:3

concerns 45:8
50:21

concert 87:11,12,
13 89:16

concerts 11:3,6

concur 100:5,7

concurrence
100:10,12,14

condemn 54:7

conduct 6:4
12:12 35:7 44:11
49:21 50:25 52:6
69:5 93:23 94:8,9,
17

conducted 92:1

conferred 100:25

confident 90:22

confirm 37:12

conform 62:20,23

confronted 28:1

confused 17:5

confusion 33:15
64:15 68:5

congregations
84:24

consequences
52:3

consideration
3:7 30:7,15 31:5,
19 32:7,18 35:25
62:7 63:4,7 99:7,
14

considered 5:20
8:24 11:8 13:5
41:20 52:11 65:6
68:23

consistent 8:22
77:15

constituent
43:14

constituents
36:13 43:1 45:9
46:7 47:4 57:23
58:1,2

Constitution
92:8 93:9 94:23
98:5

constitutional
48:2,3 61:5 85:17
89:23 90:12 94:25
96:16

constitutionality
95:1

constitutionally
85:13 90:2

contact 15:12

contacted 44:6

contemplated
47:17

contemporary
6:8 12:14 35:13
44:14 60:10 69:7

content 14:16

context 91:6

continue 11:19
69:15 91:24

continuing 21:14

continuous
83:25

contractor 100:4

contributed 22:7

controversial
50:17 51:3

Convention 54:6
84:21

conversations
10:2 92:11

conviction 56:15

copied 77:5,10
80:10,13

correct 37:19
38:15 48:1 66:1,3,
9 72:10 97:3,5

corrected 97:25

costing 55:15

costume 23:23

costumed 23:12

costumes 11:4
54:16

counsel 15:20

count 47:21

counties 49:16

country 16:2 19:1
36:11 95:6

county 44:5 47:23
59:21 91:7,18

couple 76:1

court 29:14 39:6
74:24 90:8 94:5,
10,18 95:2

courts 48:6

covered 42:7

create 79:21

created 15:14
77:7

creating 7:25

creative 41:8

crime 18:18 66:14

crimes 17:6

criminal 8:6
34:17 40:12,14
63:10,17

criminalized
54:10,22

criminalizing
53:2,10 55:2

crisis 17:4 83:12
86:12

cross-dressing
41:21

cross-reference
8:20

cross-
referenced 13:14
34:24

cultural 83:11

current 4:23 5:2,
11,24 7:24 9:20
17:20 20:3 33:18,
20 34:3 36:3,6
64:19,25 68:9,16
74:16 77:6,14
78:10

Curry 78:14

curtailing 25:6

cycle 92:12

D

DA 56:6

dance 24:4 41:9
54:14,17,18,22

dancer 89:3

dancers 11:7
23:19,20 27:8
71:13 78:18,19
89:4,7 94:12,20

dancing 94:20

dangerous 51:7, 15

DAS 13:7 58:10

date 3:6 30:6 32:6 62:6 76:14 99:6

David 13:23 21:23,25 22:4

day 30:2,8 32:2,8 44:2,22 50:15,18 62:2,8 99:2,8

days 91:25

DCS 54:1

deal 69:25

dealing 12:9 48:7, 8

deals 26:25

dealt 77:20 78:15 80:16

death 52:10

debate 84:9 98:2

decades 13:15,16 23:8 27:12 76:3 77:16 80:12 82:9

decide 19:23 24:4 73:23

decision 20:2

decisions 13:9 18:11

declare 96:17

deem 13:1 92:8

deemed 51:3

deep 42:16 43:7

deepest 57:21

defend 90:23

defended 83:21, 24 84:3

defer 30:21 63:18

define 67:18

defined 5:22 6:17 8:16,19,23 44:8 46:13,24 52:4 71:12,18 74:18 80:23 93:15,17

94:10,17

defines 12:24 23:24 45:7 69:2 81:25 94:7

definition 7:25 8:1 27:5 34:21 35:4 36:1,2,4 37:23 45:1 49:15 67:23 68:2 71:1, 11 72:1,6 74:15 80:14,17 93:21 99:22

definitions 6:1 12:3 69:24 80:10

demand 14:13 15:4

denied 86:9

depend 47:22

depiction 39:3

derived 9:9

describe 4:19

description 6:3 12:10 35:6 69:3

desensitization 14:24

deserts 43:3

desk 62:16

determination 13:13

determine 72:13, 18

dictatorship 95:6

dictionary 74:19, 20

difference 18:9 52:5

differentiate 11:9,17

differs 99:20

digress 7:6

direct 46:10 81:12 87:5,6,7 89:19

directing 47:15

direction 81:5

Director 91:17

director's 91:20

disagree 86:24 90:5

discovered 15:25

discretion 11:14 13:4 19:22

discussion 3:10, 25 30:10 31:2 32:10 37:5 57:18 59:14,19 62:10 63:23 65:20 78:3 99:10 100:8

distanced 15:14

distract 83:12 86:13

distractions 7:13 55:12,17

distributed 49:5

district 10:3 43:15 45:20 47:21 54:13 85:23 86:1 87:18 89:18

districts 84:23

documented 16:3 18:24

dollar 16:20 58:8

dollars 53:4 74:8

Dolly 24:22,24 26:24

donating 74:9

donations 74:8

door 28:7 39:2

Doubtfire 24:8

downtown 23:10 45:19

drafting 4:10 33:5

drag 22:12,17 23:5,11,12 24:14 40:24,25 41:8,10 42:10 43:18 45:21 50:17 51:4,6 54:9 57:1 70:10,15

73:24 79:10 80:2 81:14 82:17 85:4, 9 91:7,8,9,16

drama 38:6

dramatic 22:20

draws 24:15

dreamed 88:9

dress 11:4 24:4,6 41:7,16

dressed 11:13 26:23,24 37:13 45:21

dressing 38:9 56:23

drop 52:10

due 51:20 52:2

E

e-mails 9:24 38:20 53:23 57:23

earlier 12:8 80:20

early 14:15

easier 72:17

easily 41:14

East 85:25

easy 50:1

echo 59:20

economy 87:5 90:13

educate 14:15

education 43:2 86:10

effect 70:8,14

effectively 48:15

effort 42:5 74:10 90:11

elected 42:25

election 92:12

elements 41:10

Elvis 24:4 26:23

Veteran Court Reporting (901) 312-9312
veterancourtreporting@gmail.com

**employee** 67:1 100:3

**empowers** 15:3

**encourage** 26:20 46:10

**encourages** 14:19

**end** 18:17 29:18 31:23 41:21 61:8 74:7 78:12 98:23 101:4

**ended** 48:2

**endorsing** 74:3

**enforce** 73:12

**enforceable** 40:24

**enforced** 23:1 39:15,20 40:5

**enforcement** 10:3 13:8 25:8 39:21 58:11 75:5

**enforcing** 72:25 73:3,8,13

**engaged** 91:14

**engaging** 91:19

**engineer** 52:24

**enjoyous** 22:20

**ensure** 5:15 6:23 65:3 68:19 91:23

**entering** 33:23 89:14

**entertain** 11:19

**entertainer** 34:16 71:17,18 72:1 81:25 89:17,19 99:22

**entertainers** 11:19 27:10 55:22 71:15 77:9 80:21, 23 87:6,15

**entertaining** 97:19

**entertainment** 5:4,7,10,12,14 6:16,21 8:13,18

9:15 10:8,12,14, 18,21 12:22 14:17 15:24 27:2,16 28:3,6 33:22 34:1, 3,7 35:12 36:14, 20,24 46:9 64:20, 23 65:1 66:22,25 67:1 68:11,14,16, 17 71:8,9,20 72:5, 6 80:23 81:23,25 89:2 93:15 94:7 99:24

**entrance** 64:22 68:12

**equal** 14:1

**erase** 85:11

**erasing** 83:10

**escorted** 17:14

**essential** 41:10

**establishment** 34:5 43:15 66:23 71:21 80:24 81:15,17 82:1 88:25

**establishments** 10:7,19 48:12 49:6 69:25

**event** 13:10 19:21,22 46:8,16, 17

**events** 16:1 43:21 72:8

**every-** 82:23

**everyday** 11:12 83:14 86:8

**evidence** 40:11

**examples** 9:6,9 26:22

**exceptions** 90:3

**excess** 35:7 44:11 69:5

**excessive** 6:5 12:12

**excitement** 6:4 12:12 35:7 44:10 47:22 69:4

**exclude** 90:3

**excuse** 33:2 100:12

**excused** 83:1 96:5

**exercising** 19:24

**exist** 10:8

**existed** 37:24

**existence** 79:16

**existing** 6:6 8:17, 19 10:4 12:3,6 13:14 17:24 20:3 36:2 37:23 45:6

**exists** 5:23 6:12 27:6 33:15 36:5

**exotic** 23:19 27:8 71:13 78:19

**expand** 80:14

**expect** 31:1 75:5

**expectation** 27:24

**expected** 15:12

**experience** 14:24 15:19 80:15

**expertise** 15:20

**explanation** 31:12 33:6 47:17 63:19

**explicit** 10:18 12:22 14:16 15:9, 10 21:13 27:1,16 34:7 50:24

**exploit** 14:14 15:4

**exploitation** 14:10,12 17:6 21:16

**exposed** 15:8 16:14 50:24 56:4 57:11

**exposing** 15:22, 23 16:8

**exposure** 14:16 92:4

**expressing** 81:2

**expression** 25:6 38:21 41:8 47:8 54:8,19 55:2 85:16

**extravagant** 54:15

**extremely** 72:15 90:19,21 91:17

———

**F**

**facility** 91:14

**fact** 10:4,13 42:1 77:11 78:15 79:25 97:23

**facts** 97:8 98:6

**failures** 83:13 86:13

**fall** 11:21 48:24 49:15

**fallen** 49:2

**families** 43:17

**family** 16:11 42:22 76:10

**family-friendly** 73:23,24,25 91:8

**family-oriented** 72:8,10

**famous** 52:7

**fascism** 42:13

**fashion** 41:9

**favor** 4:8,9 55:25 58:25 59:4 60:23 63:24 95:20 96:7 100:11,14

**fear** 42:14

**fearmongering** 83:11

**features** 27:7 71:12 89:2,3

**February** 30:4 32:4 62:4

**federal** 40:21,23 41:3 42:8

Veteran Court Reporting (901) 519-2152
veterancourtreporting@gmail.com

**fee** 66:24 82:5 100:1

**feel** 7:20 11:1,10 18:5 19:23 47:4 55:11 57:25 80:4

**feet** 55:24

**fellow** 31:3

**felony** 8:15

**felt** 56:14 74:22,23

**female** 23:17,24 24:24 26:23 27:9 67:19 68:2 71:14 75:24 76:2,3,22 78:1,10,17 79:7 80:1,11 94:14

**fighting** 47:7

**file** 40:12

**filed** 50:15,16,18 74:1 86:3

**filter** 92:1

**final** 30:15 31:5 32:18 35:20 63:4, 6

**find** 53:10 54:10 86:25 88:24 97:21

**fine** 36:25 95:18

**fines** 24:21

**finish** 69:13 75:17

**finished** 25:12

**fits** 82:7

**fixes** 36:19

**Flip** 76:14 94:15

**floor** 7:20 30:2,7 31:1 32:2,7 62:2,7 69:14 97:7 99:2,7

**Florida** 92:1,2

**focus** 57:22

**folks** 47:7 51:7 73:12 74:9 77:21 81:1 88:8

**follow** 79:5

**follow-up** 9:1 28:13

**food** 43:3

**football** 49:17 54:14,24 55:1

**forbidden** 76:17

**forced** 15:11 42:3 74:11

**forcing** 85:10

**foremost** 88:7

**Forever** 14:11

**form** 4:1 6:3 12:11 22:8 28:3 35:6 41:8 54:18,23 69:4

**forms** 14:11

**forum** 38:23

**forward** 80:19

**found** 6:6,7 12:4, 13 35:13 41:1 44:13 60:9 69:7 74:15

**founder** 14:10

**frankly** 36:17

**free** 7:20 25:6

**freedom** 14:11 19:25 47:8 51:8 85:15

**Freeman** 79:2,3 81:9,10 82:13,14

**friend** 44:5 50:15 59:21

**friendly** 16:11

**friends** 42:22

**front** 4:6 9:25 16:6 18:16 19:17 27:20 41:22 56:10,14,20 57:2 58:6 65:25 66:8,19 74:6,10 75:4 77:22 79:23 91:24

**frustrating** 23:11

**full** 41:16

**full-time** 22:11

**fully** 23:12

**fun** 22:19

**future** 98:10

---

**G**

**G-STRING** 58:9

**game** 49:17 54:24 55:1

**games** 54:15

**Garden-** 33:2

**Gardenhire** 3:12, 22 4:4,12,16 7:3, 19 8:25 10:23 11:23 13:17,20 16:22 17:10 18:3, 19 19:6,19 20:5,8 21:1,17,20 24:16 25:10,19 26:3,13 28:11 29:10,11 30:21 31:9,10,14 33:3,4

**general** 3:2,8 30:2,9 32:2,9 53:3 62:2,8 90:22 99:2, 8

**genitalia** 16:5,7 18:16 19:16

**gentleman** 26:18

**Geraldine** 76:14 94:15

**giant** 25:7

**gift** 16:20

**girls** 24:3

**girls-only** 38:7

**give** 19:3,10 20:19 39:14 54:11 86:12

**giving** 20:20,22, 24

**glad** 4:21 8:7

**go-go** 23:18 27:8 71:13 94:12,20

**goal** 87:20

**good** 3:15,16 36:17 42:15

**governance**

42:16

**governor** 25:1 92:15,16

**grabbing** 84:3

**grandkids** 27:25

**graphic** 8:12 15:15 20:20 27:1 55:23

**great** 75:6 84:8

**greater** 14:14 18:2

**grinding** 16:7 19:16

**groomed** 15:1

**grooms** 14:17

**gross** 26:19

**ground** 19:17 88:24

**group** 24:3 50:14 54:14 57:7 58:4 73:23 74:2 83:10 85:19

**grown** 16:3 56:20

**guess** 20:18 79:18 89:4 92:9

**guest** 22:12

**guys** 38:10

**gyrate** 54:16

**gyrating** 16:8

---

**H**

**Hairspray** 24:7

**half** 9:13

**hand** 17:13 98:16

**hands** 7:8

**hang-up** 80:11

**happen** 24:18 70:23

**happened** 19:5, 14 92:12

**happy** 30:25 31:3

**Hardaway** 75:13, 14 78:7,8

**harm** 17:7 54:2

**harmed** 14:9

**harmful** 5:20,22 6:2 8:20,23 12:7,9 35:1,3,4,16 36:3,5 37:24 44:9 45:1 46:14,18 53:25 65:6 68:23 69:2 71:1,10 73:18 80:25 82:6 83:17 84:15,18 93:16,21 94:8

**harming** 84:24

**harms** 14:17 21:12

**Harris** 70:18,20 72:3,4,23,24 73:6, 7,15,16 75:9,10

**Harry** 24:5 87:12 89:16

**hate** 42:24 55:13 87:2 90:5 93:10 95:4,5,7 98:1

**hatred** 85:12

**hats** 7:11

**health** 17:4 43:2 86:9

**healthy** 14:18

**hear** 87:24

**heard** 9:6 12:18 36:12 93:6 94:24

**hearing** 55:13 76:25 91:4

**heart** 85:12

**hearts** 42:17

**heavily** 10:10,19

**heed** 15:21

**held** 4:24,25 7:12 33:17,19 64:16,17 68:7,8 75:4

**high** 38:6 49:18

**high-risk** 14:20

**highlights** 41:24

**hips** 54:17

**history** 42:11,12 86:7

**hits** 75:19,22

**hold** 7:8 46:8 78:17

**Hollywood** 52:7

**home** 26:21

**honor** 30:25 31:3

**hope** 42:12 47:6 55:19 56:5 70:1 82:22

**hoping** 40:18

**horrible** 42:23

**host** 72:8

**hosted** 23:11

**hotels** 24:14

**hours** 98:12

**house** 10:1 62:2, 7,13 63:10,17,21, 24 69:13 76:16 83:18 92:15 97:6 99:14,20

**Houston** 37:14

**Hulsey** 63:12,14, 20 64:7

**human** 23:22 85:8

**hundred** 48:12 52:1

**hundreds** 9:23 36:12 86:1

**hurts** 42:24

**husband** 41:18 44:19

**hypothetical** 26:22 44:3

**hypotheticals** 49:12

———————

**I**

**icon** 52:7 85:5

**idea** 94:13

**identified** 10:4

**identify** 14:4

**identity** 85:11

**IDS** 28:7

**illegal** 26:8,10 51:1 58:13 66:1, 18 67:5

**images** 15:10,15

**immediately** 98:20,21

**impact** 24:11 43:20

**impersonating** 80:1,4 94:15

**impersonation** 23:18,21

**impersonator** 23:24 24:23,24 67:19 68:2

**impersonators** 24:10 27:9 71:14 75:25 76:2,3,23 78:1,10,18 79:7 80:11

**implemented** 20:4

**important** 45:13 98:2

**improper** 50:25

**impugn** 98:20

**inappropriate** 13:1 27:20 84:1 91:12 92:5,8

**inappropriately** 84:4

**incidents** 58:5

**include** 16:3 24:2 94:7

**included** 67:15 72:1 89:9

**includes** 71:15

**including** 22:11 67:3,12 79:7 84:1

**incorporates** 95:2

**increased** 92:16

**increases** 15:4

**independent** 100:4

**individual** 74:8 76:7 90:4

**individual's** 11:14 20:2

**individuals** 19:24

**indoors** 74:11,25

**indulgence** 9:3 45:16

**inefficient** 41:7

**inflation** 43:2

**information** 98:17

**inherently** 41:12

**injunction** 74:1, 25

**injurious** 85:15, 16,17,19

**injury** 58:7

**innocence** 14:23 95:9

**inside** 7:11

**insight** 26:11

**insists** 47:14 49:11

**instances** 9:12 13:11 73:17

**instigating** 85:18

**institutional** 49:1

**insult** 58:7

**intend** 75:4

**intended** 49:11, 14 87:20

**intent** 45:10,14 50:10,11,12 86:25

**intention** 55:8

Veteran Reporting  (931) 319-9932
veterancourtreporting@gmail.com

**intentional** 59:24 60:7 97:7

**interest** 12:16 34:11,15 35:15,16 44:16 60:12 65:9, 12 69:1,9

**interested** 76:25

**interesting** 87:24 88:23

**interests** 6:9,10 93:24

**interns** 84:1

**interpretation** 25:8 53:14

**interpretations** 17:24 98:5

**intolerance** 95:5

**Introduce** 22:1

**introducing** 53:24

**investigating** 10:2 92:3

**involve** 50:4 94:11,19

**involved** 37:15

**involves** 44:10

**involving** 82:3

**Iran** 42:2

**irrelevant** 41:1

**isolated** 58:5

**issue** 9:7 52:2 53:9 55:13,17,18 57:22 75:19,22 83:16 85:24 86:3 97:2,20 98:2

**issues** 9:9 43:1 54:1 86:7,10

**Item** 30:14 99:13

**items** 48:5

---

**J**

---

**jacket** 67:11

**Jackson** 74:2

**January** 3:4

**Jennisue** 15:6

**Jessen** 15:6

**Jessen's** 15:19

**job** 53:1

**jobs** 52:23

**Johnson** 3:9,13, 14 4:18,20 8:4 9:11 11:24,25 26:15,16 30:10, 14,17,18 31:16,17 32:10,15 33:10,12 37:18,19 38:12,13 39:17,18 40:7,8 43:23,24 46:3,4 52:20 53:19 55:5 59:16,18 65:21,22 66:5,6,16,17 67:7, 8,17,18,25 68:1 69:12 70:4,5 85:6 99:14,17,18

**Jones** 83:2,4 84:7,11,12 86:16

**journal** 82:25 96:4

**judge** 56:15

**judicial** 47:20

**judiciary** 3:2,7 32:19,25 33:13

**jury** 13:12 47:22

**Justice** 63:10,17

---

**K**

---

**key** 38:19,22

**kids** 9:25 11:6 12:9 27:25 28:8 36:8,15 37:1 38:24 46:20 51:13 54:24 55:1 75:1

**Kill** 42:18

**kilt** 41:18 44:20

**kind** 7:6 9:7 26:6 36:24 58:12

**kissed** 41:21

**kissing** 44:19

**knew** 86:3

**knowing** 16:9

**Knox** 65:21 91:7, 18

**Knoxville** 24:6

**Kyle** 28:18,19 51:18,19,25 53:18

---

**L**

---

**labeled** 24:10

**lacks** 35:21 69:21

**Ladies** 54:14

**laid** 66:12

**Lamar** 7:17,21 9:1,2 10:24,25 13:4,18,19 17:16, 17 18:4,5,20,21 19:2,9,20,21 20:6, 7,13 28:21,22

**Landon** 14:2,7 20:12

**language** 6:11 12:7,20 27:11 48:4 72:14 75:23 76:22 77:7 78:16 80:9 87:4,5,9,13, 19 89:1,24 90:1,6, 19

**larger** 10:9

**law** 4:23 5:2,12,24 7:24 10:3,14 11:2, 9,14,18,22 13:2,8 17:9,20,24 33:16, 18,20 34:3,14,17 36:18 39:14,20,21 40:4,10,13,14 41:4,6,23 42:8 51:10 52:1 56:12, 18 57:4 58:11 64:15,19,25 65:11 67:21 68:2,6,9,16 72:25 73:8,13 74:16,18 75:5 76:20 77:6,10,14 78:3,10 79:22

81:14 82:8

**Lawrence** 76:6

**laws** 20:3 22:25 24:12 41:11 51:9 65:7,24 68:24 73:3,12 88:25

**lawsuit** 52:4 53:4

**lawyer** 52:6 89:2

**lays** 81:22

**leader** 3:12 4:18 7:22 11:23 15:6 26:15 30:16 31:16 37:12,17 38:11 39:16 40:6 43:22 46:2 52:20 53:19 54:11,20 55:5 59:16 83:1 99:16

**leadership** 85:21

**learn** 16:21,24

**learned** 15:7 75:16

**led** 10:1 13:11 42:5

**lederhosen** 66:7

**Lee** 25:1

**left** 77:14

**legal** 74:17

**legally** 16:16

**legislation** 25:4 27:12 41:5 42:24 43:19 45:13 47:5 48:10 51:5 53:24 55:14 70:24 71:3 74:14 85:14 86:24 87:1,2 90:9 99:2,8

**legislative** 30:2,8 32:2,8 45:10 62:2, 8

**legislature** 75:7 92:7

**legislatures** 80:13

**legs** 16:6 18:15 19:17 54:17

**letting** 49:8

Case 3:23-cv-00316-JRG-JEM    Document 102-1    Filed 08/31/23    Page 114 of 124    PageID #: 932
Veteran Court Reporting (901) 519-9932
veterancourtreporting@gmail.com

**level** 41:3

**Leveraging** 42:14

**lewd** 23:3 38:22 83:25

**LGBT+** 42:21

**LGBTQ** 72:8 85:4

**LGBTQ+** 22:6

**LGBTQIA+** 55:14

**license** 22:24

**licensed** 5:4 33:22 64:21 68:11

**licensing** 48:14

**lifelong** 15:19

**light** 79:8

**limited** 17:11 31:1

**lines** 47:15 79:6

**lip-syncing** 23:13

**liquor** 22:9,24,25 24:11

**list** 23:25 26:6 42:19 98:16,18

**listed** 73:25

**listen** 35:9

**listened** 55:9

**listing** 78:18

**literally** 77:16 80:9

**literary** 35:22 60:17 69:21

**litigations** 48:2

**litter** 43:3

**live** 45:23

**livelihood** 53:5

**lively** 22:19

**lives** 42:2

**livings** 22:11

**Lizzo** 87:12 89:16

**local** 73:23 74:4 87:5 90:13

**location** 5:16 65:3 68:19 74:21

**locations** 5:10 34:2 64:17,24 68:14 78:2

**lodged** 93:19

**London** 13:22

**long** 77:17

**longstanding** 24:1

**looked** 77:21

**loophole** 10:5,13

**Lord** 42:11

**lose** 14:23

**lot** 34:22 38:19 55:12 59:22 60:4 67:9 89:22

**lots** 49:14,16

**love** 17:2 86:25 87:1 95:8

**Lundberg** 28:23, 24

---

**M**

---

**Madam** 28:17,18, 21,23,25 29:2,4,6, 8,10,12,14

**made** 22:10 34:8 49:21 55:10 60:5 86:4 88:8 91:15 93:6 97:6

**Madea** 52:8

**Madonna** 87:12

**mainstream** 18:25

**major** 11:6 24:19

**majority** 61:5 77:17 83:13,20 86:14 96:16

**make** 8:21 13:9,13 14:5 18:11 28:8 33:14 34:6 36:19 52:1 57:6,24 59:25 67:10 72:17

74:14 76:23 77:15 80:18 86:10 90:10 91:21 94:3

**makes** 3:18,23 4:19 30:22 32:20 33:5 64:13 77:12 79:22 97:22

**makeup** 23:24 54:16

**making** 16:6 21:8 75:17 76:1 81:6

**male** 23:17,24 27:9 71:14 75:24 76:1,3,22 78:1,9, 17 79:7 80:1,11 89:3,6 94:14

**males** 89:5

**man** 56:4

**mandate** 92:17, 18

**manufacture** 86:11

**manufacturing** 83:12

**March** 99:4

**marketed** 16:11

**Marsha** 85:5

**Martin** 76:6

**Massey** 37:6,7,11 38:2,3,17,18

**material** 15:9

**materials** 49:4

**matter** 6:5 35:8 42:1 44:12 47:15 69:6 77:11 78:14 98:8

**mayor** 74:3 91:13

**Mcnally** 30:16 31:6,13,21 32:13, 21 33:1,8 37:5,9, 17 38:1,11,16 39:11,16,23 40:6, 15 43:10,22 45:3 46:2,21 47:9 51:17,24 53:17 55:3 58:19 59:7,9

60:21 61:4 99:16 100:6,24

**meaning** 71:19

**means** 6:2 12:10 27:7 34:14 35:5 47:20 65:11 71:8, 9 82:2 88:12

**mechanism** 97:4, 24

**media** 18:25 88:10

**meet** 46:18 70:25

**meets** 36:1

**megastar** 24:5

**member** 30:24 31:3 61:1,2 83:21 93:12 95:22,23 96:10,11 97:11 100:17,19,20

**member's** 97:11

**members** 3:15 4:11,14,22 5:19 7:4 13:3 17:15 29:17 30:19 32:17 35:24 42:23 44:1 46:6 59:6,8,19 77:4 83:23 91:3 97:3

**memorized** 67:23

**Memphis** 24:3 45:19 52:10

**men** 7:10 56:20

**mental** 17:4

**mentioned** 8:21 12:17,18 26:22 80:22

**message** 21:15

**met** 35:11,21 49:23

**mic** 14:5

**microphone** 7:18 14:6 28:20 70:16 78:21 82:24

**Miller** 94:4,5,11

**million** 22:8,13

Veteran Court Reporting (901) 319-9912
veterancourtreporting@gmail.com

**millions** 53:4

**mimic** 16:14

**mind** 9:3 15:10 25:7

**mindsets** 52:19

**minor** 24:22 36:3 37:24 44:9 45:2 46:14,18 70:24 71:1 88:24

**minors** 5:20,22 6:2,10 8:21,23 12:7,10,16 27:21 35:2,3,5,16,20,23 36:5 44:16 54:1,2, 12 60:12,15,18 65:6 68:20,23 69:2,10,20,23 71:11 75:4 80:25 82:6 83:17 88:4 93:16,22 94:8

**minute** 7:6 77:24

**minutes** 17:12 21:25 57:18

**mirror** 83:19

**mischaracterization** 26:19 59:22

**mischaracterizing** 60:6

**misdemeanor** 8:14 76:19

**misrepresent** 59:25

**misrepresentation** 97:8,23

**misrepresenting** 60:6

**missing** 82:21

**misstatement** 97:6,23

**misstatements** 98:2

**misstating** 98:13

**mistaken** 40:20

**Mocking** 42:18

**molester** 83:22

**moment** 5:21 18:15 21:14 72:16

**momentarily** 30:20

**Momma** 76:9

**monetary** 16:20

**money** 17:1 20:21,22,24 21:10

**monitoring** 23:8

**moral** 53:11

**morality** 53:2

**morally** 17:8

**morbid** 6:10 12:15 35:16 44:15 60:12 69:9

**morning** 93:7,19

**mother** 14:10

**motion** 3:20,23 31:7 32:22 33:9 37:3 61:6 65:16, 17,19 78:25 96:18 100:6,10 101:2

**move** 4:2,4 30:20 31:4,11 32:17 62:20 63:3,17 100:5

**moved** 74:25 76:18

**movements** 76:11

**moves** 31:14 62:23 63:6,21

**movie** 76:12

**movies** 48:5 76:4, 10

**moving** 86:16

**multiple** 71:16 85:24 90:20

**murder** 41:6

**murdered** 41:4

**Murfreesboro** 19:14 55:21

**murky** 11:2

**music** 41:9 89:20

**muster** 90:12

---

## N

**narrowly** 51:9

**Nashville** 10:9 22:5 24:20 55:21 79:10 82:18 85:25 87:17

**nation** 52:24

**national** 22:16

**nature** 22:21 34:12 65:8 68:25 79:11

**Nay** 59:8

**nays** 4:13 61:3 96:1,14 100:23

**Nazis** 42:9

**needed** 17:25 91:23

**neighbor's** 48:21

**newly** 5:22 8:16

**news** 84:25

**Newsies** 38:7,8

**newspaper** 38:8

**night** 24:4 50:2

**normal** 14:18

**normalized** 15:12

**normalizing** 15:2 21:16 79:11

**notes** 76:1

**nudity** 6:4 12:11 23:2 35:7 39:2 44:10 69:4 81:14

**number** 9:12 14:1 30:14 31:11,14 32:24 63:11,18, 21,25 76:9,16 93:25 94:21,23 99:13,15 100:15 101:1

**numerous** 50:3 53:23

---

## O

**oath** 85:14

**objection** 31:22 61:6 62:25 95:17 96:17 101:2

**obligation** 93:11

**obscene** 8:24 41:2 42:7 47:1 50:25 54:12,23 66:8,19 70:9,10 88:4 94:10,17

**obscenity** 5:23 6:13 7:25 9:20 12:3 13:16 17:24 34:14 35:1 36:6 40:21,23 45:7 46:11,13,24 52:16 53:14 65:7,10,24 68:24 83:16 84:14

**occurred** 16:10

**occurs** 5:10 34:1 64:24 68:14

**offense** 8:9,13,15

**offensive** 13:5,6 35:18 60:13 69:18 93:25

**offer** 24:14

**offers** 23:10

**old-fashioned** 7:7

**Oliver** 53:21,22

**open** 38:23 39:2 53:14 54:18

**opened** 22:9

**opening** 10:6 44:21 60:8

**operate** 24:12

**operation** 23:9

**operations** 23:9

**opinions** 27:19

**opponents** 59:23

**opportunity** 20:19

Veteran Court Reporting (931) 919-9932
veterancourtreporting@gmail.com

**oppose** 4:12 25:9 42:3

**opposed** 59:1,7 60:24 64:2 95:21 96:9 100:16

**opposition** 87:25

**oral** 55:23

**order** 69:12 70:23 88:19 93:2 95:11

**ordered** 62:25

**ordinances** 74:4

**ore** 22:15

**organizations** 79:9

**oriented** 76:10

**originally** 45:1

**Orpheum** 52:10

**outfit** 23:23

**outfits** 49:18

**outlaw** 79:16

**outlets** 18:25

**outraged** 9:24 57:9

**overly** 90:7

**overt** 39:2

**overtly** 34:12 36:14 65:8 68:25

**owned** 33:19 64:18 68:8

---

**P**

---

**paid** 17:1

**pandemic** 14:12

**panel** 25:14 28:15

**parade** 45:20

**paragraph** 77:5,8 81:24

**parameters** 37:15

**Pardon** 7:16

**parent** 16:15 50:21

**parental** 18:17

**parents** 9:24 11:21 18:5,11,14 54:25

**park** 10:21 28:1 36:7 48:22 77:25

**parliamentary** 97:20

**part** 22:10 45:14 99:22

**participate** 14:20 46:1

**parties** 12:20 73:3

**Parton** 24:23,24 26:24

**parts** 71:2

**pass** 13:2 75:7

**passage** 30:21 31:4,7 32:17 63:3, 6

**passed** 77:17 80:13 96:17 99:21

**passes** 29:15 76:20

**past** 15:22 20:13 24:13 49:2 73:22 77:20

**pastors** 54:4

**patently** 35:17 60:13 69:18 93:25

**patience** 53:13,15

**pattern** 15:25

**pause** 5:21

**pay** 45:24

**payroll** 22:13

**peers** 13:12

**penalty** 8:6 34:18

**people** 7:9 11:4, 13,18 12:19 13:9 17:2 21:10 22:10 24:8 27:19 42:6, 25 45:21,23 46:25

**people's** 41:25 50:20 57:11 70:13

**percentage** 92:16

**perfectly** 11:21

**perform** 11:6 24:7 54:14,21 56:20 57:1

**performance** 5:17 6:6 9:25 24:22 34:18 35:9 41:10 44:13 48:18 49:10 51:14 65:4 67:2 68:21 69:6 71:16,24 72:7 74:21 77:22 78:4 82:2 99:24 100:2, 3

**performances** 4:24 5:19 9:14 11:4,12 33:16 34:10,12 45:19 46:1 48:8 50:3 55:20 62:15 64:16 65:5,8 67:9 68:6, 22,25 70:9,10,15 71:10,16 75:3 89:13 93:16

**performed** 20:16 27:20 72:20

**performer** 8:3,11 16:19 19:15 20:23 43:15 58:9

**performers** 20:21 22:12,15,21,22 23:5,6,7,11,15 24:11,21 50:4 55:22 57:1 82:10

**performing** 8:12 28:2 38:7,10 49:22 52:9 56:24 87:15 89:7

**performs** 24:6

**permitted** 16:16

**perpetrators** 15:16

**perplexing** 40:19

**Perry** 52:7 55:16 56:23 76:9

**person** 6:7 8:11 9:18 12:13,24,25 13:5,6,23,24 35:13 40:13 44:6, 13 56:6,7 60:10 69:7 71:19 79:21, 25 86:2

**pertaining** 3:10 30:10 32:10 62:11 99:11

**pervasive** 16:2

**Phd** 16:13

**phrase** 77:13

**picked** 92:14

**piece** 87:1

**pieces** 16:17

**place** 5:7,14 6:18 9:15,25 10:8,15, 18,21 27:23 28:6 34:7,19 36:15,20, 21,22,23 47:2 48:21,23 50:5 51:11 72:13 77:18 79:14 98:7,8

**places** 17:19 23:17 36:10 48:12 55:21

**placing** 22:17

**plain** 87:18 88:13 89:24 90:1

**planned** 57:19 91:3

**platform** 86:13

**play** 38:7,10 52:8

**plays** 52:7 76:4

**point** 94:21,23 95:4

**points** 86:11

Veteran Court Reporting (931) 319-8932
veterancourtreporting@gmail.com

police 41:25 49:8 50:7 51:11 91:18

policies 42:2

policy 98:15

political 35:22 60:18 69:22 86:11

politically 42:14

pools 89:5

poor 86:9

popping 16:1

popular 24:14

population 60:2

pornographic 49:4

position 31:19

positions 16:5

possibility 49:20

posted 20:18

pounded 57:23

poverty 86:9

powderpuff 49:17

power 50:7

pre- 35:14

predation 14:25

predator 84:22

predators 15:3

predominant 5:13 34:4 65:1 68:17

predominantly 5:3 6:9 12:15 22:6 33:21 35:15 44:15 60:11 64:20 68:10 69:8

prepared 44:22

presence 9:15 72:20,21 79:24

present 3:18 5:6 6:19,24 9:17 10:22 12:9 16:10 36:8,16 41:23

46:10 68:20 70:25

presented 40:11

presenting 6:15

preserve 47:7

president 84:3

pretty 11:5 12:21 35:25 51:9

prevailing 35:18 60:13 69:19

prevails 96:3

prevent 5:5 33:23 37:13 38:6,9 64:21 68:12 74:4,5 75:2 88:3

preventing 15:20

previous 26:5 80:12 86:22 95:14,15,19 96:2

pride 19:4,14 45:19,20 46:1 72:8 73:24

principle 75:6

private 6:19,23 9:17 19:21 28:6 36:25

problem 9:8 21:5 23:20 75:25 79:23 83:8

problems 42:25

process 98:22

prohibit 23:2 87:14,16

prohibiting 87:13 89:1

promoter 91:19,20

promoting 90:9

prong 44:16

prongs 35:17

proof 23:9

proper 4:1 31:7,18 32:22 33:9

properly 3:21

30:23 31:8 32:22 33:9 62:24 63:8,22

property 5:1 6:18,22 9:16 33:19 36:23 64:18 68:8

prosecute 56:6

prosecuted 56:11

prosecution 13:11 52:16,19

prosecutor 40:11,12 56:14

prosecutorial 13:3

prosecutors 39:22 51:12 57:3

protect 17:25 18:6 58:4 95:8

protected 15:15 41:11 47:1 89:25 90:2

protecting 25:5 56:2 88:7 89:23 92:19,23

protective 15:25

protects 17:20 57:12,15

protesting 42:9

proud 22:15 95:9

provide 5:3 33:21 64:20 68:10 91:5

provided 67:1 100:3

provision 93:18 99:23,24

prurient 6:9 12:15 22:21 34:11,15 35:15 44:15 60:11 65:9,12 69:1,9 93:23,24

public 5:1 6:18,22 9:16 10:15,21 17:18 20:15 24:5 27:23 28:1 36:7,15,23 47:2 48:16

72:18 73:18 76:5 77:25 79:22 86:9 89:7 94:14 97:25

publicly 33:19 64:18 68:8

punish 8:2,3

purpose 15:9

purposes 32:18

put 54:15 58:8 76:22 92:9,10

puts 51:10 78:20

Q

quagmire 53:3

quality 6:2 12:10 35:5 69:3

queen 23:12 85:4 87:16

queens 70:15

question 7:14 8:5,6 9:1,5 11:1 19:7 20:12 26:1 37:21 39:10 44:7 45:15 49:13 58:18,20,23 70:1,6 75:17 78:11,13 79:18,20 81:12 90:23 93:19 95:14,16,19 97:12,20

questionable 50:6

questions 7:4,23 9:3 17:15 21:21 25:13,21 28:14,15 38:5 44:23 45:8 46:6 51:22 96:3

quick 82:20

quote 73:23 85:4

R

race 22:17 85:8

raise 17:13 98:15

raising 51:13

**Rausch** 91:17

**reach** 43:14

**read** 5:24 6:12 8:7 12:4 34:23 37:23 44:1,17 45:1,6 60:2,3 71:11,25 84:24 88:14 93:12 94:22

**reading** 88:11

**ready** 28:16

**real** 55:13,17 84:21

**reality** 15:16 70:12

**reason** 52:14

**reasonable** 9:18 12:24,25 27:24

**receive** 9:22

**received** 9:23 23:4 61:5 96:16

**recent** 27:4

**recently** 19:5,14 26:19

**recognize** 27:18

**recognized** 21:2 30:17 31:16 32:14 33:3,10 37:6 38:2, 12,17 39:7,17,24 40:7,16 43:11,23 45:4 46:3,22 47:10 51:18 53:21 55:6 58:16 62:18 63:13 64:8,10 70:19 83:3 86:19 90:3,16 96:23 97:5

**reconsider** 61:7 96:18 101:3

**record** 8:8 76:8 97:15,25 98:8

**Red** 76:12,13

**redeeming** 94:1

**reeding** 26:8

**reeks** 94:25

**refer** 12:2,19

37:21 44:21,25 67:21

**reference** 20:12

**referenced** 12:8

**referring** 27:22 97:11

**reflect** 83:1 96:4

**refusing** 74:4

**regard** 98:4

**regime** 48:4

**regular** 30:13 76:2

**regulated** 5:11 10:10,19 64:25 68:15

**regulations** 48:14

**related** 23:21

**relative** 8:17,20 10:3 13:16 27:4 33:16 62:14

**relativism** 95:7

**remarks** 60:8

**remember** 76:6 78:16

**remind** 92:13,21

**removal** 67:3 89:9

**remove** 67:9,11, 12 89:9

**removed** 21:7

**removing** 82:3

**renders** 14:24

**renew** 65:15,17 78:25

**renews** 65:19

**rep** 62:17,22 63:5, 12,20 64:7 65:15, 18 66:2,4,10,15, 20 67:6,13,16,24 68:3 69:11 70:3, 17 71:4 72:2,11, 22 73:1,5,9,14,19 75:8,12 77:1 78:6,

22 79:1 80:7 81:8, 19 82:12,25 84:6 86:15 87:21 88:17 90:15,24 93:2 95:11,15 96:2,15, 22 97:9,16 98:11

**repeat** 52:1

**replacing** 99:23

**report** 54:3

**reported** 17:6

**represent** 45:19

**representation** 6:3 12:11 35:6 69:3

**Representative** 29:1 62:10,19 63:2,14 64:11 65:17,21,22 66:3, 4,6,11,15,17,21 67:6,8,14,16,18, 20,24 68:1,4 69:11,16 70:3,5, 18,20 71:5 72:2,4, 12,22,24 73:2,7, 10,14,16,20 75:8, 10,12,14 77:2 78:6,8,23 79:2,3 80:8 81:8,10,20 82:12,14 83:2,4 84:6,11,12 86:15, 18,20 87:22 88:17,20,21 90:17,24 91:1 92:25 93:3,4 95:10,12,13 96:5, 25 97:18 99:10

**Representatives** 73:5 83:19

**representing** 88:6

**Republican** 92:15

**reputation** 97:12 98:20

**request** 30:25 31:3

**require** 66:12

**required** 5:11 34:2 64:24 66:13

68:15 71:15 81:15

**requiring** 4:23

**reread** 53:13

**reregulated** 34:2

**resolution** 54:7

**respect** 35:19 43:7 51:20 52:2 57:21 60:15 69:20

**respond** 57:25 97:14 98:19,21

**response** 4:15 7:17 28:19 50:17 76:25

**responsibility** 18:14 19:24

**responsible** 72:25 73:3,8

**rest** 77:10

**restaurant** 5:15 34:5 36:8 65:2 68:18 82:18

**restaurants** 24:14 79:9

**restricted** 5:5,16 10:11 33:23 34:8 64:21 65:3 68:12, 20

**restrictions** 92:2

**return** 25:2

**revealed** 41:16

**revealing** 11:8

**review** 45:12

**reviewed** 48:6

**revises** 99:21

**rewarded** 21:10

**rewards** 16:19

**rewrites** 63:16

**rewriting** 36:4

**rightful** 42:22

**rights** 18:17 43:4 45:25 70:13 81:2 85:17

Case 3:23-cv-00316-JRW   Document 45-2   Filed 08/31/23   Page 119 of 124   PageID #:
Veteran Court Reporting   931-919-3912
veterancourtreporting@gmail.com

**rings** 59:1 60:24 95:21 96:8 100:16,18

**rise** 47:13 83:6

**risk** 18:1

**risking** 42:2

**road** 51:7,15

**Roberts** 20:10,11 21:18,19 25:23, 24,25 26:5 28:13, 25 29:1,16 55:6,7 58:15

**Robertson** 59:21

**role** 52:8,9

**roll** 28:17 30:24 31:20

**room** 16:15 17:14 88:1

**rose** 3:23 4:5 29:2,3 74:1

**rubbing** 16:4 18:16 19:16

**rules** 13:25 48:14 49:1 97:4

**run** 25:11

**Rupaul's** 22:17

---

**S**

**sadomasochistic** 35:8 44:11 69:5

**safety** 7:1 65:13

**sales** 22:9

**sat** 55:9 56:9 57:17

**scale** 91:21

**Scapegoating** 85:18

**scenario** 40:3,4 54:11

**scenarios** 44:3

**scenes** 76:11

**Schindler's**

42:19

**scholarship** 54:22

**school** 38:6,7 49:18

**scientific** 35:22 60:18 69:22 94:1

**search** 83:7

**seared** 15:15

**season** 22:18

**seats** 92:14

**seconded** 31:8, 14 33:9 62:24 63:8,22

**seconds** 3:24 16:23 24:17 82:21

**Secretary** 28:17, 18,21,23,25 29:2, 4,6,8,10,12,14

**secrets** 15:13

**section** 34:21,24 71:23 75:22 81:24 93:13

**seek** 47:6

**sees** 24:22

**segment** 60:1

**selective** 52:15, 19

**self-proclaimed** 42:9

**sellers** 38:9

**senate** 3:2,7,8,17 4:22 30:2,7,9 31:4,7 32:2,7,9, 14,17,24 33:14 58:24 59:12 61:4 62:9,15,20,23 63:3,6 64:14 68:5 77:13 93:14 94:6 96:7,15,21 99:2,7, 9,13 100:11,12,24

**senator** 3:9,12, 14,22,23 4:4,12, 16,18,20 7:3,17, 19,21 8:4,5,25 9:2,11,23 10:23,

25 11:23,25 12:18 13:4,17,19,20 16:22 17:10,17 18:3,5,19,21 19:2, 6,7,9,19,21 20:5, 7,8,11,13 21:1,17, 19,20 24:16 25:10,19,23,25 26:3,5,13,16 28:11,18,19,21, 22,23,24 29:2,3,4, 5,6,7,8,9,10,11,16 30:10,14,16,18 31:6,9,10,13,17, 21 32:10,13,15,21 33:1,4,8,10,12 37:5,6,7,9,11,17, 19 38:1,3,11,13, 16,18 39:6,8,11, 13,16,18,23,25 40:6,8,15,17 43:10,12,22,24 45:3,5 46:2,4,21, 23 47:9,11 51:17, 19,24,25 53:17, 18,21,22 55:3,4,6, 7 58:15,16,17,19 59:7,9,16,18 60:21 61:4 99:14, 16,18 100:6,24

**senators** 7:14

**sending** 21:15 50:9

**sense** 76:23 87:25 88:2,6

**sentiments** 86:23

**service** 25:18

**session** 14:3 25:20 29:18 30:2, 8 31:23 32:2,8 61:8 62:2,7 98:23 99:2,8

**set** 13:25 49:1,3 74:5 91:8

**settings** 10:15

**sex** 12:23 15:5 16:5 28:2 55:23 56:9,21 57:2 58:6

**Sexton** 62:17,22 63:5,12,20 64:7 65:15,18 66:2,4,

10,15,20 67:6,13, 16,24 68:3 69:11 70:3,17 71:4 72:2, 11,22 73:1,5,9,14, 19 75:8,12 77:1 78:6,22 79:1 80:7 81:8,19 82:12,25 84:6 86:15 87:21 88:17 90:15,24 93:2 95:11,15 96:2,15,22 97:9, 16 98:11

**sexual** 6:4 12:11, 12 14:12,18,20, 24,25 15:11,12,20 16:18 17:6 21:11, 16 23:2 34:12 35:7 36:14 37:15 38:22 39:3 44:10, 11 47:22 52:6,11 54:7 65:8 67:3 68:25 69:4,5 71:25 79:11 82:3 88:4 89:8 91:11 92:4 93:24

**sexuality** 16:25

**sexualization** 14:9,15 15:3

**sexualized** 14:22 15:1 67:15

**sexualizing** 17:2, 3

**sexually** 8:12 10:18 12:22 14:13 15:4,8,10,24 16:6 27:1,16 49:21 50:5,24 54:4 84:20

**Shakespeare's** 50:2

**shame** 84:4

**shame-based** 15:13

**shameful** 6:9 12:15 35:16 44:15 60:12 69:9

**Shanaynay** 76:7

**share** 26:11

**shared** 15:6

**Shelby** 44:5

**sheriff** 56:5

**sheriffs** 58:11

**shirts** 89:6

**short** 23:5 49:2,19

**shouting** 69:13

**show** 19:25 20:16
22:17 40:24,25
73:24 91:7,8,10,
16,21,25

**showed** 56:4
91:10,15

**showing** 79:12

**shown** 15:17
23:15

**shows** 18:8 22:19
23:9 42:10 50:17
51:4,6 53:8 54:9
85:9

**sic** 17:16 22:20
45:23 48:11

**side** 42:11,12
83:9,17,23 84:2
86:6 98:12

**signing** 37:12

**signs** 7:12

**similar** 27:9 71:14
77:9 80:22

**Similarly** 28:5

**simple** 46:20
47:14,16,24 87:25
88:13,15 98:6

**simply** 5:8 6:16,
21 10:16 27:15,23
28:7 33:25 55:18
57:2 64:22 68:13
79:24

**simulate** 14:20
16:18 57:2

**simulated** 23:2
55:23 56:21 67:2
71:24 82:2 89:8
99:25

**simulating** 12:23
16:5 28:2 56:9

58:6 91:11

**simulation** 92:3

**singing** 37:14

**single** 44:24
71:16

**sir** 17:13 31:20
53:16 76:25

**sisters** 85:8

**sit** 16:16

**sitting** 55:24 76:1

**situation** 67:11

**situations** 40:25

**Skelton** 76:12,13

**skin** 23:15

**skip** 71:23

**skirt** 41:20

**skirts** 49:19

**skyrocketing**
17:4

**slate** 42:24

**small** 50:21 58:4
87:8

**smart** 18:6,8

**solely** 23:21

**solid** 90:21

**solution** 83:7

**solve** 9:8 42:25

**somebody's**
53:5

**someone's**
98:17,20

**songs** 37:14

**Sophisticated**
54:13

**sort** 45:12 47:1,16
48:3 49:8 50:1
97:15

**sounded** 7:23

**sounds** 9:6 11:13

**Southern** 54:5
84:20

**spanking** 16:8

**speak** 14:6

**speaker** 4:2
30:13,19 31:11,18
32:16 33:5,13,20
34:16,20 35:24
37:2,7,11,20 38:3,
14,18 39:9,19
40:1,9,18 43:8,12,
25 44:22 45:5,15
46:5,23 47:12
49:10 50:15,19
51:16,19 53:22
55:8 58:14,17
59:18 60:8 62:15,
20 63:3,15 64:5,
12 65:14,23 67:20
68:4 69:17 70:2,
21 71:6 72:13,16
73:3,11,21 75:11,
15 77:3 78:24
79:4 80:8 81:21
83:5,24,25 84:13,
16 86:21 87:23
88:16,22 90:14,18
91:2 92:24 93:5
95:13 97:1,10,19
98:10 99:19

**speaking** 55:8
91:3 98:4

**specific** 19:3,11
45:8,17 48:13
49:1,3 50:5 56:13

**specifically** 12:6
19:10 45:22 47:3
49:5 75:24

**spell** 52:25

**spend** 53:4

**spending** 74:7

**spoke** 76:22

**spoken** 57:20

**sponsor** 10:1
25:22 26:1 31:12,
15 33:6 37:8,9
39:9,11,13 40:2,3,
22 43:8,19 47:14,
25 49:10 50:13,16
57:16 63:19 75:20
86:4,21 87:4

**sponsored** 3:9

30:9 32:9 62:9
99:9

**spreading** 16:5
18:15 19:17

**squat** 54:17

**stake** 85:3

**stand** 44:19,21
88:3 90:7,23 95:9

**standard** 36:2
40:21,23 46:18
47:18,19 48:15

**standards** 6:8
10:17 12:14
35:14,18 41:2,12
44:14 52:4 53:11
60:11,14 69:8,19

**star** 42:19 52:7
55:16

**Starbuck** 13:22
14:2,7,8 16:24
17:22 18:13,23
19:4,8,13 20:1
21:2,3

**start** 49:8 53:2

**started** 78:2

**state** 16:1 18:24
22:8,15 45:7
46:14 47:8,21
48:13 49:1,5 50:8,
18 51:10 53:4
54:4 55:22 56:19
73:4 75:6 79:14
92:2

**state's** 65:7 68:24

**state-level** 41:5

**stated** 64:13
80:20 85:6

**statement** 15:7
37:20 93:8

**statements** 75:18
93:6

**states** 24:13 51:5

**statute** 5:23 6:13,
17 9:20 10:4 12:3,
24 13:14 27:6
36:3,6 44:9 45:6,
11,14,18 46:11,13

Veteran Court Reporting (901) 219-9292
veterancourtreporting@gmail.com

52:16

**statutes** 20:3

**statutory** 48:3

**stay** 84:7,9

**staying** 84:16

**Stevens** 3:23
29:4,5

**Stonewall** 85:5

**stop** 19:24 74:10

**stories** 42:17

**story** 15:17

**straight** 77:10

**street** 24:5 48:22
81:3 89:14,15

**strengthen** 56:18

**strings** 42:13

**strip** 16:17

**stripper** 79:8
88:25

**strippers** 23:18
27:8 71:14 78:19

**stripping** 16:4
67:11 91:11 92:4

**strong** 56:13 57:4

**structured** 75:2

**students** 54:21

**stuff** 57:12

**Styles** 24:5 87:12
89:16

**subject** 24:21
34:17 48:13

**subjecting** 16:3

**subjective** 17:8,
23

**subjectively** 54:9
89:20 90:5

**submit** 35:25

**subsection** 93:20

**subsequent** 8:14

**substitute** 62:20,
23

**subtract** 27:14

**suddenly** 57:13

**suffering** 86:8

**suggestive** 49:21
50:6 76:11

**suit** 41:16

**suitable** 35:20
60:15 69:20

**summer** 77:20

**Sunday** 23:16
79:10

**super** 48:13

**support** 7:2 28:10
42:25 60:20 65:13
95:10

**supported** 86:2

**supporting** 39:5

**supposed** 51:8

**Supreme** 94:5,10,
18 95:2

**surfaced** 9:14
36:9 91:10,15

**surprise** 47:13

**surrounding**
34:14 65:11

**surveyor** 15:5

**swimming** 89:5

**swimsuit** 41:14

**sworn** 85:13

**systems** 86:10

---

**T**

**t-shirt** 89:10

**table** 13:25 61:7

**tabled** 96:18
101:3

**tailored** 51:9

**tainted** 98:1

**takes** 10:8 36:20
60:16 87:5,6,7

**taking** 5:7,14
9:15,25 34:7
36:15 47:2 53:1
89:19 95:6

**talk** 9:7 13:22
44:19 48:5 53:16
83:6 89:22

**talked** 17:19
27:17 84:3 92:16

**talking** 17:18
19:15 55:14 74:17

**talks** 25:1 38:20

**target** 70:10

**targeted** 47:3
49:6

**targeting** 50:14
70:11 86:23

**tattoo** 38:25

**taught** 15:13

**taxes** 22:9 45:24

**Taylor** 13:24
21:23 22:3,4
24:18 25:17 29:6,
7

**TBI** 91:17

**TCA** 56:17

**team** 74:18

**Tech** 20:13 55:20

**Tech's** 20:15

**television** 22:16

**telling** 50:11
54:20 56:25

**tells** 87:11

**ten** 24:20

**Tennesseans**
25:4 79:17 82:22
83:14 86:8,13

**Tennessee** 3:2,8
19:2,10,14 20:13,
15 22:24,25 23:6
30:2,8 32:2,8
34:13 36:10 39:4
45:24,25 48:19
55:20 56:19 58:13
62:2,8 65:10 91:9

94:19 99:2,8

**term** 5:22 34:13
35:1 36:5 65:10
71:12 81:18 93:17

**terms** 8:16 94:3

**terribly** 37:1

**test** 94:4

**testified** 26:18

**testify** 16:15

**testimony** 25:16
26:6

**tests** 95:2

**thankful** 91:17

**Theater** 20:17

**theaters** 24:6
76:4

**Theatre** 91:9

**theatrical** 22:20

**themes** 16:2

**thing** 7:5 27:3
47:24 57:14 70:11
75:16 77:24 82:20

**things** 11:20
12:17,23 16:10
26:6,7,10 38:21
45:11 48:6 49:14
50:5 55:13 66:12,
18 67:14 70:8,22
84:14 88:8,9
93:22 94:12,21
98:8

**thinking** 67:8
81:5

**thinks** 47:23

**Thirty** 16:22 24:16

**thought** 56:1 91:5

**thoughts** 41:25

**thousand** 74:8

**thousands** 36:12

**threatens** 47:5

**threats** 84:21

**three-part** 94:4

Case 3:23-cv-00316-JRG-DCP   Document 102   Filed 08/31/23   Page 132 of 124   PageID #:
Veteran Court Reporting (901) 319-9932
veterancourtreporting@gmail.com

**thunderously** 16:19 21:7

**Thursday** 30:24 31:19,20,22

**tight** 36:1

**time** 7:4 11:12 13:21 17:14 21:6, 22 31:1 41:13 44:24 46:25 54:6 56:17 57:12 58:10 78:12 90:8

**times** 52:1 76:10 92:17

**Tina** 23:13

**Titans** 23:16

**Title** 48:10

**tits** 19:16

**today** 6:16 14:8, 15 26:21 27:13,15 83:6 90:8

**Todd** 33:2 62:10, 14,17,19,22 63:1, 2,5 64:9,11 65:17, 19 66:2,3,10,11, 20,21 67:13,14,20 68:3,4 69:15,16 71:4,5 72:11,12 73:1,2,9,10,19,20 77:1,2 78:14,22, 23 80:8 81:19,20 87:21,22 90:15,17 92:25 95:10 99:10

**told** 78:9 83:15 85:21

**tolerate** 58:12

**tolerated** 17:9

**top** 22:18

**topless** 27:7 71:13 78:18 89:3, 4,6 94:12,20

**total** 22:12

**touching** 91:12 92:5

**tour** 23:10

**tourist** 24:15

**toxic** 15:23

**TPAC** 24:7 56:24

**traffic** 43:3

**trafficking** 15:5

**TRANSCRIPTIO N** 101:4

**transgender** 79:12,21,24 80:2

**traumatizing** 79:17

**trend** 15:23

**trigger** 35:20

**triggers** 35:10

**troubles** 79:6

**true** 86:25

**truth** 83:15

**TSU** 54:13

**turn** 14:5

**turned** 70:16 78:21 82:24

**Turner** 23:13

**TV** 76:2

**Twelfth** 50:2

**twofold** 52:2

**Tyler** 52:7 55:16 56:23 76:9

**type** 5:9 6:16,20 9:14,24 10:12,14, 20 28:5 34:1,6 35:12 36:14,19 46:9 49:9 64:23 68:13 74:5 76:18 77:22

**types** 43:20

**U**

**U.S.** 94:5,10,18

**ultimately** 13:12

**unable** 97:22

**unacceptable** 24:1

**unbelievable** 56:8

**unclothed** 67:4 82:4

**unconstitutional** 90:6

**undergarments** 16:9

**understand** 13:7 40:3 42:5 50:21 60:4 74:17 76:21 81:7,18 88:15 93:12 97:2

**understanding** 71:2 76:15

**unfairly** 78:20

**unfortunate** 97:21

**UNIDENTIFIED** 4:2

**unintended** 52:3

**unique** 15:18

**university** 20:16 55:21

**unlawful** 94:16

**unreasonable** 28:4 37:2

**uphold** 75:4,6

**uprising** 85:5

**urge** 85:20

**USA** 89:20

**UT** 49:25

**V**

**vague** 90:6

**vagueness** 87:14

**values** 35:22 60:18

**vehicle** 16:25

**venue** 6:19,23 9:17 28:6 33:24 34:8 36:21 68:18 89:7,14

**venues** 4:25 10:7 33:18 68:7 76:5

**version** 77:13 99:21

**versions** 47:20

**versus** 94:5,11

**vet** 53:16

**video** 9:13,19 20:18 57:8 91:10

**videos** 36:9 42:4, 5 55:19,20 56:9 91:15

**view** 5:17 48:17, 18,22,23 65:4 68:21

**viewed** 23:6

**views** 48:17

**violate** 70:23

**violated** 40:13

**violates** 40:10

**violating** 41:23 70:12 85:16

**violation** 8:9 9:19 34:16

**violence** 6:5 12:12 35:8 44:11 69:5 85:18

**voice** 59:2

**vote** 4:6 28:16 45:24 56:1 58:25 59:1,2,3,15 60:23, 24 61:2 85:14,21, 22 92:9,10,21,22 95:20,24,25 96:8, 9,12,13 100:12, 15,16,17,21,22

**voted** 61:1 95:22 96:10 100:19

**voters** 92:17,18

**voting** 43:8 47:3 92:22 95:19 96:6 100:10

**vulgar** 50:25

**vulnerable** 14:25 17:5

Veteran Court Reporting (901) 519-9932
veterancourtreporting@gmail.com

## W

**wage** 42:23

**wages** 86:9

**waging** 83:11

**wait** 77:23 78:11

**walk** 51:15

**walking** 81:3 89:15

**walks** 24:22

**wanted** 7:22 18:7 20:19 76:24 80:18 83:15

**wanting** 36:13 44:18

**war** 83:11

**Warner** 95:12,13

**Wars** 42:19 55:16

**wasted** 90:8

**watch** 15:11 16:17 58:7 89:13

**watched** 36:11

**watching** 9:18 12:5 16:10 26:21 76:13

**Waynesboro** 83:21

**ways** 98:14

**wear** 7:10 11:20 42:3 49:18 54:15, 16

**wearing** 11:7 41:7,20 44:20 66:7

**wears** 23:23

**wedding** 41:19 44:20

**week** 13:25 43:16

**Weekly** 84:24

**weighing** 88:10

**welcoming** 22:5 25:3

**well-understood** 34:13 65:10

**White** 29:8,9

**Whitney** 37:14

**wigs** 54:15

**Wilson** 76:14 94:15

**win** 86:11

**window** 23:13

**witnesses** 13:21 14:1 17:11

**witnessing** 21:12

**woman** 56:24

**women** 42:2 84:4

**women's** 41:16

**wondering** 20:21

**word** 56:11 74:16, 20

**word-for-word** 77:6

**worded** 33:18

**wording** 77:5

**words** 80:22

**wore** 41:18

**world** 10:20 36:13 48:15 49:7 50:9, 22 88:10

**worms** 25:7

**wrong** 17:8 42:11, 12 79:20 97:3

**WWE** 11:3 12:18

## Y

**Yarboro** 47:10,11

**year** 3:17 9:12 15:22 17:12 20:14 22:10 45:20 72:9 73:22 83:21 87:17

**years** 9:13 23:4 24:13 35:2 37:25 46:14,19 85:6

**yield** 31:12 33:6 37:8 39:9 51:22 58:22

**yields** 37:10 39:12 51:24

**young** 38:8,24

**youth** 17:5 84:22, 24

## Z

**Zachary** 90:25 91:1