UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

BLOUNT PRIDE, INC., et al.

      Plaintiff,

v.                                        Case No. 3:23-cv-00316-JRG

RYAN K. DESMOND, et al.

      Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Blount Pride, Inc. and Matthew Goodlove, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Tennessee

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 08/31/2023

*Melissa J. Stewart*
(Signature–hand signed)

Name: Melissa J. Stewart
Firm: Donati Law, PLLC
Address:
    1545 Union Ave., Memphis, TN 38104

Email address: melissa@donatilaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

Case 3:23-cv-00316-JRG-JEM   Document 12   Filed 08/31/23   Page 1 of 2   PageID #: 360

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          } SS.

WESTERN DISTRICT OF TENNESSEE

I, WENDY OLIVER, Clerk of the United States for the Western District of Tennessee, Western Division,

DO HEREBY CERTIFY that **MELISSA STEWART** was duly admitted to practice in said Court on March 6, 2023, and is in good standing as a member of the bar of said Court. There is no disciplinary committee at the Western District of Tennessee therefore, the attorney has no disciplinary history with the court. Further, I am unaware of any disciplinary matters involving this attorney in this jurisdiction or elsewhere.

Dated at Memphis, Tennessee

on August 30, 2023.

WENDY R. OLIVER
Clerk of Court

By _____
Deputy Clerk