Date: Tue, Aug 29, 2023 at 1:06 PM

Subject: Notice Regarding Adult Entertainment Act

To: ari.baker37@gmail.com <ari.baker37@gmail.com>, shannonsbryant77@gmail.com <shannonsbryant77@gmail.com>

Cc: Tony Crisp <tjcrisp@maryville-tn.gov>

Good afternoon,

Please see the attached notice regarding my office's prosecutorial position relative to the Adult Entertainment Act. Please do not hesitate to let me know if I can provide you with any additional information.

Regards,

*Ryan K. Desmond*

District Attorney General

Fifth Judicial District

