**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION**

BLOUNT PRIDE, INC., a 501(c)(3)
Nonprofit organization, and
MATTHEW LOVEGOOD,

      Plaintiffs,

        v.                            Case No. 3:23-cv-00316

RYAN K. DESMOND, in his individual
and official capacity as the District
Attorney General of Blount
County, Tennessee, JAMES BERRONG, in his
official capacity as Blount County Sheriff,
TONY CRISP, in his official capacity as
Maryville Police Chief, DAVID
CARSWELL, in his official capacity
as Alcoa Police Chief, and JONATHAN
SKRMETTI, in his official capacity as
Attorney General of Tennessee,

      Defendants.

## NOTICE OF APPEARANCE

        Please be advised that Melanie E. Davis and the law firm of Kizer & Black, Attorneys,

PLLC, enter their appearance on behalf of, Defendant, Tony Crisp, in his official capacity as

Maryville Police Chief.

        RESPECTFULLY SUBMITTED this the 1st day of September, 2023.

                          **KIZER & BLACK, ATTORNEYS, PLLC**

                          By: /s/ Melanie E. Davis
                               Melanie E. Davis, BPR #017947
                               217 E. Broadway Avenue
                               Maryville, Tennessee 37804
                               Telephone: (865) 980-1625

Email: mdavis@kizerblack.com
*Attorney for Defendant Tony Crisp*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing document filed in this case via CM/ECF has been served electronically on the following counsel of record:

Justin S Gilbert
Gilbert Law, PLLC
100 W. Martin Luther King Blvd
Suite 501
Chattanooga, TN 37402
justin@schoolandworklaw.com
Attorney for Blount Pride, Inc.
and Matthew Lovegood

Brice M. Timmons (*pro hac vice pending*)
Melissa J. Stewart (*pro hac vice pending*)
Craig A. Edington (*pro hac vice pending*)
Donati Law, PLLC
1545 Union Ave.
Memphis, TN 38104
brice@donatilaw.com
melissa@donatilaw.com
craig@donatilaw.com

Miranda Jones
James Matthew Rice
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
miranda.jones@ag.tn.gov
matt.rice@ag.tn.gov
Attorneys for Ryan K. Desmond and
Jonathan Skrmetti

Stella Yarbrough (*pro hac vice pending*)
Lucas Cameron-Vaughn (*pro hac vice pending*)
Jeff Prepit (*pro hac vice pending*)
ACLU Foundation of Tennessee
PO Box 120160
Nashville, TN 37212
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jprepit@aclu-tn.org

Daniel A. Horwitz, # 032176 (*pro hac vice pending*)
Lindsay B. Smith, # 035937 (*pro hac vice pending*)
Melissa K. Dix, # 038535 (*pro hac vice pending*)
Horwitz Law, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
melissa@horwitz.law

This 1st day of September, 2023.

/s/ Melanie E. Davis
Melanie E. Davis