CITY OF MARYVILLE,
a Municipal Corporation
located in Blount County, Tennessee,

    Plaintiff,

vs.       No. L-21295

BRIAN FOWLER and Wife
MELANIE FOWLER and
GATEWAY MORTGAGE GROUP

    Defendants.

## NOTICE OF HEARING

Please take notice that on the 8th day of September, 2023, at 9:00 a.m. I will appear before the Honorable David R. Duggan, Judge of the Circuit Court for Blount County, Tennessee and present Plaintiff's Motion for Possession and Determination of Compensation for Taking for Fowlers. You may appear if you so desire.

Respectfully Submitted,

                                              KIZER & BLACK, ATTORNEYS, PLLC

                                        By: _____
                                            MELANIE E. DAVIS, (BPR# 017947)
                                            217 E. Broadway Avenue
                                            Maryville, Tennessee 37804
                                            865-980-1625
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been properly served via United States mail, postage prepaid, and/or e-mail upon the following:

Brian & Melanie Fowler
208 Pickering Circle
Maryville, TN 37803

Gateway Mortgage Group
c/o Corporation Service Company
2908 Poston Ave.
Nashville, TN 37203.

This 31st day of August, 2023.

_____
Melanie E. Davis