IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| BLOUNT PRIDE, INC., *a 501(c)3 nonprofit organization*, and MATTHEW LOVEGOOD, | ) ) ) ) | |
| PLAINTIFFS, | ) ) ) | |
| v. | ) ) | **3:23-cv-00316-JRG-JEM** |
| RYAN K. DESMOND, *in his official and capacity as the District Attorney General of Blount County, Tennessee,* JAMES BERRONG, *in his official capacity as Blount County Sheriff*, TONY CRISP, *in his official capacity as Maryville Police Chief*, DAVID CARSWELL, *in his official capacity as Alcoa Police Chief,* and JONATHAN SKRMETTI, *in his official capacity as Attorney General of Tennessee,* | ) ) ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

## NOTICE

Please take notice that the Parties intend to move jointly for entry of a stipulated preliminary injunction limited to the Plaintiffs by no later than September 5, 2023. Thus, with the consent of the Parties, the September 8, 2023 hearing on Plaintiffs' motion for a preliminary injunction may be canceled.

-1-

Respectfully submitted,

/s *Justin S. Gilbert*
Justin S. Gilbert, # 017079
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423.756.8203
justin@schoolandworklaw.com

Brice M. Timmons, # 029582
Melissa J. Stewart, # 040638
Craig A. Edgington, # 038205
Donati Law, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 (Office)
(901) 278-3111 (Fax)
brice@donatilaw.com
melissa@donatilaw.com
craig@donatilaw.com

Stella Yarbrough, BPR # 033637 (*pro hac vice pending*)
Lucas Cameron-Vaughn, # 038451 (*pro hac vice pending*)
Jeff Preptit, # 038451 (*pro hac vice pending*)
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Daniel A. Horwitz, # 032176 (*pro hac vice pending*)
Lindsay B. Smith, # 035937 (*pro hac vice pending*)
Melissa K. Dix, # 038535 (*pro hac vice pending*)
HORWITZ LAW, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
melissa@horwitz.law
(615) 739-2888

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served upon all parties of record via the Court's ECF system on the 2nd day of September, 2023.

                                            */s/ Justin S. Gilbert*
                                            Justin S. Gilbert

-3-

Case 3:23-cv-00316-JRG-JEM   Document 25   Filed 09/02/23   Page 3 of 3   PageID #: 498