UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| BLOUNT PRIDE, INC., a 501(c)3 nonprofit organization, and MATTHEW LOVEGOOD, <br><br> *Plaintiffs*, <br><br> v. <br><br> RYAN K. DESMOND, in his individual and official capacity as the District Attorney General of Blount County, Tennessee; JAMES BERRONG, in his official capacity as Blount County Sheriff; TONY CRISP, in his official capacity as Maryville Police Chief; DAVID CARSWELL, in his official capacity as Alcoa Police Chief; and JONATHAN SKRMETTI, in his official capacity as Attorney General of Tennessee, <br><br> *Defendants*. | Civil No. 3:23-cv-00316 <br><br> District Judge J Ronnie Greer <br> Magistrate Judge Jill E McCook |

## JOINT STIPULATION TO PRELIMINARY INJUNCTION

Plaintiffs, Blount Pride, Inc. and Mathew Lovegood, and Defendants, Ryan K. Desmond, in his individual and official capacity as the District Attorney General of Blount County, Tennessee; James Berrong, in his official capacity as Blount County Sheriff; Tony Crisp, in his official capacity as Maryville Police Chief; David Carswell, in his official capacity as Alcoa Police Chief; and, Jonathan Skrmetti, in his official capacity as Attorney General of Tennessee, hereby agree and stipulate as follows:

1. Plaintiffs challenge the constitutionality of the Adult Entertainment Act, alleging *inter*

*alia*, that it violates the First Amendment and is void for vagueness. Dkt. 1.

2. Plaintiffs moved for a temporary restraining order and a preliminary injunction to enjoin Defendants Ryan K. Desmond, James Berrong, Tony Crisp, and David Carswell, in their official capacities, from enforcing, detaining, arresting, seeking warrants, or taking any other action to enforce or threaten to enforce T.C.A. § 7-51-1407 pending further orders of the Court. *Id.* at 136.

3. The Court granted Plaintiffs a temporary restraining order and set this matter for a preliminary injunction hearing on September 8, 2023. Dkt. 22 at 494-95.

4. It would be the most efficient use of party and judicial resources to stipulate to entry of a preliminary injunction. The issues raised in this case involve the same or substantially similar legal issues as those in *Friends of George's v. Mulroy*, No. 23-5611 (6th Cir.).

5. Defendants Ryan K. Desmond, James Berrong, Tony Crisp, and David Carswell, in their official capacities, stipulate to the injunctive relief sought in the Plaintiffs' motion for a preliminary injunction as to Plaintiffs and, thus, shall be preliminarily enjoined from enforcing, detaining, arresting, seeking warrants, or taking any other action to enforce or threaten to enforce T.C.A. § 7-51-1407 against Plaintiffs until 21 days after the mandate is issued in *Friends of George's v. Mulroy*, No. 23-5611 (6th Cir.), unless an order of this Court extends this preliminary injunction.

6. Defendants Ryan K. Desmond, James Berrong, Tony Crisp, and David Carswell, in their official capacities, will provide notice of this agreement to their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them. Fed. R. Civ. P. 65(d).

Due to these stipulations, the parties submit that the hearing scheduled for September 8, 2023, is no longer necessary.

Respectfully submitted,

| | |
|---|---|
| JUSTIN S. GILBERT (BPR #017079)<br>100 W. Martin Luther King Blvd, Suite 501<br>Chattanooga, TN 37402<br>(423) 756-8203<br>justin@schoolandworklaw.com<br><br>DANIEL A. HORWITZ* (BPR #032176)<br>LINDSAY B. SMITH*<br>MELISSA K. DIX* (BPR #038535)<br>Horwitz Law, PLLC<br>4016 Westlawn Dr.<br>Nashville, TN 37209<br>daniel@horwitz.law<br>lindsay@horwitz.law<br>melissa@horwitz.law<br>(615) 739-2888 | s/ Brice M. Timmons<br>BRICE M. TIMMONS (BPR #029582)<br>MELISSA J. STEWART (BPR #040638)<br>CRAIG A. EDGINGTON* (BPR #038205)<br>Donati Law, PLLC<br>1545 Union Ave.<br>Memphis, Tennessee 38104<br>(901) 278-1004 (Office)<br>(901) 278-3111 (Fax)<br>brice@donatilaw.com<br>melissa@donatilaw.com<br>craig@donatilaw.com<br><br>STELLA YARBROUGH* (BPR #033637)<br>LUCAS CAMERON-VAUGHN<br>(BPR #036284)<br>JEFF PREPTIT* (BPR #038451)<br>ACLU Foundation of Tennessee<br>P.O. Box 120160<br>Nashville, TN 37212<br>(615) 320-7142<br>syarbrough@aclu-tn.org<br>lucas@aclu-tn.org<br>jpreptit@aclu-tn.org<br><br>*Counsel for Plaintiffs*<br><br>*Pro Hac Vice forthcoming or pending* |

ADAM K. MORTARA (BPR #40089)
Lawfair, LLC
40 Burton Hills Blvd, Suite 200
Nashville, TN 37215
(773) 750- 7154
mortara@lawfairllc.com

JONATHAN SKRMETTI
Attorney General and Reporter

ANDRÉE SOPHIA BLUMSTEIN
Solicitor General

s/ J. Matthew Rice
J. MATTHEW RICE (BPR #040032)
Associate Solicitor General

MIRANDA H. JONES (BPR #036070)
Senior Assistant Attorney General

ALICIA GILBERT (BPR #041055)
Honors Fellow, Office of the
Solicitor General

Office of the Tennessee
Attorney General and Reporter
P. O. Box 20207
Nashville, TN 37202
(615) 532-6026
matt.rice@ag.tn.gov
*Counsel for Defendants Desmond and Skrmetti*

s/ Benjamin K. Lauderback
BENJAMIN K. LAUDERBACK
(BPR #020855)
BRIAN BIBB (BPR # 031024)
Watson, Roach, Batson & Lauderback, PLC
900 South Gay Street
Knoxville, TN 37902
(865) 637-1700
blauderback@watsonroach.com
*Counsel for Defendants Crisp and Carswell*

s/ Craig Garrett
CRAIG GARRETT (BPR #010227)
Craig L. Garrett, Attorney at Law, PLLC
607 Smithview Drive
Maryville, TN 37804
(865) 984-8200
cgarrett@cgarrettlaw.com
*Counsel for Defendant Berrong*

4

Case 3:23-cv-00316-JRG-JEM   Document 35   Filed 09/05/23   Page 4 of 5   PageID #: 521

## CERTIFICATE OF SERVICE

      I certify the above document was filed using the Court's CM/ECF system on September 5, 2023, which electronically served a copy to all counsel of record.

                                      <u>s/J. Matthew Rice</u>
                                      J. MATTHEW RICE