IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BLOUNT PRIDE, INC., a 501(c)(3) nonprofit organization, and MATTHEW LOVEGOOD, | § § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | Civil Case No. 3:23-cv-00316 |
| RYAN K. DESMOND, *et al.,* | § § § | District Judge J. Ronnie Greer Magistrate Judge Jill E McCook |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that attorney **Daniel A. Horwitz** enters an appearance as counsel for **Plaintiffs Blount Pride, Inc. and Matthew Lovegood** in the above-captioned case. Please serve all future notices, motions, orders, and other filings upon counsel at the address provided below.

Respectfully submitted,

By: /s/ Daniel A. Horwitz
DANIEL A. HORWITZ, BPR #032176
LINDSAY SMITH, BPR #035937
MELISSA K. DIX, BPR #038535
HORWITZ LAW, PLLC
4016 WESTLAWN DR.
NASHVILLE, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
melissa@horwitz.law
(615) 739-2888

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2023, a copy of the foregoing was served via CM/ECF upon:

Justin S. Gilbert
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423.756.8203
justin@schoolandworklaw.com

Brice M. Timmons
Melissa J. Stewart
Craig A. Edgington
Donati Law, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 (Office)
(901) 278-3111 (Fax)
brice@donatilaw.com
melissa@donatilaw.com
craig@donatilaw.com

Stella Yarbrough
Lucas Cameron-Vaughn
Jeff Preptit
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
jpreptit@aclu-tn.org

Melanie E Davis
Kizer & Black, Attorneys, PLLC
217 E. Broadway Avenue
Maryville, TN 37804
865-982-7650
Email: mdavis@kizerblack.com

ADAM K. MORTARA (BPR #40089)
Lawfair, LLC
40 Burton Hills Blvd, Suite 200
Nashville, TN 37215
(773) 750- 7154
mortara@lawfairllc.com

JONATHAN SKRMETTI
Attorney General and Reporter
ANDRÉE SOPHIA BLUMSTEIN
Solicitor General
MIRANDA H. JONES (BPR #036070)
Senior Assistant Attorney General
ALICIA GILBERT (BPR #041055)
Honors Fellow, Office of the
Solicitor General
Office of the Tennessee
Attorney General and Reporter
P. O. Box 20207
Nashville, TN 37202
(615) 532-6026
matt.rice@ag.tn.gov

BENJAMIN K. LAUDERBACK
(BPR #020855)
BRIAN BIBB (BPR # 031024)
Watson, Roach, Batson & Lauderback, PLC
900 South Gay Street
Knoxville, TN 37902
(865) 637-1700
blauderback@watsonroach.com

CRAIG GARRETT (BPR #010227)
Craig L. Garrett, Attorney at Law, PLLC
607 Smithview Drive
Maryville, TN 37804
(865) 984-8200
cgarrett@cgarrettlaw.com

By:   /s/ Daniel A. Horwitz
      Daniel A. Horwitz, Esq.