UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| BLOUNT PRIDE INC., ET AL., | ) |
| Plaintiff, | ) |
| v. | ) |
| RYAN K. DESMOND, ET AL., | ) No. 3:23-cv-00316-JRG-JEM |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Court's Memorandum Opinion, filed herewith, Defendants' Motions to Dismiss [Docs. 67 & 70] are **GRANTED** and this action is **DISMISSED with PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the case.

So ordered.

ENTERED AS A JUDGMENT:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

s/LeAnna Wilson
CLERK OF COURT