IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| BLOUNT PRIDE, INC., a 501(c)(3) nonprofit organization, and MATTHEW LOVEGOOD, | ) ) ) ) |
| *Plaintiffs,* | ) Civil No. 3:23-cv-00316 ) |
| v. | ) District Judge J. Ronnie Greer ) Magistrate Judge Jill E McCook |
| RYAN K. DESMOND, and TONY CRISP, | ) ) ) |
| *Defendants.* | ) |

## NOTICE OF APPEAL

Under Federal Rule of Appellate Procedure 3(a)(1), notice is hereby given that **all Plaintiffs** appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment of the District Court entered on October 24, 2025 (Doc. 85). The Plaintiffs' appeal encompasses all preceding adverse orders. The Plaintiffs' appeal is taken as to **Defendants Ryan K. Desmond and Tony Crisp**.

Respectfully submitted,

/s/ Daniel A. Horwitz
Daniel A. Horwitz, #032176
SARAH L. MARTIN, #037707
HORWITZ LAW, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
(615) 739-2888
daniel@horwitz.law
sarah@horwitz.law

Brice M. Timmons (TN #29582)
Craig A. Edgington (TN #38205)
WATSON BURNS, PLLC
5865 Ridgeway Center Parkway
Suite 300
Memphis, TN 38120
901-529-7996 – Telephone
901-877-4629 – Facsimile
btimmons@watsonburns.com
cedgington@watsonburns.com

Justin S. Gilbert, #017079
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423.756.8203
justin@schoolandworklaw.com

Stella Yarbrough, BPR #033637
Lucas Cameron-Vaughn, #038451
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org
zscout@aclu-tn.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all parties of record via this Court's ECF filing system 21st day of November, 2025.

/s/ Daniel A. Horwitz